IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| LTHM HOUSTON - OPERATIONS, LLC; | § | CASE NO. 14-33899 |
| dba ST. ANTHONY'S HOSPITAL, | § | CHAPTER 11 |
| | § | |
| DEBTOR. | | |

## NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR COPIES

Please take notice that Joseph A. Friedman, and the law firm of Kane Russell Coleman & Logan PC hereby enter an appearance as counsel of record the above-captioned bankruptcy case for Federal Deposit Insurance Corporation, as Receiver for First National Bank ("Creditor"), and hereby request that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon:

> Joseph A. Friedman
> Kane Russell Coleman & Logan PC
> 3700 Thanksgiving Tower
> 1601 Elm Street
> Dallas, TX  75201
> E-mail: jfriedman@krcl.com; ecf@krcl.com

This request encompasses all notices, copies and pleadings referred to or contemplated in the Bankruptcy Code and Bankruptcy Rules, including without limitation, notices of any orders, motions, demands, complaints, plans, disclosure statements, petitions, pleadings, requests, applications and any other documents brought before the Court in this case, and any hearings, trials or proceedings related thereto, which affect or otherwise relate to the above case or Creditor.

Please take notice that the undersigned intends that neither this appearance and request for copies nor any later appearance, pleading, claim, or suit shall waive: (i) the right to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) the right to

trial by jury in any proceeding so triable in this case, controversy, or proceeding related to this case; (iii) the right to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Creditor is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Creditor expressly reserves.

Dated:  July 17, 2014

Respectfully submitted,

**KANE RUSSELL COLEMAN & LOGAN PC**

By: */s/ Joseph A. Friedman*
    Joseph A. Friedman
    State Bar No. 07468280

3700 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201
Telephone - (214) 777-4200
Telecopier - (214) 777-4299
Email: jfriedman@krcl.com; ecf@krcl.com

**ATTORNEYS FOR FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR FIRST NATIONAL BANK**

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2014 a true and correct copy of the foregoing *Notice of Entry of Appearance and Request for Copies* has been served on all parties receiving ECF Notification at the date and time filed.

*/s/ Joseph A. Friedman*
Joseph A. Friedman