UNITED STATES BANKRUPTCY COURT    SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 14-33899 |
|---|---|---|---|
| Debtor | In Re: LTHM Houston - Operations, LLC; dba St. Anthony's Hospital | | |

This lawyer, who is admitted to the State Bar of _____Texas_____ :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Robert Huddleston Carpenter, Jr.<br>Federal Deposit Insurance Corporation<br>1601 Bryan Street, 35th Floor<br>Dallas, TX 75201<br>(972) 761-4292<br>TX Bar No. 24025802 |
|---|---|

Seeks to appear as the attorney for this party:

| Federal Deposit Insurance Corporation as Receiver for First National Bank, Edinburg, TX |
|---|
| Dated: 7/17/2014    Signed: *[signature]* |

| COURT USE ONLY: The applicant's state bar reports their status as: __Active__ . |
|---|
| Dated: 7/18/14    Signed: *[signature]*<br>Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Dated: _____    _____
    United States Bankruptcy Judge