IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | CASE NO. 14-33899 |
| LTHM Houston - Operations, LLC, | § | |
| dba St. Anthony's Hospital, | § | |
| | § | CHAPTER 11 |
| Debtor. | § | |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF PAPERS**

*PLEASE TAKE NOTICE* that the attorney set forth below hereby appears as counsel for the Texas Health and Human Services Commission and the Texas Department of State Health Services pursuant to Rule 9010 of the Federal Rule of Bankruptcy Procedure (the "Bankruptcy Rules"). The undersigned requests that all notices given or required to be given in the above-captioned case (including, but not limited to, all papers filed and served in all adversary proceedings in such case, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them) be given to and served on the following:

J. Casey Roy
Assistant Attorney General
Texas Attorney General's Office
Bankruptcy & Collections Division
P. O. Box 12548- MC 008
Austin, Texas  78711-2548
Phone: 512/463-2173
Fax: 512/482-8341

*PLEASE TAKE FURTHER NOTICE* that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statement of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail,

courier service, hand delivery, telephone, facsimile transmission, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in this case, with respect to the (a) debtor, (b) property of the debtor's estate, or proceeds thereof, in which the debtor may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by the undersigned.

    Respectfully submitted,

    GREG ABBOTT
    Attorney General of Texas

    DANIEL T. HODGE
    First Assistant Attorney General

    JOHN B. SCOTT
    Deputy Attorney General for Civil Litigation

    RONALD R. DEL VENTO
    Assistant Attorney General
    Chief, Bankruptcy & Collections Division

    */s/   J. Casey Roy*
    J. CASEY ROY
    Texas State Bar No. 00791578
    Assistant Attorney General
    Bankruptcy & Collections Division
    P. O. Box 12548
    Austin, Texas 78711-2548
    P: (512) 463-2173/F: (512) 482-8341
    casey.roy@texasattorneygeneral.gov

    ATTORNEYS FOR THE TEXAS HEALTH AND HUMAN SERVICES COMMISSION AND THE TEXAS DEPARTMENT OF STATE HEALTH SERVICES

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing has been served via the Court's Electronic Filing System on all parties requesting notice in this proceeding and that copies were mailed to the counsel and parties listed below, via first class U.S. Mail, postage prepaid on July 22, 2014.

| | |
|---|---|
| LTHM Houston - Operations, LLC<br>2807 Little York Road<br>Houston, TX 77093<br><br>**Debtor** | Troy Ted Tindal<br>17225 El Camino Real<br>Suite 190<br>Houston, TX 77058<br><br>**Counsel for Debtor** |
| Nancy Lynne Holley<br>U S Trustee<br>515 Rusk St., Ste 3516<br>Houston, TX 77002<br><br>**Counsel for U.S. Trustee** | Robert E. Ogle<br>Senior Advisor, The Claro Group,<br>LLC, 1221 McKinney Street, suite 2850,<br>Houston, TX 77010<br><br>**Chapter 11 Trustee** |

                                              */s/ J. Casey Roy*
                                              J. CASEY ROY
                                              Assistant Attorney General