# Service List

## Debtor

**LTHM Houston - Operations, LLC**
2807 Little York Road
Houston, TX 77093
HARRIS-TX
Tax ID / EIN: 26-4418678
*dba* **St. Anthony's Hospital**

## Debtor's Counsel

**Troy Ted Tindal**
17225 El Camino Real
Suite 190
Houston, TX 77058
832-691-1519
Email: troy@tindallawfirm.com

## US Trustee

Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002

## US Trustee's Counsel

**Maresh Hickman**
Office of the U S Trustee
515 Rusk St
Ste 3516
Houston, TX 77002
713-718-4650
Fax : 713-718-4680
Email: ellen.hickman@usdoj.gov

**Nancy Lynne Holley**
U S Trustee
515 Rusk St
Ste 3516
Houston, TX 77002
713-718-4650
Email: nancy.holley@usdoj.gov

## Chapter 11 Trustee

**Robert Ogle**
The Claro Group
1221 McKinney
Suite 2850
Houston, TX 77002

## Chapter 11 Trustee's Counsel

**Spencer D Solomon**
Nathan Sommers Jacobs PC
2800 Post Oak Blvd
61st Floor
Houston, TX 77056
713-960-0303
Fax : 713-892-4800
Email: ssolomon@nathansommers.com

## Creditors

11500 NORTHWEST LP-16770
PO BOX 4737
HOUSTON, TX  77210-4737

3M COMPANY
PO BOX 844127
DALLAS, TX 75284-4127

A-AFFORDABLE OFFICE FURNITURE
5708 N SHEPHERD DRIVE
SUITE B-6
HOUSTON, TX 77091-4243

ABILITY NETWORK INC
FKA VISIONSHARE INC
DEPT CH 16577
PALATINE, IL  60055-6577

ACADIAN AMBULANCE SERVICES
PO BOX 92970
LAFAYETTE. LA  70509-2970

ACCESS MEDICAL USA
10440 BELGA DRIVE
SAN ANTONIO, TX 78240-3507
ACCORD FINANCIAL, INC
PO BOX 6704
GREENVILLE, SC 29606-6704

ACHI CHARY MD
22999 HWY 59 NORTH
STE 232
KINGWOOD, TX 77339-4440

ACUTE MEDICAL SERVICES  LLC
PO BOX 15010
HUMBLE, TX 77347-5010

ADAM CARY DO
14901 WINDWARD DR #202
CORPUS CHRISTI, TX 78418-8072

ADVANCED MEDICAL RESOURCES, LLP
1449 HWY 6
SUITE 300
SUGARLAND, TX 77478-5146

ADVANCED TECHNOLOGY
204 SIH 35
STE 105
GEORGETOWN, TX 78628-4125

ADVANCED ULTRASOUND SERVICE
5701 BELLAIRE
SUITE I
HOUSTON, TX 77081-5500

AEI TEXAS BIOMEDICAL LLC
7313 ASHCROFT
#200
HOUSTON, TX 77081-6328

AFFILIATED POWER SERVICES
2403 APPELT DR
HOUSTON, TX 77015-6591

AHC MEDIA
PO BOX 105109
ATLANTA , GA  30348-5109

AIJA REHAB
9034 MEMORIAL CREEK DR
SPRING, TX 77379-8671

AIRSCAN TECH INC
PO BOX 1539
SPRINGTOWN, TX 76082-1539

ALADDIN TEMP-RITE
250 EAST MAIN ST.
HENDERSONVILLE, TN 37075-2521

ALERE NORTH AMERICA INC
PO BOX 846153
BOSTON, MA  02284-6153

ALLERGAN
12975 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0129

ALLIANCE MT INC
PO BOX 940866
HOUSTON, TX  77094-7866

ALLIED HEALTH SERVICES
PO BOX 1011
SUGAR LAND, TX 77487-1011

ALLIED WASTE SERVICES #852
PO BOX 78829
PHOENIX, AZ 85062-8829

ALLOSOURCE
PO BOX 801020
KANSAS CITY, MO 64180-1020

AMEDICA
1885 WEST 2100 SOUTH
SALT LAKE CITY, UT 84119-1303

AMERICAN MEDICAL ASSOCIATION
ATTN: AMA PROFILES
75 REMITTANCE DRIVE
SUITE 6397
CHICAGO, IL 60675-6397

AMERICAN NURSES ASSOCIATION
FBO NURSEBOOKS.ORG
PO BOX 931895
ATLANTA, GA 31193-1895

AMERICAN PROFICIENCY INSTITUTE
PO BOX 72465
CLEVELAND, OH 44192-0002

AMERICAN SLEEP & CARDIOPULMONARY
SERVICES
9000 SOUTHWEST FREEWAY
SUITE 170
HOUSTON, TX 77074-1517

AMERISOURCEBERGEN
PO BOX 905223
CHARLOTTE, NC 28290-5223

AMN HEALTHCARE ALLIED INC
PO BOX 281939
ATLANTA, GA 30384-1939
AMTECH ELEVATOR SERVICES
PO BOX 730437
DALLAS, TX 75373-0437

ANACOM MEDTEK
1240 S CLAUDINA
STANAHEIM, CA 92805-6232

ANAND BALASUBRAMANIAN MD
PO BOX 90967
HOUSTON, TX 77290-0967

ANCHOR RISK & CLAIMS MANAGEMENT
14785 PRESTON ROAD
STE 350
DALLAS, TX 75254-6862

ANESTHESIA SERVICE INC
1821 N CLASSEN BLVD
STE 100
OKLAHOMA CITY, OK 73106-6098

ANGIOSLIDE INC
5021 VERNON AVE
STE 170
EDINA, MN 55436-2102

ANJALI JAIN MD
6776 SW FRWY
STE 400
HOUSTON, TX 77074-2122

ANSELL SANDEL MEDICAL SOLUTIONS LLC
19736 DEARBORN STREET
CHATSWORTH, CA 91311-6509

AP GAS & ELECTRIC ENERGY SOLUTIONS
PO BOX 660038
DALLAS, TX 75266-0038

ARAMARK
1665 TOWNHURST
STE 160
HOUSTON, TX 77043-3236

ARASH KEYHANI DO
1631 NORTH LOOP WEST
STE 610
HOUSTON, TX 77008-1552

ARJOHUNTLEIGH INC
PO BOX 644960
PITTSBURGH, PA 15264-4960

ARMSTRONG MEDICAL INDUSTRIES INC
575 KNIGHTSBRIDGE PKWY
PO BOX 700
LINCOLNSHIRE, IL  60069-0700

ARROW INTERNATIONAL
PO BOX 60519
CHARLOTTE, NC 28260-0519

ARTHREX INC.
PO BOX 403511
ATLANTA, GA 30384-3511

ARTHROCARE CORPORATION
PO BOX 844161
DALLAS, TX  75284-4161

ASPEN PUBLISHERS INC
ACCOUNTS RECEIVABLE DEPT
4829 INNOVATION WAY
CHICAGO, IL  60682-0048

ASSOCIATED TIME AND PARKING CONTROLS
9104 DIPLOMACY ROW
DALLAS, TX 75247-5306

ASSURANT EMPLOYEE BENEFITS
PO BOX 807009
KANSAS CITY, MO 64184-7009

ATOMIC ENERGY INDUSTRIAL
9315 KIRBY DRIVE
HOUSTON, TX 77054-2516

AVINGER DEPT
CH 16883
PALATINE, IL  60055-6883

AZTEC NEON SYSTEMS
15731 AVE C
STE 103
CHANNELVIEW, TX 77530-4027

BACTES-TEXAS
1302 WAUGH DRIVE#715
HOUSTON, TX 77019-3908

BAXANO, INC
655 RIVER OAKS PARKWAY
SAN JOSE, CA 95134-1907

BAY AREA EMERGENCY PHYSICIANS
4606 BRYN MAWR LANE
HOUSTON, TX 77027-4712

BAYER HEALTHCARE
PO BOX 360172
PITTSBURGH, PA  15251-6172

BEAUTIFUL GARDENS & LANDSCAPING
711 E BURNESS ST
HOUSTON, TX 77022-1805

BECKMAN COULTER, INC
DEPT CH 10164
PALATINE, IL  60055-0164

BELL TRANSPORTATION
4015 BROADWAY
#17
HOUSTON, TX 77087-4732

BERNICE BURRELL
7547 WEST KNOLL
HOUSTON, TX 77028-2413

BETA TECHNOLOGY, INC
PO BOX 218686
HOUSTON TX 77218-8686

BIOMEDICAL ENTERPRISES INC
DEPT 2297
PO BOX 122297
DALLAS, TX  75312-2297

BIOMEDTRONIK
8202 SHARPCREST LN.
HOUSTON, TX 77036-6328

BIOMET INC.
75 REMITTANCE DRIVE
STE 3283
CHICAGO, IL  60675-3283

BIO-RAD LABORATORIES, INC.
CLINICAL DIAGNOSTICS GROUP
PO BOX 849740
LOS ANGELES, CA 90084-9740

BIOTRONIK
6024 JEAN RD
LAKE OSWEGO, OR 97035-5599

BJL, LLC
11023 S COUNTRY CLUB GREEN
TOMBALL, TX 77375-7077

BLB CONSULTING INC
1425 BLALOCK RD
STE 107
HOUSTON, TX 77055-4446

BLOCK IMAGING
1845 CEDAR STREET
HOLT,MI 48842-1757

BOBBIE THOMPSON MD
128 DOLPHIN AVENUE
GALVESTON, TX 77550-3202

BOSTON SCIENTIFIC CORPORATION
PO BOX 951653
DALLAS, TX 75395-1653

BRAINRAIN MARKETING & DESIGN
720 MONROE STREET
STE E503
HOBOKEN, NJ 07030-6359

BRASSELER USA MEDICAL, LLC
ONE BRASSELER BLVD
SAVANNAH, GA 31419-9576

BRENDA THOMAS
7230 HEATH STREET
HOUSTON, TX 77016-2318

BRIGGS HEALTHCARE
PO BOX 1355
DES MOINES, IA 50306-1355

BRKYM INC
DBA WORTH HYDROCHEM OF HOUSTON
PO BOX 40116
HOUSTON, TX 77240-0116

BUSINESS GRAPHICS INC
955 DIECKMAN STREET
WOODSTOCK, IL 60098-9262

C.R. BARD, INC.
PO BOX 75767
CHARLOTTE, NC 28275-0767

CANON FINANCIAL SERVICES INC
14904 COLLCETIONS CENTER DRIVE
CHICAGO, IL  60693-0149

CARDINAL HEALTH
PHARMACY SOLUTIONS MANAGEMENT SERVICES
21377 NETWORK PLACE
CHICAGO, IL 60673-1213

CARDINAL HEALTH MEDICAL
PO BOX 730112
DALLAS, TX 75373-0112

CARDINAL HEALTH PHARMACEUTICAL
PO BOX 847370
DALLAS, TEXAS 75284-7370

CARDIOVASCULAR SYSTEMS INC
DEPT. CH 19348
PALATINE, IL  60055-9348

CARE EXPRESS PRODUCTS INC
317 CARY POINT DR
CARY, IL 60013-2974

CAREFUSION
25565 NETWORK PLACE
CHICAGO, IL  60673-1255

CARLOS PALACIOUS MD
7333 NORTH FREEWAY
HOUSTON, TX 77076-1300

CARSTENS
PO BOX 99110
CHICAGO, IL 60693-9110

CENTERPOINT ENERGY 334-3
PO BOX 4981
HOUSTON, TX 77210-4981

CENTURION
PO BOX 842816
BOSTON, MA 02284-2816

CHASE TRANSPORTATION
2429 BISSONNET #527
HOUSTON, TX 77005-1451
CHEMENCE MEDICAL PRODUCTS INC
185 BLUEGRASS VALLEY PARKWAY
STE 100
ALPHARETTA, GA 30005-2222

CITY OF HOUSTON
1117 PO BOX 1560
HOUSTON, TX 77251-1560

CITY OF HOUSTON
1212 PO BOX 1560
HOUSTON, TX 77251-1560

CLEAR CHANNEL OUTDOOR
PO BOX 847247
DALLAS, TX 75284-7247

CLIA LABORATORY PROGRAM
PO BOX 530882
ATLANTA, GA 30353-0882

COLONIAL SURETY COMPANY
50 CHESTNUT RIDGE ROAD
STE 108
MONTVALE, NJ 07645-1841

COMCAST 4949
PO BOX 660618
DALLAS, TX 75266-0618

COMPRESSION THERAPY CONCEPTS
555 INDUSTRIAL WAY WEST
EATONTOWN, NJ 07724-2211

CONMED LINVATEC
PO BOX 301231
DALLAS, TX 75303-1231

CONRAD'S PEST CONTROL
PO BOX 3208
HOUSTON, TX 77253-3208

CONTROL COMPANY
PO BOX 204348
DALLAS, TX 75320-4348

COOK MEDICAL INCORPORATED
22988 NETWORK PLACE
CHICAGO, IL 60673-1229

COOPER SURGICAL INC
PO BOX 712280
CINCINNATI, OH 45271-2280

CORNELIUS DAVIS MD
PO BOX 20056
HOUSTON, TX 77225-0056

CORNERSTONE RECORDS MANAGEMENT LLC
PO BOX 791361
BALTIMORE, MD 21279-1361

CORNISH MEDICAL ELECTRONICS
9350 KIRBY DR
SUITE 200
HOUSTON, TX 77054-2528

CORPORATEWEAR USA
3530 BROADWAY
PEARLAND, TX 77581-4307

COVIDIEN
PO BOX 120823
DALLAS, TX 75312-0823

CPC SOLUTIONS LLC
119 WINCHESTER RD
BASTROP, TX 78602-3675

CPM MEDICAL LLC
3004 NOTTINGHAM DR
MCKINNEY, TX 75070-9087

CPNS STAFFING
PO BOX 27246
HOUSTON, TX 77227-7246

CREST HEALTHCARE SUPPLY
PO BOX 727
DASSEL, MN 55325-0727

CREST
PO BOX 742268
ATLANTA, GA  30374-2268

CROWN BUSINESS PARK INC
5701 BINGLE RD #A-1
HOUSTON, TX 77092-2155

CUSTOM MEDICAL SOLUTIONS
7100 NORTHLAND CIRCLE
SUITE 410
BROOKLYN PARK, MN 55428-1500

DARIO ZUNIGA, M.D.
6550 MAPLERIDGE
SUITE 122
HOUSTON, TX 77081-4629

DARSHAN ANANDU MD
733 N FREEWAY
STE 401
HOUSTON, TX  77076

DE LAGE LANDEN
PO BOX 41602
PHILADELPHIA, PA  19101-1602

DIVERSE HEALTH CONSULTING, LLC
1509 WESTMOOR DRIVE
AUSTIN, TX 78723-3140

DOOR AUTOMATION INC
PO BOX 1349
VAN, TX 75790-1349

DRAEGER MEDICAL, INC.
PO BOX 347482
PITTSBURGH, PA 15251-4482

DYONYX
1235 NORTH LOOP WEST
STE #1220
HOUSTON, TX  77008-4710

ECARE SOFT INC.
327 CONGRESS AVE
STE 650
AUSTIN, TX 78701-4045

ECO MEDICAL SUPPLY
19901 SOUTHWEST FREEWAY
SUITE 15
SUGAR LAND, TX 77479-6538

ECOLAB FOOD SAFETY SPECIALTIES
24198 NETWORK PLACE
CHICAGO, IL 60673-1241

ECOLAB
PO BOX 70343
CHICAGO, IL 60673-0343

ELITE CLINICAL LABORATORY INC
BRIAN D WELLINGTON
'427 W 20TH STREET, STE 201
HOUSTON, TX 77008-2400

ENDOCHOICE INC
PO BOX 538101
ATLANTA, GA  30353-8101
ENDOGASTRIC SOLUTIONS INC
DEPT CH 16859
PALATINE, IL  60055-6859

ENTRUST CLIENT SERVICES
PO BOX 441588
HOUSTON, TX  77244-1588

ENV SERVICES, INC.
PO BOX 510862
PHILADELPHIA, PA  19175-0862

ENVIRONMENTAL TESTING SERVICES INC
10908 METRONOME DR
HOUSTON, TX 77043-2202

EPIMED INTERNATIONAL, INC.
141 SAL LANDRIO DR.
CROSSROADS INDUSTRIAL PARK
JOHNSTOWN, NY 12095-3835

ER PLUS
9906 KING WILLIAM DRIVE
LA PORTE, TX 77571-4524

ERIC RAMOS
3232 YELTESGRAND
PRAIRIE, TX 75054-6710

EV3 INC
1475 PAYSPHERE CIRCLE
CHICAGO, IL 60674-0014

EVOLOGICS, LLC
BILLING OFFICE
4766 RESEARCH DRIVE
SAN ANTONIO, TX 78240-5003

FACILITYDUDE.COM, INC.
PO BOX 200277
PITTSBURGH, PA  15251-0277

FASTSIGNS
2929A MILAM
HOUSTON, TX 77006-3649

FEDEX
PO BOX 660481
DALLAS, TX 75266-0481

FILE MASTER INC
PO BOX 609097
CLEVELAND, OH 44109-0097

FINANCIAL CORPORATION OF AMERICA
PO BOX 203670
AUSTIN, TX  78720-3670

FIRE RECOVERY USA LLC
2271 LAVA RIDGE COURT
STE 120
ROSEVILLE, CA  95661-3065

FIRST INSURANCE FUNDING #8900
PO BOX 66468
CHICAGO, IL  60666-0468

FIRST MEDICAL RESPOND
4625 NORTH FREEWAY
STE 213
HOUSTON, TX 77022-2930

FIRST RESPONSE BIOMEDICAL LLC
208 HEWITT DR
STE 103-124
WOODWAY, TX 76712-6693

FISHER HEALTHCARE
ACCT # 776579-001
PO BOX 404705
ATLANTA, GA 30384-4705

FOUR ANGELS TRANSPORTATION
3614 SUNBEAM ST
HOUSTON, TX 77051-3649

GILBERT MONTELONGO MNA,CRNA
1310 MORTON LEAGUE ROAD
RICHMOND, TX 77406-1373

GOLD MEDICAL MARKETING
322 RT 46
SUITE 110E
PARSIPPANY, NJ 07054-2360

GRAINGER
DEPT.  878884550
PO BOX 419267
KANSAS CITY, MO 64141-6267

GRAMEDICA
16137 LEONE DR
MACOMB, MI 48042-4063

GSH TRANSPORTATION SERVICES
6614 JACKWOOD STREET
HOUSTON, TX 77074-7126

GUARDIAN REPAIR & PARTS
2210 PEPPERMILL
HOUSTON, TX 77080-5512

HALCO LIFE SAFETY SYSTEMS, INC.
4210 SOUTH DRIVE
HOUSTON, TX 77053-4811

HARMINDER CHANA MD
5990 AIRLINE DR, #295
HOUSTON, TX 77076-4242

HCPRO INC
PO BOX 3049
PEABODY, MA 01961-3049

HD SUPPLY FACILITIES MAINTENANCE LTD
PO BOX 509058
SAN DIEGO, CA  92150-9058

HEALTH BUSINESS SOLUTIONS LLC
10620 GRIFFIN ROAD
STE 204
COOPER CITY, FL 33328-3215

HEALTH CARE LOGISTICS INC
PO BOX 400
CIRCLEVILLE, OH 43113-0400

HEALTHLAND INC
PO BOX 856554
HOUSTON, TX  77093-3495

HEALTHSTREAM, INC.
PO BOX 102817
ATLANTA, GA 30368-2817

HILL-ROM
PO BOX 643592
PITTSBURGH, PA  15264-3592

HILLYARD / HOUSTON
PO BOX 876955
KANSAS CITY, MO  64187-6955

HOSPIRA WORLDWIDE, INC.
75 REMITTANCE DRIVE
SUITE 6136
CHICAGO, IL 60675-6136

Hospira Worldwide, Inc.
c/o Kohner, Mann & Kailas, S.C.
4650 North Port Washington Road
Milwaukee, Wisconsin 53212-1077

ICP MEDICAL
10486 BAUR BLVD
ST LOUIS, MO 63132-1905

IDENTICARD SYSTEMS
39597 TREASURY CENTER
CHICAGO, IL  60694-9500

IDEV TECHNOLOGIES INC
PO BOX 671298
DALLAS, TX  75267-1298

INFOLAB INC
PO BOX 1309
CLARKSDALE, MS 38614-1309

INNOVATIVE X-RAY SERVICES
PO BOX 1504
FRIENDSWOOD, TX 77549-1504

INSTRATEK INC
15200 MIDDLEBROOK DR
STE G
HOUSTON, TX 77058-1217

INTEGRA LIFESCIENCES CORP.
PO BOX 404129
ATLANTA, GA 30384-4129

IRON MOUNTAIN
PO BOX 915004
DALLAS, TX  75391-5004

J L MORGAN & ASSOCIATES, INC.
PO BOX 360481
BIRMINGHAM, AL 35236-0481

JAY GOAL MD
727 JOHNSON LANE
SUGAR LAND, TX 77479-5838

JOHN PAUL
2515 WINDING CREEK DR
FRESNO,TX 77545-2082

JUNE MARSHALL MD
6000 SUGAR HILL #3
HOUSTON, TX 77057-1946

JYOTHI ACHI MD
22999 US HWY 59 N
STE 232
KINGWOOD, TX 77339-4440

KATHY GRAY MD
839 HONEYSUCKLE VINE DRIVE
RICHMOND, TX 77469-4856

KCI USA
PO BOX 301557
DALLAS, TX  75303-1557

KUMAR SARAN MD
4505 MIMOSA DR
BELLAIRE, TX 77401-5801

L2 SURGICAL, LLC
13601 PRESTON ROAD
STE 700E
DALLAS, TX 75240-4956

LAB CORP OF AMERICA
PO BOX 12140
BURLINGTON, NC 27216-2140

LANGLEY WEINSTEIN LLP
901 MAIN STREET
SUITE 600 LB 135
DALLAS, TX 75202-3706

LANGLEY | LLP
C/O BRANDON BAINS
901 MAIN STREET, SUITE 600
DALLAS, TEXAS  75202

LIBERTY FIRE PROTECTION, INC.
PO BOX 2547
ALVIN, TX 77512-2547

LIFENET HEALTH
PO BOX 79636
BALTIMORE, MD 21279-0636

LILY WOLDU
22 RED STABLE DR
SPRING, TX 77380-2693

LIPPINCOTT WILLIAMS & WILKINS
PO BOX 1610
HAGERSTOWN, MD 21741-1610

LOCUMTENENS.COM
PO BOX 405547
ATLANTA, GA  30384-5547

LONE STAR COFFEE-NW NORTHWEST
PO BOX 691634
HOUSTON, TX 77269-1634

LTHM Houston - Operations, LLC
2807 Little York Road
Houston, TX 77093-3405

LYDIA'S CATERING
1206 MISTY LAKE COURT
SUGAR LAND, TX 77498-5614

MANUEL GUILLEN
8613 ROBINDELL DR
HOUSTON, TX 77074-7431

MARIA GARZA
1209 CARBY ROAD
HOUSTON, TX 77037-3509

MARIMON
PO BOX 40998
HOUSTON, TX 77240-0998

MATHESON TRI-GAS
ATTN:  KEVA MCNEAL
909 LAKE CAROLYN PKWY
STE 1300
IRVING, TX 75039-4821

MBM ASSISTING L P
PO BOX 14743
HUMBLE, TX 77347-4743

HEALTH SOLUTIONS
22423 NETWORK PLACE
CHICAGO, IL  60673-1224

MED LABS INC
28 VEREDA
CORDILLERAGOLETA, CA 93117-5301

MEDARTIS INC
127 W STREET ROAD
STE 203
KENNETT SQUARE, PA 19348-1698

MEDCOMP
1499 DELP DRIVE
HARLEYSVILLE, PA 19438-2936

MEDERI THERAPEUTICS INC
2485 MANLEY ROAD
BOZEMAN, MT 59715-9399

MEDICAL ARTS PRESS
PO BOX 37647
PHILADELPHIA, PA 19101-0647

MEDICAL CONSULTANTS NETWORK INC
1777 S HARRISON STREET
STE 405
DENVER, CO 80210-3929

MEDICAL DEVICE DIVISION OF OTSUKA
PHARMACEUTICAL INC
62609 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0626

MEDI-DOSE INC CUSTOMER
#11 – 0045006
LOCK BOX 238
JAMISON, PA  18929-0238

MEDLINE INDUSTRIES INC #9665
DEPT 1080
PO BOX 121080
DALLAS, TX  75312-1080

MEDOVATIONS, INC
102 EAST KEEFE AVENUE
MILWAUKEE, WI 53212-1535

MEDRAD INC
100 GLOBAL VIEW DRIVE
WARRENDALE PA 15086-7601

MEDTRONIC
PO BOX 848086
DALLAS, TX 75284-8086

MGES, INC
8725 KNIGHT ROAD
HOUSTON, TX 77054-4405

MICROTEK MEDICAL INC
FILE 4033P
PO BOX 911633
DALLAS, TX  75391-1633

MIKE SULLIVAN
HARRIS CNTY TAX ASSESSOR-COLLECTIONS
1001 PRESTON
PO BOX 4089
HOUSTON, TX  77210-4089

MILLIPORE CORPORATION
25760 NETWORK PLACE
CHICAGO, IL 60673-1257

MIZUHO ORTHOPEDIC SYSTEMS INC
DEPT CH 16977
PALATINE, IL  60055-6977

MOGUL MARKETING
3338 EAGLE RIDGEWAY
HOUSTON, TX 77084-5531

MONSTER WORLDWIDE INC
PO BOX 90364
CHICAGO, IL  60696-0364

MORRIS SYSTEMS INCORPORATED
5504 DEMOCRACY DRIVE
STE 220
PLANO, TX 75024-3553

MUSCULOSKELETAL TRANSPLANT FOUNDATION
PO BOX 415911
BOSTON, MA 02241-5911

MUSTAFA ALI DENNY'S
6969 GULF FREEWAY
HOUSTON, TX 77087-2554

NATIONAL AUDIT
ATTN:  HUMANA ASO PROCESSING
12276 SAN JOSE BLVD
STE 410
JACKSONVILLE, FL 32223-8660

NCO FINANCIAL SYSTEMS INC-EOS
ATTN:  NCOEOS24886
NETWORK PLACECHICAGO, IL  60673-1248

NEWSOME MANAGEMENT INC
4811 CINNAMON STONE DRIVE
KILLLEEN,TX 76542-5305

NORTEK MEDICAL STAFFING INC
2313 TIMBER SHADOWS
KINGWOOD, TX 77339-2270

NORTH AMERICAN CAPACITY
14785 PRESTON ROAD
STE 350
DALLAS, TX 75254-6862

NORTH HOUSTON EMERGENCY PHYSICIANS
    ASSOC
58 SOUTH MEADOWMIST CIRCLE
THE WOODLANDS, TX 77381-6265

NORTHSIDE PATHOLOGY GROUP PLLC
310 LINDENWOOD DR
HOUSTON, TX 77024-6906

NOVA BIOMEDICAL
PO BOX 983115
BOSTON, MA  02298-3115

NOVUS & FORTIS LLC
4243 COOK RD
HOUSTON, TX 77072-1102

OAK FARMS - HOUSTON
PO BOX 973866
DALLAS, TX 75397-3866

OFFICE OF THE ATTORNEY GENERAL
TX CHILD SUPPORT SDU
PO BOX 659791
SAN ANTONIO, TX 78265-9791

OLYMPUS AMERICA INC.
DEPT. 0600
PO BOX 120600
DALLAS, TX 75312-0600

OMAR AHMAD
15626 BEECHNUT
HOUSTON, TX 77083-5422

ONE SOURCE HOSPITAL CARE SOLUTIONS
4314 HAZEPOINT DR
KATY, TX 77494-5146

ORLANDO RIVERA DPM
7007 NORTH FREEWAY
STE 410
HOUSTON, TX 77076-1331

ORTHO SOLUTIONS LLC
4141 SOUTHWEST FREEWAY
STE 410
HOUSTON, TX 77027-7422

ORTHOFIX INC
PO BOX 849806
DALLAS, TX  75284-9806

ORTHOFIX SPINAL IMPLANTS
BLACKSTONE MEDICAL INC
PO BOX 842452
DALLAS, TX  75284-2452

ORTHOHELIX SURGICAL DESIGNS INC
75 REMITTANCE DRIVE
SUITE 6688
CHICAGO, IL  60675-6688

ORTHOMED
4710 KATY FRWY
STE A
HOUSTON, TX 77007-2204

ORTHOPEDIC CARE CENTER
2121 OAKDALE ST
HOUSTON, TX 77004-7409

ORTHOSCAN
8212 E EVANS RD
SCOTTSDALE, AZ 85260-3670

OSTEOMED
2241 COLLECTION CENTER DRIVE
CHICAGO, IL 60693-0022

P M G-LANDSCAPE SOLUTIONS
PO BOX 12932
HOUSTON, TX 77217-2932

PACIFIC MEDICAL LLC
32981 CALLE PERFECTO
SAN JUAN CAPISTRANO, CA 92675-4705

PACS IMAGING & COMMUNICATIONS, LLC
1583 E SILVER STAR RD # 219O
COEE, FL 34761-2553

PARK LANE MANAGEMENT
435 B1 FM1092
#423
STAFFORD, TX 77477-5420

PARTSSOURCE CORPORATE CENTER
PO BOX 645186
CINCINNATI, OH  45264-5186

Patricia W. Cheney
5522 Dunleith Lane
Spring, TX 77379-7901

PBD SERVICES 1 LLC
DBA GUARDIAN EMS
PO BOX 1119
COLUMBUS, TX  78934-1119

PEACH TREE CLINICAL MANAGEMENT PLLC
150 WEST PARK
SUITE #704
HOUSTON, TX 77037

PERSONNEL CONCEPTS
PO BOX 5750
CAROL STREAM, IL  60197-5750

PHILIPS HEALTHCARE
PO BOX 100355
ATLANTA, GA 30384-0355

PHSI PURE WATER FINANCE
PO BOX 404582
ATLANTA, GA 30384-4582

PHYSICIAN RESOURCES, INC
1818 MEMORIAL DR.
#200
HOUSTON, TX 77007-8383

Physicians Sales & Services, Inc.
Attn: Jeremy Krug
4345 South Point Blvd.
Jacksonville Fl 32216-6166

PHYSIO-CONTROL
11811 WILLOWS RD
NEREDMOND, WA 98052-2015
POWER PLUS
1210 N RED GUM ST
ANAHEIM, CA 92806-1820

POWER PRO-TECH SERVICES INC
377 MAITLAND AVE
STE 1010
ALTAMONTE SPRINGS, FL 32701-5442

PPR, LLC
DRAWER #1587
PO BOX 5935
TROY, MI  48007-5935

PRECHECK INC
PO BOX 840031
DALLAS, TX 75284-0031

PRECISION DYNAMICS CORP
4193 SOLUTIONS CTR
LOCKBOX NO. 774193
CHICAGO, IL 60677-4001

PRECISION SURGICAL LLC
2551 FARRINGTON ST
DALLAS, TX 75207-5905

PRESTIGE STAFFING
1211 HIGHMEADOW
ROYSE CITY, TX 75189-3633

PRINTEGRITY
PO BOX 70469
HOUSTON, TX  77270-0469

PROFESSIONAL MEDIA RESOURCES
PO BOX 460380
ST LOUIS, MO 63146-7380

PROGRESSIVE COUNTY MUTUAL INS
PO BOX 105428
ATLANTA, GA 30348-5428

PROGRESSIVE
PO BOX 650201
DALLAS, TX 75265-0201

PROGRESSIVE WASTE SOLUTIONS OF TX INC
SOUTH TEXAS DISTRICT
PO BOX 660043
DALLAS, TX  75266-0043

PROVIDER EDGE LLC
1706 KEENEN CT
HOUSTON, TX 77077-3430

QUILL CORPORATION
PO BOX 37600
PHILADELPHIA, PA  19101-0600

RAJESH RETHNAM MD
1635 N LOOP WEST
HOUSTON, TX 77008-1532

RAMACHANDRA MALYA, M.D.
7333 NORTH FREEWAY
SUITE 127
HOUSTON, TX 77076-1347

RAVI SOMAYAZULA MD
2323 LONG REACH DRIVE
APT15104
SUGAR LAND, TX 77478-4377

RAY CHEN MD
6305 NEWCASTLE ST
BELLAIRE, TX 77401-3815
REGGIE WASSON
8038 CHIMNY ROCK COURT
PORT ARTHUR, TX 77642-6800

RICH WURSCHE
5303 BEAVER LODGE DRIVE
KINGWOOD, TX 77345-1739

RITERESPONSE ANSWERING & CALL
   CENTER  SVCS
730 NORTH LOOP
HOUSTON, TX  77009-1043

RIVER OAKS EMERGENCY CENTER 24HR
2320 S SHEPHERD DRIVE
HOUSTON, TX 77019-7014

ROBERT JEFFERSON
8406 GLEN ELM DR
SPRING, TX 77379-2730
Robert Ogle
The Claro Group
1221 McKinney
Suite 2850
Houston, TX 77010-2028

ROBERTA CONSOLVER
12008 EDEN CREEK DRIVE
PEARLAND, TX 77584-1639

RODOLFO ARGUETA
PO BOX 12932
HOUSTON, TX 77217-2932

ROXANNA GAMEZ
2038 SKINNER ROAD
HOUSTON, TX 77093-4118

SADASIVAREDDY GOLI MD
5990 AIRLINE DR
STE 250
HOUSTON, TX 77076-4237

SELECTCARE OF TEXAS
PO BOX 741107
HOUSTON, TX 77274-1107

SHERWIN- WILLIAMS CO
2106 FM 1960 RD
EAST HUMBLE, TX  77338-5200

SHRED TEX
15150 SOMMERMEYER
HOUSTON, TX 77041-5374

SIEMENS HEALTHCARE DIAGNOSTICS
PO BOX 121102
DALLAS, TX 75312-1102

SIZEWISE
PO BOX 320
ELLIS, KANSAS 67637-0320

SMITH & NEPHEW, INC.
PO BOX 60333
CHARLOTTE, NC 28260-0333

SOLANA SURGICAL LLC
6363 POPLAR AVENUE, SUITE #434
MEMPHIS, TN 38119-4899
SOUTHWASTE DISPOSAL LLC
PO BOX 53988
LAFAYETTE, LA 70505-3988

SOUTHWESTERN DIAPHERESIS, INC
7333 NORTH FREEWAY
STE 127A
HOUSTON TX 77076-1347

SPARKLETTS AND SIERRA SPRINGS
PO BOX 660579
DALLAS, TX 75266-0579

SPBS, INC.
4315 IRONTON AVENUE
SUITE C
LUBBOCK, TX 79407-3764

SPECTRANETICS CORP
LBX #7745884588
SOLUTIONS CENTER
CHICAGO, IL 60677-4005

SPECTRUM SURGICAL INSTRUMENT CORP
4575 HUDSON DRIVE
STOW, OH 44224-1725

SPEECH THERAPY UNLIMITED PLLC
11569 S HIGHWAY 6
SUITE 205
SUGAR LAND, TX 77498-4932

SPINAL ELEMENTS
2744 LOKER AVE
WEST SUITE
CARLSBAD, CA 92010-6612

ST ANTHONY'S ANESTHESIA
% MICHAEL BURG
1842 SNAKE RIVER ROAD
KATY, TX 77449-7756

ST ANTHONYS HOSPITAL EBPT
22322 GRAND CORNER DR
STE 200
KATY, TX 77494-5941

ST JOHN COMPANIES INC
PO BOX 51263
LOS ANGELES, CA 90051-5563
ST JUDE MEDICAL INC
22400 NETWORK PLACE
CHICAGO, IL 60673-1224

STATLAB MEDICAL PRODUCTS
PO BOX 678056
DALLAS, TX 75267-8056

STEPHEN CHUN MD
58 S MEADOWMIST CIRCLE
THE WOODLANDS, TX 77381-6265

STERICYCLE INC.
PO BOX 6575
CAROL STREAM, IL 60197-6575

STERIS CORPORATION
PO BOX 676548
DALLAS, TX 75267-6548

STRYKER ENDOSCOPY
ATTN: MELINA MUNEZ
5900 OPTICAL COURT
SAN JOSE, CA 95138-1400

STRYKER SALES CORP.
PO BOX 70119
CHICAGO, IL 60673-0119

STRYKER SUSTAINABILITY SOLUTIONS
PO BOX 29387
PHOENIX, AZ 85038-9387

SULLIVAN STOLIER KNIGHT LC
1042 CAMELLIA BOULEVARD
STE 2
LAFAYETTE, LA 70508-6100

SUN COAST RESOURCES, INC
PO BOX 202603
DALLAS, TX 75320-2603

SUNBELT FRESH WATER SUPPLY
410 WEST GULF BANK ROAD
HOUSTON, TX 77037-2902

SURGICAL DIRECT

909 SOUTH WOODLAND BLVD
DELAND, FL 32720-7321

SURGIQUIP SOLUTIONS
PO BOX 2224
SUGAR LAND, TX 77487-2224

SURYAM KODALI MD
1400 CREEKWAY
#221
SUGARLAND, TX 77478-4073

SUTURE EXPRESS
PO BOX 842806
KANSAS CITY, MO 64184-2806

SW Acute Mobile Dialysis
212, E. Crosstimbers St.
Ste #130
Houston, TX 77022-4409

SYED AHMED MD
8900 SUNSET PARK LANE
CONROE, TX 77302-3495

SYMBOLOGY ENTERPRISES INC
185-H INDUSTRIAL PARKWAY
SOMERVILLE, NJ 08876-3484

SYMMETRY SURGICAL
PO BOX 759159
BALTIMORE, MD  21275-9159

SYNTHES
PO BOX 8538-662
PHILADELPHIA, PA 19171-0662

TARRESHA L  MELROSE
6026 LOVAGE AVE
CROSBY, TX 77532-6792

TECHNO PRINT
4314 HAZEPOINT DR
KATY, TX 77494-5146

TELEFLEX MEDICAL
PO BOX 601608
CHARLOTTE, NC 28260-1608

TEXAS ACADEMY OF NUTRITION & DIETETICS

13490 T I BLVD
STE 102
DALLAS, TX 75243-1550
TEXAS CARDIOLOGY ASSOCIATES OF HOUSTON
2627 CHESTNUT RIDGE RD
STE 100
KINGWOOD, TX 77339-1777

Texas Comptroller of Public Accounts
And TEX undeliverable
Texas Department of State Health Services
c/o Office of the Attorney General
Bankruptcy & Collections Division
P. O. Box 12548    MC-008
Austin, TX 78711-2548

TEXAS DEPT OF STATE HEALTH SVCS
ZZ700/996 CASH RECEIPTS BRANCH, MC 2003
PO BOX 14937
AUSTIN, TX  78714-9347

Texas Health and Human Services Commission
c/o Office of the Attorney General
Bankruptcy & Collections Division
P. O. Box 12548  MC-008
Austin, TX 78711-2548

TEXAS MEDICAID & HEALTH PARTNERSHIP
12357-B RIATA TRACE PARKWAY
AUSTIN, TEXAS 78727-6474

TEXAS WORKFORCE COMMISSION
PO BOX 149037
AUSTIN, TX 78714-9037

THE RIGHT SOLUTIONS, L.L.P.
9601 KATY FREEWAY
SUITE 370
HOUSTON, TX 77024-1354

THE RUHOF CORPORATION
393 SAGAMORE AVENUE
MINEOLA, NY 11501-1919

THOMAS TAYLOR, M.D.
1315 ST. JOSEPH PKWY
SUITE 1111
HOUSTON, TX 77002-8235

TIMELINE LOGISTICS

PO BOX 131483
HOUSTON, TX 77219-1483

TIMES OF ASIA HUM TUM RADIO
6161 SAVOY LN
SUITE 1140
HOUSTON, TX 77036-3323

TINDAL LAW FIRM
17225 EL CAMINO REAL
STE 190
HOUSTON, TX 77058-2767

TLC GRAPHICS
11012 WARDOUR LANE
AUSTIN, TX 78748-2966

TRANSTAR A/C SUPPLY INC
3535 S MAIN ST
STAFFORD, TX 77477-5405

TRI-ANIM HEALTH SERVICES INC
25197 NETWORK PLACE
CHICAGO, IL  60673-1251

Troy Ted Tindal
17225 El Camino Real
Suite 190
Houston, TX 77058-2767

TRUVICE SURGICAL
18910 ORIOLE POINT
CYPRESS, TX 77429-8354

U S OFFICE & INDUSTRIAL SUPPLY
PO BOX 7612
VAN NUYS, CA 91409-7612

UAL
PO BOX 730216
DALLAS, TX 75373-0216

ULTIMATE IMAGING SOLUTIONS
PO BOX 2443
SPRING, TX  77383-2443

ULTRASTAFF
1818 MEMORIAL DR
#200
HOUSTON, TX 77007-8383

UNIFIRST HOLDINGS INC
9019 RAILWOOD DRIVE
HOUSTON, TX 77078-4524

UNION INSURANCE COMPANY
122 WEST CARPENTER FREEWAY
STE 350
IRVING, TX 75039-2094

UNITED CAPITAL FUNDING CORP
PO BOX 31246
TAMPA, FL 33631-3246

US FOODS BLUE PRINTMENU MANAGEMENT SYST
9399 W HIGGINS ROAD
ROSEMEONT, IL 60018-6900

US MED-EQUIP
PO BOX 41321
HOUSTON, TX 77241-1321

V B SHENOY MD PA NORTHWEST CARDIOLOGY CLINIC
7333 NORTH FREEWAY, SUITE 100
HOUSTON, TX 77076-1346

VASAMED INC
7615 GOLDEN TRIANGLE DR
STE A
EDEN PRAIRIE, MN 55344-3733

VELOCITY ORTHOPEDICS INC
ATTN:  BILL COY
10700 JERSEY BLVD
#360
RANCHO CUCAMONGA, CA 91730-5132

VIKRAM MEHRA MD
7610 BETTY JANE LANE
HOUSTON, TX 77055-6808

W.L. GORE & ASSOCIATES, INC.
PO BOX 751331
CHARLOTTE, NC 28275-1331

WEST HOUSTON RADIOLOGY ASSOC
PO BOX 765
INDIANAPOLIS, IN 46206-0765

WILLIAM E. HEITKAMP, TRUSTEE
UNITED STATES BANKRUPTCY COURT
PO BOX 740
MEMPHIS, TN  38101-0740

WOLTERS KLUWER HEALTH
PO BOX 1610
HAGERSTOWN, MD  21741-1610

WOUND CARE INNOVATIONS LLC
777 MAIN ST
SUITE 3100
FORT WORTH, TX 76102-5325
WRIGHT MEDICAL TECHNOLOGY INC
PO BOX 503482
ST LOUIS, MO  63150-3482

XLR8 MEDICAL BILLING
1330 POST OAK BOULEVARD
STE 1600
HOUSTON, TX 77056-3072

X-SPINE
452 ALEXANDERSVILLE ROAD
MIAMISBURG, OHIO 45342-3658

YONG DUCK LEE MD
7333 N FRWY
STE 220
HOUSTON, TX 77076-1319

YOUNAN NOWZARADAN MD
1247 WYNDEN OAKS GARDEN DR
HOUSTON, TX 77056-2529

ZIMMER
PO BOX 840166
DALLAS, TX 75284-0166

ZIRMED INC
1311 SOLUTIONS CENTER
CHICAGO, IL  60677-1311

## Parties Requesting Notice

Robert Huddleston Carpenter, JR
1601 Bryan Street
15th Floor
Dallas, Texas  75201

**Appearing for FDIC**

Rachel Obaldo
Assistant Attorney General
Bankruptcy & Collections Division
PO Box 12548
Dallas, Texas  78711-2548

**Appearing for Texas Comptroller and TWC**