**From:** Bob Ogle
**Sent:** Sunday, July 20, 2014 8:57 PM
**To:** Sean Clements
**Subject:** LTHM Houston-operations,LLC dba St. Anthony's Hospital, Houston - inquiry as to interest in representing the Trustee as financial advisor

I am seeking proposals from firms with medical industry and bankruptcy experience to assist me with this case.

The US Trustee office has selected me to be the Chapter 11 trustee for this debtor who filed bankruptcy on July 14, 2014.  Case no. 14-33899. I am soliciting proposals for financial advisors with health care and bankruptcy experience to represent me.  I know very little about this case at this time except what I have outlined below and the docket, some relevant items I have attached to this email.  This is a medical practice management company.  Judge Isgur is presiding.

The Debtor operates St. Anthony's Hospital is at 2807 Little York Road, Houston Texas.
Last year they were doing less than 10 surgeries a month but are now performing 50+ surgeries and cutting costs ( I am told ).  Check out  www.stantonyshouston.com

Revenues and operating expenses both appear to be in the $600,000 month range, and employs 44 full time and 30 part-time employees ( cash collateral budget and Motion ).

The debtors counsel is Troy Tindal, Tindal Law Firm,  17225 El Camino Real, Suite 190  Houston, TX 77058.

There is $245,000 in secured debt under a financing statement with Opes Investments Inc., allegedly to be secured by accounts receivables

There is also $900,000 in secured debt, secured by a lien, to the IRS.

Joseph A Friedman, Kane Russell Coleman & Logan PC made an appearance for FDIC, as receiver for First National Bank ( creditor ), also an alleged secured creditor.

The twenty largest unsecured creditors are: ( The Schedules have not be prepared yet )

| # | Creditor | Amount |
|---|---|---|
| 1. | Peachtree Clinical Management PLLC | $173,012.50 |
| 2. | Provider Edge, LLC | $152,839.29 |
| 3. | St. Anthony's Anesthesia | $113,941.70 |
| 4. | Health Business Solutions LLC | $90,000.00 |
| 5. | Cardinal Health/Pharmacy Solutions | $83,100.41 |
| 6. | Morris Systems Inc. | $82,010.20 |
| 7. | Rodolfo Argeuta | $81,300.00 |
| 8. | Bay Area Emergency Physicians | $74,866.66 |
| 9. | Suture Express | $72,452.22 |
| 10. | Evologistics, LLC | $67,984.00 |
| 11. | Orthofix, Inc. | $66,684.00 |
| 12. | Allied Health Services | $65,941.38 |
| 13. | Northside Pathology Group PLLC | $59,246.00 |

**EXHIBIT B**

| | | |
|---|---|---|
| 14. | J&J Health Care Systems Inc. | $58,490.32 |
| 15. | First Insurance Funding | $55,876.55 |
| 16. | Medline Industries Inc. | $53,023.05 |
| 17. | Siemens Healthcare Diagnostics | $51,214.33 |
| 18. | Solana Surgical LLC | $50,825.00 |
| 19. | Entrust Client Services | $48,711.46 |
| 20. | Biotronik | $47,313.00 |

Please let me know immediately if you have any interest in serving as the financial advisor.  If so, please send me your credentials and fee statement, or call me to discuss.

I hope to meet with Jason LeDay, president and principal owner tomorrow for the first time.

Jason LeDay owns Little York Hospital RE, LP, which owns 100% of the hospital in a company called LTNH – Real Estate LLC, as well as 100% of the Debtor.

Bob


**Robert E Ogle CPA, CTP**
The Claro Group
1221 McKinney St., Suite 2850
Houston, TX 77010

(281) 652 5435/office
(713) 236 0033/fax
(713) 412-1304