**Exhibit A-3 - Relationship Disclosure**

**In re: LTHM Houston – Operations, LLC.**
U.S.B.C. Southern District of Texas, Houston Division
Case No. 14-33899

In connection with the proposed retention of The Claro Group, LLC ("Claro") as accountant, forensic accountant, financial advisor and consultant to the Chapter 11 trustee in this case, Claro has been provided a list of the Debtor's creditors and other persons identified as parties-in-interest in the Debtor's bankruptcy case. Claro's conflict checks are done by searching a computer database for the specific names listed in Exhibit A-2. Claro has not searched the names of any parents, subsidiaries or affiliates of the entities listed in Exhibit A-2, and it is likely that Claro has been engaged by some of these entities in matters unrelated to the Debtor or this bankruptcy. If the database input contains a misspelling, a conflict could potentially be missed. Additionally, due to the magnitude of the aforementioned computer database, many common names (for example, those of common individual surnames, etc.) appear repetitively.

Claro has identified and included in the list below the persons/entities to whom/which Claro currently has a relationship or a connection in matters unrelated to this bankruptcy case.

**Parties with whom The Claro Group has a relationship or a connection.**

3M Company
Allied Waste Services
Amtech Elevator Services
AP Gas & Electric
Arthrex Inc
Atomic Energy Industrial
Biomet Inc
Cardinal Healthcare Pharmacy Solutions
Centerpoint Energy
City of Houston
Clear Channel Outdoor
Comcast
Conmed Linvatec
Covidien
Ecolab
Federal Express
First Insurance Funding
First National Bank
Grainger
Gramedica

**EXHIBIT C-3**

Harris County Tax Assessor
HD Supply Facilities Maintenance
Infolab Inc
Instratek Inc/Michael Glyn Brown[2]
Integra Lifesciences Corporation
L2 Surgical LLC
Medical Art Press
Medline Industries Inc
Osteomed
PHSI Pure Water Finance
Physio-Control
Precheck Inc
Robert E. Ogle [1]
Siemens Healthcare Diagnostics
Smith & Nephew Inc
Solana Surgical LLC
Sparkletts and Sierra Spring
Steris Corporation
Sun Coast Resources Inc
Surgiquip Solutions
Texas Attorney General
Texas Workforce Commission
U S Trustee

(1)   Robert E. Ogle is employed by Claro as a Senior Advisor on a contract basis.
(2)   Instratek Inc was a hundred percent owned by the Michael Glyn Brown Estate.