UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO.  14-33899 |
| LTHM HOUSTON - OPERATIONS, LLC | § | |
| DEBTORS(S), | § | CHAPTER  11 |

### NOTICE OF APPEARANCE AND REQUEST
### FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**HARRIS COUNTY**

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

### Certificate of Service

I do hereby certify that on __28TH__ day of __JULY__, 2014, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

| | | |
|---|---|---|
| TROY TED TINDAL | US TRUSTEE (HOUSTON) | LTHM HOUSTON - OPERATIONS, LLC |
| 17225 EL CAMONO REAL, STE 190 | OFFICE OF THE US TRUSTEE | 2807 LITTLE YORK ROAD |
| HOUSTON, TX 77058 | 515 RUSK AVENUE STE. 3516 | HOUSTON, TX 77093 |
| | HOUSTON, TX 77002 | |

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
P.O. Box 3064
HOUSTON, TX 77253-3064
Telephone:  (713) 844-3400
Facsimile:   (713) 844-3503
Email:          houston_bankruptcy@publicans.com

By: _____
Tara L. Grundemeier
SBN: 24036691 TX