# St. Anthony's Hospital Contingency Clinical Shutdown Plan

## Draft as of 8/2/14

Discussions with survey representatives from both the Texas Department of State Health Services (TDSHS) and DNV an accreditation authority body over the last week indicate St. Anthony's Hospital is in a vulnerable state for continuation of clinical care. The following is a clinical focused shut down plan that has been validated by TDSHS representative:

1. TDSHS will be notified immediately that the hospital is closing and hospital license secured and returned.
2. Original licenses issues by state authorities will be secured and mailed via certified mail to appropriately designated individuals.
3. All hospitalized patients will be transferred out to other facilities with communication that the hospital is closing to avoid EMTALA violations.
4. EMS systems will be notified of hospital closure immediately.
5. Signage indicating the hospital is closed will be placed on the door and the facility secured.
6. The Texas State Board of Pharmaceuticals will be notified immediately. The pharmacist of record will inventory the entire hospitals pharmaceuticals on hand and secure them. The pharmacist must prepare and submit the state report.
7. All radiology equipment will be inventoried and tagged with notification to the Texas X-Ray licensing agency of the inventory and hospital closure. The state issued certificate will be returned to this agency.
8. DNV, the accrediting authority, will be notified of the hospital closure.
9. Medical records, including those reported as being stored at St. Anthony's from Renaissance Groves, will be picked up and secured at an external professional medical records storage facility.

The items above are the minimum state regulated required actions that are to occur.

July 28, 2014
Prepared by V. Newsome
RCAT Consultant