IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | CASE NO. 14-33899 |
| LTHM Houston - Operations, LLC, | § | |
| | § | CHAPTER 11 |
| Debtor. | § | |

**THE TEXAS HEALTH AND HUMAN SERVICES COMMISSION AND THE TEXAS DEPARTMENT OF STATE HEALTH SERVICES WITNESS AND EXHIBIT LIST**

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION ||
|---|---|
| Main Case No: 14-33899 | Name of Debtor: LTHM Houston - Operations, LLC, |
| | |
| Witnesses: | Judge: Hon. Marvin Isgur |
| Sandy Smith<br>Nurse Surveyor<br>Texas Department of State Health Services | Courtroom Deputy: |
| | Hearing Date: August 12, 2014 |
| | Hearing Time: 9:00 a.m. |
| | Party's Name:<br>The Texas Health and Human Services Commission and the Texas Department of State Health Services |
| | Attorney's Name: J. Casey Roy |
| | Attorney's Phone: (512) 475-4555 |
| | Nature of Proceeding: Ombudsman Hearing (Dkt. No. 2); Motion to Use Cash Collateral (Dkt. No. 32); Motion for Authority to Cease Operations (Docket No. 44) |

EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| State Ex. 1 | CMS Correspondence to Debtor dated August 8, 2014 | | | | |

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

JOHN B. SCOTT
Deputy Attorney General for Civil Litigation

RONALD R. DEL VENTO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

*/s/  J. Casey Roy*
J. CASEY ROY
Texas State Bar No. 00791578
Assistant Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas 78711-2548
P: (512) 463-2173/F: (512) 936-1409
casey.roy@texasattorneygeneral.gov

ATTORNEYS FOR THE TEXAS HEALTH AND HUMAN SERVICES COMMISSION AND THE TEXAS DEPARTMENT OF STATE HEALTH SERVICES

## CERTIFICATE OF SERVICE

  I certify that a true and correct copy of the foregoing has been served via the Court's Electronic Filing System on all parties requesting notice in this proceeding and that copies were mailed to the counsel and parties listed below, via first class U.S. Mail, postage prepaid on August 8, 2014.

LTHM Houston - Operations, LLC
2807 Little York Road
Houston, TX 77093

**Debtor**

Nancy Lynne Holley
U S Trustee
515 Rusk St., Ste 3516
Houston, TX 77002

**Counsel for U.S. Trustee**

Troy Ted Tindal
17225 El Camino Real
Suite 190
Houston, TX 77058

**Counsel for Debtor**

Spencer D Solomon
Nathan Sommers Jacobs PC
2800 Post Oak Blvd
61st Floor
Houston, TX 77056

Ronald J. Sommers
2800 Post Oak Blvd., 61st Floor
Houston, TX 77056

**Counsel for Trustee**

*/s/ J. Casey Roy*
J. CASEY ROY
Assistant Attorney General