In The United States Bankruptcy Court
For The Southern District of Texas
Houston Division

| | | |
|---|---|---|
| In Re: | § | Case No.: 14-33899 |
| LTHM HOUSTON – OPERATIONS, | § | Chapter 11 Bankruptcy |
| LLC; dba ST. ANTHONY'S | § | |
| HOSPITAL | § | |
| Debtor | § | |
| | § | |

## NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR COPIES UNDER BANKRUPTCY RULE 2002

Please take notice that Charlie T. Nhan, and the law firm of Bui & Nhan, P.L.L.C. hereby enter an appearance as counsel of record in the above-captioned bankruptcy case for QUYNH VO ("Creditor"), and hereby request that all notices given or be required to be given in this case, and all papers served or required to be served in this case, be given to and served upon:

Charlie T. Nhan
Bui & Nhan. P.L.L.C.
3921 Ocee st.
Houston, Texas 77063
E-mail: cnhan@buinhanlaw.com

This request encompasses all notices, copies and pleadings referred to in Rules 2002, 9007 and / or 9008 of the Bankruptcy Rules, including without limitation, notices of any orders, motions, demands, complaints, plans, disclosure statements, petitions, pleadings, requests, application and any other documents brought before this Court in this case, and any hearings, trials or proceedings related thereto, which affect or otherwise relate to the above case or Creditor.

Respectfully submitted,

**BUI & NHAN, P.L.LC.**
3921 Ocee
Houston, Texas 77063
Tel: 713-783-2466
Fax: 713-783-0787

*/s/Charlie Nhan*

By:_____
Charlie T. Nhan
State Bar No.: 24025561
Federal I.D.: 25296
ATTORNEY FOR QUYNH VO

### CERTIFICATE OF SERVICE

I, Charlie T. Nhan, do hereby certify that on this 8th day of August 2014, a true and correct copy of the foregoing Notice of Entry of Appearance and Request for Copies has been sent to all parties and attorney of record receiving ECF Notification at the date and time filed.

*/s/ Charlie Nhan*
_____
Charlie T. Nhan