UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
08/12/2014

| | | |
|---|---|---|
| IN RE: | § § | |
| LTHM HOUSTON - OPERATIONS, LLC d/b/a ST. ANTHONY'S HOSPITAL, | § § § | CASE NO. 14-33899 |
| DEBTOR | § | |

## ORDER AUTHORIZING THE CHAPTER 11 TRUSTEE TO CEASE OPERATIONS OF DEBTOR'S HOSPITAL AND TO IMPLEMENT SHUT DOWN PLAN

On August 4, 2014, Robert E. Ogle (the "Trustee"), Chapter 11 trustee for LTHM Houston – Operations, LLC d/b/a St. Anthony's Hospital (the "Debtor" or "St. Anthony's"), filed an *Emergency Motion to Cease Operations of Debtor's Hospital and to Implement Shut Down Plan* (the "Motion"). After considering the Motion, all responses thereto, if any, the arguments of counsel, and the evidence presented, the Court is of the opinion and finds that notice of the Motion was in all respects adequate and proper, that emergency consideration of the Motion is appropriate, and that the Motion should in all things be granted. Accordingly, it is hereby:

ORDERED that the Motion is granted in its entirety; and it is further

ORDERED that the Trustee is authorized to cease operations of St. Anthony's and to implement the Wind-Down Plan[1] as requested by the Motion; and it is further

~~ORDERED that this Court's Second Interim Order Authorizing the Use of Cash Collateral [Doc. No. 38] is hereby modified to permit the Trustee to use cash collateral to implement the Wind-Down Plan and to pay critical staff and expenses on an interim basis in accordance with the budget attached to the Wind-Down Plan, with a 10% permitted variance of the expenses listed therein; and it is further~~

~~ORDERED that, except as expressly modified herein, all provisions of this Court's Second Interim Order Authorizing the Use of Cash Collateral [Doc. No. 38] shall remain in full force and effect.~~

Signed this 12 day of August, 2014.

Marvin P. Isgur,
United States Bankruptcy Judge

> This Order will not be effective immediately. The Trustee may implement this Order not earlier than 9:00 a.m. on August 14, 2014. The Trustee may defer implementation of this Order until the later of (i) 4:00 p.m. on August 14, 2014; or (ii) such later time as the Trustee has determined is consistent with available funding to pay the necessary expenses of the Estate. The Trustee will not implement this Order if, in his reasonable discretion, he determines that he will have available funding to pay the necessary expenses of the Estate.
> Any shutdown of the facility must be made in coordination with the State of Texas.

---

[1] Capitalized terms not defined herein shall have the meaning as defined in the Motion.