B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Southern District of Texas

In re __LTHM Houston - Operations, LLC DBA St. Anthony's Hospital__,  Case No. __14-33899__
                                          Debtor

Chapter __11__

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 1,460,307.87 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 17,538,894.91 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 6 | | 1,563,101.48 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 18 | | 7,471,902.15 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 34 | | | |
| Total Assets | | | 1,460,307.87 | | |
| Total Liabilities | | | | 26,573,898.54 | |

B6A (Official Form 6A) (12/07)

In re  **LTHM Houston - Operations, LLC DBA St. Anthony's Hospital** ,  Case No.  **14-33899**

_____
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re  **LTHM Houston - Operations, LLC DBA St. Anthony's Hospital**                    Case No.   **14-33899**
_____,
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wells Fargo** | - | 12,500.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        **12,500.00**
(Total of this page)

__2__  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **LTHM Houston - Operations, LLC DBA St. Anthony's Hospital**  ,   Case No.   **14-33899**
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **FMV estimated to be 9% of net Medical receivables, ($11,269,966.40).** | - | 1,014,296.98 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >    **1,014,296.98**
(Total of this page)

Sheet  **1**  of  **2**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **LTHM Houston - Operations, LLC DBA St. Anthony's Hospital**   ,   Case No.   **14-33899**
_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Hospital License** | - | **200,000.00** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Furniture & Fixtures, Machinery & Equipment, Software.  Fair Market Value estimated to be 10% of book value ($836,276.43.)** | - | **83,627.64** |
| 30. Inventory. | | **Drugs** | - | **149,883.25** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **433,510.89** |
| (Total of this page) | |
| Total > | **1,460,307.87** |

Sheet __**2**__ of __**2**__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re **LTHM Houston - Operations, LLC DBA St. Anthony's Hospital** , Case No. **14-33899**

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **2880** | | | **June 10, 2011** | | | | | |
| **FDIC, As Receiver For First National Bank** PO Box 810 Edinburg, TX 78540 | | - | **Debtor Guarantee** **Machinery, Equipment, Furniture & Fixtures, Inventory.** | | | | | |
| | | | Value $         **233,510.89** | | | | **16,000,000.00** | **0.00** |
| Account No. | | | | | | | | |
| **Joseph A. Friedman Kane, Russell, Coleman, & Logan PC** 1604 Elm Street Dallas, TX 75201 | | | **Representing:** **FDIC, As Receiver For** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| **Yolick Law Firm, PC** PO Box 7571 The Woodlands, TX 77387-7571 | | | **Representing:** **FDIC, As Receiver For** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. **8678** | | | **FICA 9/30/13, 12/31/13, 3/31/14, 6/30/14. FUTA 12/31/13.** | | | | | |
| **Internal Revenue Service** PO Box 7346 Philadelphia, PA 19101-7346 | | - | **Statutory Lien** | | | | | |
| | | | Value $         **0.00** | | | | **1,254,097.60** | **126,446.05** |

**2**     continuation sheets attached

Subtotal
(Total of this page)   **17,254,097.60**   **126,446.05**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6D (Official Form 6D) (12/07) - Cont.

In re **LTHM Houston - Operations, LLC DBA St. Anthony's Hospital** , Case No. **14-33899**

Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| | | H | W | J C | | | | | | |
| Account No. | | | | | **Representing:** Internal Revenue Service | | | | | |
| **Internal Revenue Service** **12941 I-45N** **MS 52244HNW** **Houston, TX 77060** | | | | | | | | | **Notice Only** | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | **Representing:** Internal Revenue Service | | | | | |
| **US Attorney Office** **Southern District of Texas** **1000 Louisiana, Ste 2300** **Houston, TX 77002** | | | | | | | | | **Notice Only** | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | **Consentual Security Agreement** | | | | | |
| **OPES Investments, Inc.** **2441 S. 10th Street** **Abilene, TX 79605** | | - | | | | | | | **245,000.00** | **0.00** |
| | | | | | Value $          **1,000,944.00** | | | | | |
| Account No. | | | | | 9/30/13, 12/31/13, 3/31/14, 6/30/14 **State Tax Lien** | | | | | |
| **Texas Workforce Commission** **Attorney General, State of Texas** **Collection Division, Bankruptcy Section** **PO Box 12548** **Austin, TX 78711** | | - | | | | | | | **39,797.31** | **39,797.31** |
| | | | | | Value $          **0.00** | | | | | |
| Account No. 5968 | | | | | **Financing Statement** | | | | | |
| **US Foods Inc.** **9399 West Higgins Road** **Rosemont, IL 60018** | | - | | | | | | X | **0.00** | **0.00** |
| | | | | | Value $          **10,112.20** | | | | | |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **284,797.31** | **39,797.31** |
| --- | --- | --- | --- |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **LTHM Houston - Operations, LLC DBA St. Anthony's Hospital**          ,   Case No.   **14-33899**
_____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | | | | | | |
| **MCS UCC Services Group 9399 West Higgins Road Rosemont, IL 60018** | | | | **Representing: US Foods Inc.** | | | | **Notice Only** | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

Sheet **2** of **2** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 0.00 | 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 17,538,894.91 | 166,243.36 |

B6E (Official Form 6E) (4/13)

.

In re   __LTHM Houston - Operations, LLC DBA St. Anthony's Hospital_____,   Case No. ___14-33899_____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re __**LTHM Houston - Operations, LLC DBA St. Anthony's Hospital**__ ,   Case No. ___**14-33899**___
                                                                      Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | | |
| Account No. | | | | **Wages, Salaries, commisions** | | | | | | |
| **Various Employees - See Attachment A** | | - | | | | | | | 608,083.39 | |
| | | | | | | | | 1,436,655.43 | | 828,572.04 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |

| | | |
|---|---|---|
| Sheet __1__ of __2__ continuation sheets attached to | Subtotal | 608,083.39 |
| Schedule of Creditors Holding Unsecured Priority Claims | (Total of this page)   1,436,655.43 | 828,572.04 |

B6E (Official Form 6E) (4/13) - Cont.

In re __**LTHM Houston - Operations, LLC DBA St. Anthony's Hospital**__ ,    Case No. ___**14-33899**___

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **8678**<br><br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | - | | **Various** | | | | **126,446.05** | **0.00** | **126,446.05** |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __**2**__ of __**2**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | | **0.00** |
| | **126,446.05** | **126,446.05** |
| Total<br>(Report on Summary of Schedules) | **608,083.39** | |
| | **1,563,101.48** | **955,018.09** |

In re   **LTHM Houston - Operations, LLC DBA St. Anthony's Hospital**          Case No.    **14-33899**
Debtor(s)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### Attachment A

| Last Name | First Name | Address (Line One) | Address (Line Two) | Priority |
|---|---|---|---|---|
| Adefemi | James | 4034 Highway 6 South #1107 | Houston, TX  77082 | $ 2,081.58 |
| Aleman | Maria | 2414 Mierianne St | Houston, TX  77093 | $ 634.91 |
| Alterman | James | 9889 Cypresswood Apt 4206 | Houston, TX  77070 | $ 1,962.50 |
| Arquero | Rueben | 15114 Gaines Meadow Court | Houston, TX  77083 | $ 12,475.00 |
| Arsenalut | Walter | 5022 Louise St | Seabrook, TX  77586 | $ 2,373.81 |
| Baluyut | Maria S | 7510 Willowmint Ln | Houston, TX  77086 | $ 1,032.54 |
| Beasley | Toni | 106 E Timberlane | Alvin, TX  77511 | $ 12,475.00 |
| Bell | Mary | 19719 Rackingham Place | Humble, TX  77338 | $ 1,448.50 |
| Bias | Archie | 4640 Main St #440 | Houston, TX  77002 | $ 5,082.63 |
| Boan | Charles | 8114 Tavener Ln | Houston, TX  77075 | $ 12,475.00 |
| Boettcher | Amy | 10225 Wortham Blvd #2212 | Houston, TX  77065 | $ 131.25 |
| Bolton | Brittney | 6223 Springhaven Dr | Humble, TX  77396 | $ 2,929.50 |
| Brauer | Shinee | 3815 Stovepipe Ln | Sugar Land, TX  77479 | $ 3,065.75 |
| Bristow | Frank | 9935 Winchester Village Court | Houston, TX  77064 | $ 12,475.00 |
| Bruns | Wanda | 8035 Barnhill Drive | Humble, TX  77338 | $ 363.68 |
| Burrell | Bernice | 7547 West Knoll | Houston, TX  77028 | $ 11,419.26 |
| Campbell | Anthony | 11280 Braes Forest Dr Unit 204 | Houston, TX  77071 | $ 6,872.48 |
| Canlas | Avelina | 4234 Torrey Creek Lane | Houston, TX  77014 | $ 12,475.00 |
| Casperson | Ann | 6310 South Rice Ave | Bellaire, TX  77401 | $ 135.00 |
| Catolico Jr | Gertrudo | 160 April Point Dr S | Montgomery, TX  77356 | $ 6,178.02 |
| Chavez | Ricardo | 19507 Hurstwood Drive | Humble, TX  77346 | $ 828.70 |
| Chettiparampil | Sheela | 11007 Ramp Creek Ln | Sugar Land, TX  77498 | $ 1,449.63 |
| Christopher | Maria | 17107 Jetton Park Ln | Humble, TX  77346 | $ 12,475.00 |
| Chung | Soon | 25006 Barmby Dr | Spring, TX  77389 | $ 12,475.00 |
| Clark | Cheryl | 2922 Auburn Falls Lane | Houston, TX  77084 | $ 450.00 |
| Consolver | Roberta | 12008 Eden Creek Drive | Pearland, TX  77584 | $ 12,475.00 |
| Constantino | Josefina | 11019 Speer Landing Drive | Houston, TX  77064 | $ 3,173.29 |
| Crisp | Rosina | 9122 Grand View Park Drive | Spring, TX  77379 | $ 7,966.44 |
| Cuellar | Lourdes | 3259 Enchanted Hollow Ln | Spring, TX  77388 | $ 5,535.73 |
| Davila | Gilbert | 3915 Mattingham Dr | Houston, TX  77066 | $ 1,328.62 |
| Davis | Anita | 7740 W. Little York Rd #1034 | Houston, TX  77040 | $ 1,036.34 |
| Dickens | Maria Luisa | 7619 Sorbete Drive | Houston, TX  77083 | $ 8,734.42 |
| Drewery | Brett | 2000 Tidwell Apt 507 | Houston, TX  77093 | $ 10,429.72 |
| Enerio | Nicanora | 5242 Sherilynn Drive | Spring, TX  77373 | $ 4,475.39 |
| Esquivel | Dominique | 16303 Imperial Valley Dr Apt 702 | Houston, TX  77060 | $ 486.70 |
| Fernandez | Candace | 7818 Sativa Circle | Baytown, TX  77521 | $ 12,475.00 |
| Flores | Santos | 17054 Carbridge Dr | Houston, TX  77084 | $ 627.22 |
| Fontenot | Lionel | 6110 Bending Oaks | Houston, TX  77050 | $ 5,482.85 |
| Gama-Lopez | Bianca | 7878 Spencer Hwy #1010 | Pasadena, TX  77505 | $ 747.18 |
| Gamez | Roxana | 2038 Skinner Road | Houston, TX  77093 | $ 5,843.60 |
| Garcia | Maria | 2916 Charter Oaks | Houston, TX  77093 | $ 6,350.21 |
| Garcia | Mayra | 9014 Belle Glen | Houston, TX  77099 | $ 4,780.16 |
| Garcia | Michelle | 8531 Wilmerdean | Houston, TX  77061 | $ 3,134.64 |
| Garza | Maria | 1209 Carby Road | Houston, TX  77037 | $ 8,614.90 |
| Gogo | Joseph | 22849 Lantern Hills Drive | Kingwood, TX  77339 | $ 11,621.60 |
| Gonzales | Maria | 2213 Bringhurst | Houston, TX  77026 | $ 5,222.17 |
| Grant | Diana | 3202 Abbott Lakes | Spring, TX  77386 | $ 5,306.12 |
| Gutierrez | Ruth | 5111 Hollybrook | Houston, TX  77039 | $ 2,528.59 |
| Hall | Charissa | 3634 Bloomfield | Houston, TX  77051 | $ 1,560.00 |
| Hamann | Liliana | 422 W. Sunnyside St | Houston, TX  77091 | $ 144.00 |
| Harless | Susan | 144 Litchfield Lane | Houston, TX  77024 | $ 1,845.00 |
| Henry | Aisha | 101 Hollow Tree Ln Apt 13104 | Houston, TX  77090 | $ 1,352.80 |
| Herrera | Moises | 9223 Rocky Valley Drive | Houston, TX  77083 | $ 2,600.65 |
| Hill | Tina | 8718 Valley Ledge | Houston, TX  77078 | $ 877.01 |
| Huq | KJ | 14426 Cellini Drive | Cypress, TX  77429 | $ 12,475.00 |

| Last Name | First Name | Address (Line One) | Address (Line Two) | Priority |
|---|---|---|---|---|
| Huse | James | 9747 Farrell Dr | Houston, TX  77070 | $      9,856.10 |
| Jacquet | Lana | 10047 Westpark Dr | Houston, TX  77042 | $      1,452.76 |
| John | Francis | 5402 Linden Rose Ln | Sugar Land, TX  77479 | $      3,420.00 |
| Jorden | Bobby | Po Box 725 | Brookshire, TX  77423 | $    12,475.00 |
| Kensey | Joan | 4935 South Cancun Dr | Houston, TX  77045 | $      2,116.73 |
| Keobounheuang | Rita | 8902 Serena Lane | Humble, TX  77338 | $      1,142.16 |
| Kurian | Raju | 15630 Edgemere Ct | Sugar Land, TX  77479 | $      1,819.53 |
| Kuruvilla | Thomas | 1626 Berkoff | Sugar Land, TX  77479 | $    12,475.00 |
| Larry | Stephanie | 7023 Kay Leigh Court | Sugar Land, TX  77479 | $         104.16 |
| Law | Annie | 919 Quarter Horse Trail | Angleton, TX  77515 | $         518.46 |
| Lee | Calvin | 19014 Feather Lance Drive | Cypress, TX  77433 | $      5,322.84 |
| Li | Tak K | 3410 Woodbrook Lane | Sugar Land, TX  77478 | $    12,475.00 |
| Lira | Leticia | 2221 Kowis | Houston, TX  77093 | $      8,509.41 |
| Locksey | Timothy | 9407 Stockwell | Houston, TX  77083 | $         296.49 |
| Longoria | Lucille | 11811 Fall Meadow | Houston, TX  77039 | $      5,178.68 |
| Mathai | George | 4015 Portofino Court | Missouri City, TX  77459 | $    10,270.12 |
| Matthews | Erma | P.O. Box 262 | Boling, TX  77420 | $      4,381.97 |
| McCrea | Beverly | 8326 Gulftree | Houston, TX  77075 | $         188.03 |
| McCue | Catherine | 16122 Lafone Drive | Spring, TX  77379 | $    12,475.00 |
| McNeely | Mary | 14710 Windoak Lane | Houston, TX  77042 | $      7,617.00 |
| Mejia Fuentes | Matilde | 2805 Rosemary Lane | Houston, TX  77093 | $      3,487.64 |
| Mendioro | Emelita | 7607 Blossommist Lane | Richmond, TX  77407 | $    12,745.00 |
| Mojarro | Kenia | 2805 Rosemary Ln | Houston, TX  77093 | $      2,456.27 |
| Mosqueda-Garcia | San Juana | 1238 Castledale Dr | Houston, TX  77037 | $      2,371.44 |
| Nacis | Wilma | 11019 Speer Landing Drive | Houston, TX  77064 | $    12,475.00 |
| Nannikunnel | Raju | 6402 Goodlowe Park | Sugar Land, TX  77479 | $         250.91 |
| Navarro | Belinda | 1406 Tilley Street | Port Lavaca, TX  77979 | $      3,152.35 |
| Neilson | Kelly | 3903 Mossy Spring Ln | Spring, TX  77388 | $      5,717.70 |
| Newman | Margaret | 2211 Rockhaven Dr | Houston, TX  77062 | $    12,475.00 |
| Ngo | Khahan | 1035 Mockingbird Way | Sugar Land, TX  77478 | $         402.04 |
| Ochoa | Judith | 1754 Thornhollow Dr | Houston, TX  77014 | $      1,526.77 |
| Ochoa | Ruth | 520 Atascocita Rd #A2 | Humble, TX  77396 | $      1,009.81 |
| Ogwude | Mercy | 8565 W Sam Houston Pkwy S #205 | Houston, TX  77072 | $      2,245.03 |
| Orsack | Christine | 4039 Chapel Sq Dr | Spring, TX  77388 | $    11,754.60 |
| Pallesen | Kevin | 8938 Cinnamon Fern | Houston, TX  77064 | $      8,689.33 |
| Paradela | Susan | 5106 Jolie Drive | Pearland, TX  77584 | $      9,466.34 |
| Perez | Daniel | 512 Threlkeld | Houston, TX  77007 | $      8,070.27 |
| Pham | Randy | 13503 Sand Mountain Lane | Houston, TX  77044 | $      6,441.14 |
| Phillips | Racquel | 2110 Waterfall Dr | Missouri City, TX  77489 | $      7,025.07 |
| Puliyanattu | Lucy | 1610 Wallberry Way | Sugar Land, TX  77479 | $      6,224.70 |
| Quebengco | Angelita | 10210 Hannon Drive | Houston, TX  77040 | $    12,475.00 |
| Qumsieh | Sailba Joseph | 425 Rayford Rd #913 | Spring, TX  77386 | $      2,405.08 |
| Rios | Virginia | 7510 Fountaincrest Dr | Houston, TX  77041 | $      4,854.75 |
| Robertson | Winfred | 12211 Fondren #1606 | Houston, TX  77035 | $         953.50 |
| Rojas | Cynthia | 242 Princess Dr | Houston, TX  77034 | $      2,372.40 |
| Rubio | Elba | 19507 Hurst Wood Drive | Humble, TX  77346 | $    10,336.28 |
| Salazar | Adriana | 12411 Fraizer River Drive | Houston, TX  77050 | $      2,406.35 |
| Samuel | Abimbola | 14231 FM 1464 Road #8302 | Sugar Land, TX  77498 | $      2,858.97 |
| Sanchez-German | Inez | Po Box 14032 | Humble, TX  77347 | $    12,475.00 |
| Sanders | Equilla Guillory | 10611 Caxton | Houston, TX  77016 | $         407.53 |
| Santos | Mercedes | 1418 Richmond Ave. Apt 2022 | Houston, TX  77006 | $      6,978.44 |
| Sapp | Linda | 1815 Mandrill Lane | Houston, TX  77067 | $      1,957.93 |
| Savvas | Sarantis | 5151 Richmond Ave Apt 154 | Houston, TX  77056 | $      6,969.70 |
| Sealy | Frances | 14415 Country Haven Court | Houston, TX  77044 | $      8,174.37 |
| Simpson | Amber | 16634 Sperry Gardens | Houston, TX  77095 | $      9,903.38 |
| Solanki | Kirtiben | 6930 Spindle Pine Way | Sugar Land, TX  77479 | $      2,673.10 |
| Somoye | Samuel | 12130 Meadow Place Drive | Houston, TX  77071 | $    12,475.00 |
| Steensnes | Ma Glyn | 40407 535th Avenue | Saint Edward, NE  68660 | $      4,407.45 |
| Su | Stephen | 4801 Bellaire Blvd | Bellaire, TX  77401 | $    12,475.00 |
| Sunny | Solly | 13023 Windmill Hill Circle | Richmond, TX  77407 | $      1,868.72 |
| Tecson | Bernadette | 16615 Parliament Dr | Houston, TX  77083 | $      9,090.36 |
| Tekeste | Tsehay | 8506 Bartletts Harbour Ct | Houston, TX  77040 | $    12,475.00 |

| Last Name | First Name | Address (Line One) | Address (Line Two) | Priority |
|---|---|---|---|---|
| Thomas | Brenda | 7230 Heath St | Houston, TX  77016 | $   12,475.00 |
| Thomas | Kenneth | Po Box 42329 | Houston, TX  77242 | $     6,089.16 |
| Thomas | Tawonia | 5900 Greens Road Apt. # 114 | Humble, TX  77396 | $   10,911.89 |
| Thomas | Tiny | 10222 Riderdale Park Lane | Houston, TX  77070 | $        883.66 |
| Thomas | Toby | 3011 Blue Lagoon Court | Missouri City, TX  77459 | $   11,138.11 |
| Tibule | Joeth | 4239 Old Arbor Way | Humble, TX  77346 | $        404.52 |
| Torres | Juan Ramon | 9004 Lanewood | Houston, TX  77016 | $     3,878.22 |
| Trevino | Priscilla | 4000 W 34th Streep Apt #124 | Houston, TX  77092 | $   12,475.00 |
| Troung | Paul | 2163 Mosher Ln | Houston, TX  77088 | $     5,432.92 |
| Ugo | Innocent | 2307 Dixie Woods Dr | Pearland, TX  77581 | $        788.89 |
| Ukpong | Uwem | 10611 Emery Dr | Houston, TX  77099 | $     5,401.33 |
| Varghese | Liby | 14723 T.C. Jester Blvd, Apt #327 | Houston, TX  77068 | $     6,242.82 |
| Velez | Maria | 2230 Warwick Rd | Houston, TX  77093 | $     2,872.61 |
| Vo | Quynh | 9706 Arched Oak Drive | Houston, TX  77095 | $   12,475.00 |
| Waguespack | Julie | 2407 S Washington | Pearland, TX  77581 | $        502.50 |
| Walden | Jennifer | 14402 W Bellfort St #916 | Sugar Land, TX  77498 | $     6,451.90 |
| Wardsworth | Joe | 6535 Lakemont Drive | Houston, TX  77050 | $   12,475.00 |
| Wellner | Jodi | 1640 E. T. C. Jester Apt 832 | Houston, TX  77008 | $   11,784.14 |
| Wilhite | Cheryl | 1509 Hwy 146 S | La Porte, TX  77571 | $   12,054.19 |
| Williams | Ann | 15727 Granite Mt Trl | Houston, TX  77049 | $        340.93 |
| Wyche | Freeman | P O Box 841363 | Pearland, TX  77584 | $   12,475.00 |
| Zamarron | Michael | 1422 roanwood Dr | Houston, TX  77090 | $   12,475.00 |
| Zambrano Pinilla | Yorlady | 11111 W. Montgomery Rd. Apt 705 | Houston, TX  77088 | $   12,475.00 |
| **Total** | | | | **$ 828,572.04** |

B6F (Official Form 6F) (12/07)

In re    **LTHM Houston - Operations, LLC DBA St. Anthony's Hospital**                           Case No.    **14-33899**
                                                          ,
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Axiom Industries Affiliate-Note Payable** 5331 E. Mockingbird Lane Dallas, TX 75206 | | - | | | | | | 85,706.39 |
| Account No. | | | | | | | | |
| **John Dee Spicer c/o Lyndel Anne Mason** 900 Jackson Street Suite 570 Founders Square Dallas, TX 75202 | | - | | | | | | 84,966.82 |
| Account No. | | | | Proof of Claim filed by Harris County regarding LTHM Houston Real Estate LLC. Debtor listing the amount of this Proof of Claim, as due to LTHM Houston Real Estate LLC, as landlord of debtor's premises. | | | | |
| **LTHM Houston Real Estate LLC** 800 Gessner Road Suite 1225 Houston, TX 77024 | | - | | | | | | 197,320.19 |
| Account No. | | | | | | | | |
| **Linebarger Goggan Blair & Sampson, LLP** PO Box 3064 Houston, TX 77253-3064 | | | | Representing: **LTHM Houston Real Estate LLC** | | | | Notice Only |

| | | |
|---|---|---|
|  **2**  continuation sheets attached | Subtotal (Total of this page) | **367,993.40** |

B6F (Official Form 6F) (12/07) - Cont.

In re  **LTHM Houston - Operations, LLC DBA St. Anthony's Hospital**                ,        Case No.    **14-33899**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **LTHM Houston Real Estate LLC Affiliate 800 Gessner Road Suite 1225 Houston, TX 77024** | - | | | | | | | **1,634,409.25** |
| Account No. | | | **Subject to setoff.** | | | | | |
| **Texas Health & Human Services Commission Kevin Raymond PO Box 13247 Austin, TX 78711-3247** | - | | | | | | | **115,600.51** |
| Account No. | | | **State Tax Lien** | | | | | |
| **Texas Workforce Commission Attorney General, State of Texas Collection Division, Bankruptcy Section PO BOX 12548 Austin, TX 78711** | - | | | | | | | **39,797.31** |
| Account No. | | | | | | | | |
| **Tiffany Arron and other Former Employees of Kigplait Hospital Corp. c/o Nitin Sud 4545 Mount Vernon Street Houston, TX 77006** | - | | | | | | | **1.00** |
| Account No. | | | | | | | | |
| **Various Employees - See Attachment B** | - | | | | | | | **608,083.39** |

Sheet no. __1__ of __2__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,397,891.46**

B6F (Official Form 6F) (12/07) - Cont.

In re   **LTHM Houston - Operations, LLC DBA St. Anthony's Hospital**             ,          Case No.   **14-33899**
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Various Payor Claims for Recoupment/ Recovery of Overpayment** | - | | | | | | 200,000.00 |
| Account No. | | | | | | | |
| **Various Vendor Payables-See Attachment C** | - | | | | | | 4,506,017.29 |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __2__ of __2__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 4,706,017.29 |
| | Total (Report on Summary of Schedules) | 7,471,902.15 |

In re   **LTHM Houston - Operations, LLC DBA St. Anthony's Hospital**        Case No.   **14-33899**
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### Attachment B

| Last Name | First Name | Address (Line One) | Address (Line Two) | Non-Priority |
|---|---|---|---|---|
| Adefemi | James | 4034 Highway 6 South #1107 | Houston, TX  77082 | $ 156.00 |
| Aleman | Maria | 2414 Mierianne St | Houston, TX  77093 | $ 1,810.78 |
| Alterman | James | 9889 Cypresswood Apt 4206 | Houston, TX  77070 | $ 352.50 |
| Arquero | Rueben | 15114 Gaines Meadow Court | Houston, TX  77083 | $ 5,255.40 |
| Arsenalut | Walter | 5022 Louise St | Seabrook, TX  77586 | $ 203.61 |
| Baluyut | Maria S | 7510 Willowmint Ln | Houston, TX  77086 | $ 1,493.91 |
| Beasley | Toni | 106 E Timberlane | Alvin, TX  77511 | $ 5,380.87 |
| Bibbins | Shannon | 14235 Silver Glade Lane | Sugar Land, TX  77498 | $ 209.71 |
| Boan | Charles | 8114 Tavener Ln | Houston, TX  77075 | $ 10,825.00 |
| Bolden | Claudia | 7502 Corporate Drive #120 | Houston, TX  77036 | $ 1,028.29 |
| Brauer | Shinee | 3815 Stovepipe Ln | Sugar Land, TX  77479 | $ 322.75 |
| Bristow | Frank | 9935 Winchester Village Court | Houston, TX  77064 | $ 21,874.95 |
| Bruns | Wanda | 8035 Barnhill Drive | Humble, TX  77338 | $ 1,792.10 |
| Buckholt | Robert | 5514 Griggs Rd @712 | Houston, TX  77021 | $ 3,300.05 |
| Canlas | Avelina | 4234 Torrey Creek Lane | Houston, TX  77014 | $ 11,820.76 |
| Casperson | Ann | 6310 South Rice Ave | Bellaire, TX  77401 | $ 229.50 |
| Catolico Jr | Gertrudo | 160 April Point Dr S | Montgomery, TX  77356 | $ 5,367.54 |
| Cheney | Patricia | 5522 Dunleith Lane | Spring, TX  77379 | $ 7,848.88 |
| Chettiparampil | Sheela | 11007 Ramp Creek Ln | Sugar Land, TX  77498 | $ 6,283.44 |
| Christopher | Maria | 17107 Jetton Park Ln | Humble, TX  77346 | $ 2,933.05 |
| Chung | Soon | 25006 Barmby Dr | Spring, TX  77389 | $ 14,936.48 |
| Clinton | Debra | 4851 Winding Timber Court | Humble, TX  77346 | $ 1,098.68 |
| Consolver | Roberta | 12008 Eden Creek Drive | Pearland, TX  77584 | $ 5,146.38 |
| Coronado | Mary A | 10800 Clay Road #3209 | Houston, TX  77041 | $ 980.62 |
| Cuellar | Lourdes | 3259 Enchanted Hollow Ln | Spring, TX  77388 | $ 5,981.08 |
| Davis | Anita | 7740 W. Little York Rd #1034 | Houston, TX  77040 | $ 2,028.19 |
| Dickens | Maria Luisa | 7619 Sorbete Drive | Houston, TX  77083 | $ 5,243.96 |
| Enerio | Nicanora | 5242 Sherilynn Drive | Spring, TX  77373 | $ 1,367.39 |
| Espinosa | Dolores | 11902 Dover St | Houston, TX  77031 | $ 1,544.62 |
| Fernandez | Candace | 7818 Sativa Circle | Baytown, TX  77521 | $ 1,015.06 |
| Flores | Santos | 17054 Carbridge Dr | Houston, TX  77084 | $ 191.13 |
| Fuentes | Celeste | 6207 Scotch Pine | Houston, TX  77049 | $ 1,144.06 |
| Gama-Lopez | Bianca | 7878 Spencer Hwy #1010 | Pasadena, TX  77505 | $ 615.93 |
| Gamez | Roxana | 2038 Skinner Road | Houston, TX  77093 | $ 827.41 |
| Garcia | Maria | 2916 Charter Oaks | Houston, TX  77093 | $ 810.61 |
| Garcia | Mayra | 9014 Belle Glen | Houston, TX  77099 | $ 352.00 |
| Gilbert | Sean | 13407 Moonlit Lake LN | Pearland, TX  77584 | $ 472.99 |
| Gogo | Joseph | 22849 Lantern Hills Drive | Kingwood, TX  77339 | $ 1,661.31 |
| Gomez | Carol | 16112 N Freeway Apt 2812 | Houston, TX  77090 | $ 675.28 |
| Gonzales | Maria | 2213 Bringhurst | Houston, TX  77026 | $ 154.92 |
| Grant | Diana | 3202 Abbott Lakes | Spring, TX  77386 | $ 7,665.46 |
| Gutierrez | Jolene | 12915 Maples Perch Ct. | Humble, TX  77346 | $ 376.37 |
| Gutierrez | Ruth | 5111 Hollybrook | Houston, TX  77039 | $ 5,072.67 |
| Harless | Susan | 144 Litchfield Lane | Houston, TX  77024 | $ 360.00 |
| Henry | Aisha | 101 Hollow Tree Ln Apt 13104 | Houston, TX  77090 | $ 3,698.56 |
| Herrera | Moises | 9223 Rocky Valley Drive | Houston, TX  77083 | $ 4,132.31 |
| Herrera | Teresa | 8219 Scarlet Tanager Dr | Humble, TX  77396 | $ 1,694.88 |
| Hill | Tina | 8718 Valley Ledge | Houston, TX  77078 | $ 4,376.45 |
| Huq | KJ | 14426 Cellini Drive | Cypress, TX  77429 | $ 10,974.52 |
| Jackson | Sheila | 5900 Greens Road Apt. # 811 | Humble, TX  77396 | $ 215.14 |
| Jacquet | Lana | 10047 Westpark Dr | Houston, TX  77042 | $ 231.85 |
| John | Andrea | 9950 Caffrey | Houston, TX  77075 | $ 1,902.30 |
| John | Francis | 5402 Linden Rose Ln | Sugar Land, TX  77479 | $ 360.00 |
| Jorden | Bobby | Po Box 725 | Brookshire, TX  77423 | $ 20,170.97 |

| Last Name | First Name | Address (Line One) | Address (Line Two) | Non-Priority |
|---|---|---|---|---|
| Joseph | George | 5102 Willow Cliff Ln | Sugar Land, TX  77479 | $      1,472.79 |
| Kensey | Joan | 4935 South Cancun Dr | Houston, TX  77045 | $         220.61 |
| Koffi | Eunice | 13014 Cressida Glen Ln | Houston, TX  77072 | $      2,384.70 |
| Kurian | Raju | 15630 Edgemere Ct | Sugar Land, TX  77498 | $      8,802.58 |
| Kuruvilla | Thomas | 1626 Berkoff | Sugar Land, TX  77479 | $    17,257.35 |
| Landrum | Stephanie | 8033 Oak Knoll Ln | Houston, TX  77028 | $      1,635.25 |
| Law | Annie | 919 Quarter Horse Trail | Angleton, TX  77515 | $      7,607.49 |
| Lee | Calvin | 19014 Feather Lance Drive | Cypress, TX  77433 | $      2,471.63 |
| Lewis | Neila | 19943 Cypresswood Creek | Spring, TX  77373 | $         971.48 |
| Li | Tak K | 3410 Woodbrook Lane | Sugar Land, TX  77478 | $    20,888.41 |
| Locksey | Timothy | 9407 Stockwell | Houston, TX  77083 | $      3,643.56 |
| Madison | Reuben | 5123 West Bellfort | Houston, TX  77035 | $         101.70 |
| Mathai | George | 4015 Portofino Court | Missouri City, TX  77459 | $      8,578.83 |
| Matthews | Erma | P.O. Box 262 | Boling, TX  77420 | $      2,349.54 |
| McCrea | Beverly | 8326 Gulftree | Houston, TX  77075 | $         828.82 |
| McCue | Catherine | 16122 Lafone Drive | Spring, TX  77379 | $    19,612.36 |
| Melrose | Tarresha | 6026 Lovage Ave | Crosby, TX  77532 | $         673.90 |
| Mendioro | Emelita | 7607 Blossommist Lane | Richmond, TX  77407 | $      8,919.45 |
| Mondragon | Juana | 4718 Charriton | Houston, TX  77039 | $           43.99 |
| Moore | Jacquelyn | 4712 Lockwood #12 | Houston, TX  77026 | $      1,749.43 |
| Mosqueda-Garcia | San Juana | 1238 Castledale Dr | Houston, TX  77037 | $         183.60 |
| Nacis | Wilma | 11019 Speer Landing Drive | Houston, TX  77064 | $      6,708.39 |
| Nannikunnel | Raju | 6402 Goodlowe Park | Sugar Land, TX  77479 | $      1,974.10 |
| Neilson | Kelly | 3903 Mossy Spring Ln | Spring, TX  77388 | $      4,856.06 |
| Newman | Margaret | 2211 Rockhaven Dr | Houston, TX  77062 | $      2,818.02 |
| Ngo | Khahan | 1035 Mockingbird Way | Sugar Land, TX  77478 | $         988.70 |
| Ochoa | Judith | 1754 Thornhollow Dr | Houston, TX  77014 | $      2,083.05 |
| Ogwude | Mercy | 8565 W Sam Houston Pkwy S #205 | Houston, TX  77072 | $         159.63 |
| Orsack | Christine | 4039 Chapel Sq Dr | Spring, TX  77388 | $      1,410.05 |
| Pallesen | Kevin | 8938 Cinnamon Fern | Houston, TX  77064 | $      8,124.38 |
| Paradela | Susan | 5106 Jolie Drive | Pearland, TX  77584 | $      1,819.91 |
| Parker | Taiwan | 7514 Quiet Trace Lane | Pearland, TX  77581 | $         998.11 |
| Pena | Daniel | 3602 Rio Oaks Court | Houston, TX  77068 | $         137.93 |
| Puliyanattu | Lucy | 1610 Wallberry Way | Sugar Land, TX  77479 | $      6,414.77 |
| Quebengco | Angelita | 10210 Harmon Drive | Houston, TX  77040 | $    32,344.49 |
| Rios | Virginia | 7510 Fountaincrest Dr | Houston, TX  77041 | $         370.00 |
| Robertson | Winfred | 12211 Fondren #1606 | Houston, TX  77035 | $      1,863.29 |
| Rodriguez | Adrian | 6607 Mistflower Ln | Katy, TX  77449 | $         540.00 |
| Salazar | Adriana | 12411 Fraizer River Drive | Houston, TX  77050 | $      1,321.46 |
| Samuel | Abimbola | 14231 FM 1464 Road #8302 | Sugar Land, TX  77498 | $      3,776.18 |
| Sanchez-German | Inez | Po Box 14032 | Humble, TX  77347 | $      9,334.95 |
| Sanders | Equilla Guillory | 10611 Caxton | Houston, TX  77016 | $      3,716.49 |
| Sanders | Victor | 4214 Wipprecht | Houston, TX  77026 | $      1,881.34 |
| Santos | Mercedes | 1418 Richmond Ave. Apt 2022 | Houston, TX  77006 | $      3,915.72 |
| Sapp | Linda | 1815 Mandrill Lane | Houston, TX  77067 | $    10,143.03 |
| Sealy | Frances | 14415 Country Haven Court | Houston, TX  77044 | $    13,579.01 |
| Solanki | Kirtiben | 6930 Spindle Pine Way | Sugar Land, TX  77479 | $      7,642.87 |
| Somoye | Samuel | 12130 Meadow Place Drive | Houston, TX  77071 | $    22,170.34 |
| Steensnes | Ma Glyn | 40407 535th Avenue | Saint Edward, NE  68660 | $      7,136.88 |
| Stuckey | Judith | 4143 Alecia Dr | Pasadena, TX  77503 | $         141.96 |
| Su | Stephen | 4801 Bellaire Blvd | Bellaire, TX  77401 | $    16,233.74 |
| Tecson | Bernadette | 16615 Parliament Dr | Houston, TX  77083 | $      5,259.71 |
| Tekeste | Tsehay | 8506 Bartletts Harbour Ct | Houston, TX  77040 | $    16,478.36 |
| Telford | Rasheba | 17 Charleston Park Drive Apt # 2601 | Houston, TX  77025 | $         814.36 |
| Thomas | Brenda | 7230 Heath St | Houston, TX  77016 | $      9,064.52 |
| Thomas | Kenneth | Po Box 42329 | Houston, TX  77242 | $      2,517.92 |
| Thomas | Tiny | 10222 Riderdale Park Lane | Houston, TX  77070 | $      2,840.20 |
| Thomas | Toby | 3011 Blue Lagoon Court | Missouri City, TX  77459 | $      1,754.45 |
| Tibule | Joeth | 4239 Old Arbor Way | Humble, TX  77346 | $      1,304.93 |
| Torres | Juan Ramon | 9004 Lanewood | Houston, TX  77016 | $      4,609.09 |
| Torres | Maria | 9409 Everglade | Houston, TX  77078 | $         292.67 |
| Trevino | Priscilla | 4000 W 34th Streep Apt #124 | Houston, TX  77092 | $      3,274.85 |

| Last Name | First Name | Address (Line One) | Address (Line Two) | Non-Priority |
|---|---|---|---|---|
| Troung | Paul | 2163 Mosher Ln | Houston, TX  77088 | $     1,882.45 |
| Ukpong | Uwem | 10611 Emery Dr | Houston, TX  77099 | $        398.86 |
| Varghese | Liby | 14723 T.C. Jester Blvd, Apt #327 | Houston, TX  77068 | $     1,816.48 |
| Vo | Quynh | 9706 Arched Oak Drive | Houston, TX  77095 | $        450.31 |
| Walden | Jennifer | 14402 W Bellfort St #916 | Sugar Land, TX  77498 | $     2,681.84 |
| Walker | Roy | 14910 Sierra Ridge Drive | Humble, TX  77396 | $     1,579.96 |
| Wardsworth | Joe | 6535 Lakemont Drive | Houston, TX  77050 | $   15,936.68 |
| Wellner | Jodi | 1640 E. T. C. Jester Apt 832 | Houston, TX  77008 | $        410.97 |
| Williams | Ann | 15727 Granite Mt Trl | Houston, TX  77049 | $     7,959.46 |
| Williams | Rebecca | 2431 FM 1960 West #1302 | Houston, TX  77068 | $     5,446.56 |
| Wyche | Freeman | P O Box 841363 | Pearland, TX  77584 | $   32,297.00 |
| Zamarron | Michael | 1422 roanwood Dr | Houston, TX  77090 | $     1,409.51 |
| Zambrano Pinilla | Yorlady | 11111 W. Montgomery Rd. Apt 705 | Houston, TX  77088 | $     6,631.26 |
| **Total** | | | | **$ 608,083.39** |

In re   **LTHM Houston - Operations, LLC DBA St. Anthony's Hospital**        Case No.   **14-33899**
_____
Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## Attachment C

| NAME | Address | $ | Jul 14, 14 |
|------|---------|---|-----------|
| 11500 NORTHWEST LP-16770 | 11500 NORTHWEST LP-16770 PO BOX 4737 HOUSTON, TX  77210-4737 | $ | 11,121.78 |
| 3M COMPANY | 3M COMPANY PO BOX 844127 DALLAS, TX 75284-4127 | $ | 6,666.63 |
| A-AFFORDABLE OFFICE FURNITURE | A-AFFORDABLE OFFICE FURNITURE 5708 N SHEPHERD DRIVE, SUITE B-6 HOUSTON, TX  77091 | $ | 1,472.21 |
| ABILITY NETWORK INC | ABILITY NETWORK INC (formerly VISIONSHARE INC) DEPT CH 16577 PALATINE, IL  60055-6577 | $ | 3,309.93 |
| ACADIAN AMBULANCE SERVICES | ACADIAN AMBULANCE SERVICES PO BOX 92970 LAFAYETTE. LA  70509-2970 | $ | 1,616.00 |
| ACCESS MEDICAL USA | ACCESS MEDICAL USA 10440 BELGA DRIVE SAN ANTONIO, TX 78240 | $ | 47.18 |
| ACCORD FINANCIAL, INC | ACCORD FINANCIAL, INC PO BOX 6704 GREENVILLE, SC  29606 | $ | 1,407.40 |
| ACHI CHARY MD | ACHI CHARY MD 22999 HWY 59 NORTH STE 232 KINGWOOD, TX  77339 | $ | 600.00 |
| ACUTE MEDICAL SERVICES  LLC | ACUTE MEDICAL SERVICES  LLC PO BOX 15010 HUMBLE, TX  77347 | $ | 1,934.46 |
| ADAM CARY DO | ADAM CARY DO 14901 WINDWARD DR #202 CORPUS CHRISTI, TX  78418 | $ | 2,700.00 |
| ADVANCED MEDICAL RESOURCES, LLP | ADVANCED MEDICAL RESOURCES, LLP 1449 HWY 6, SUITE 300 SUGARLAND, TX  77478 | $ | 3,698.00 |
| ADVANCED TECHNOLOGY | ADVANCED TECHNOLOGY 204 SIH 35 STE 105 GEORGETOWN, TX  78628 | $ | 1,650.00 |
| ADVANCED ULTRASOUND SERVICE | ADVANCED ULTRASOUND SERVICE 5701 BELLAIRE, SUITE I HOUSTON, TX 77081 | $ | 28,136.12 |
| ADVANTAGE IMAGING | ADVANTAGE IMAGING SERVICES 14019 SW FREEWAY #301-697 SUGARLAND, TX 77478 | $ | 1,163.69 |
| AEI TEXAS BIOMEDICAL LLC | AEI TEXAS BIOMEDICAL LLC 7313 ASHCROFT #200 HOUSTON, TX 77081 | $ | 5,409.11 |
| AFFILIATED POWER SERVICES | AFFILIATED POWER SERVICES 2403 APPELT DR HOUSTON, TX  77015 | $ | 4,693.61 |
| AHC MEDIA | AHC MEDIA PO BOX 105109 ATLANTA ,  GA  30348-5109 | $ | 453.56 |
| AIJA REHAB | AIJA REHAB 9034 MEMORIAL CREEK DR SPRING, TX 77379 | $ | 1,500.00 |
| AIR FILTERS, INC. | AIR FILTERS, INC 8282 WARREN ROAD HOUSTON, TX 77040-0000 | $ | 3,355.89 |
| AIRSCAN TECH INC | AIRSCAN TECH INC PO BOX 1539 SPRINGTOWN, TX  76082 | $ | 1,080.00 |
| ALADDIN TEMP-RITE | ALADDIN TEMP-RITE 250 EAST MAIN ST. HENDERSONVILLE, TN 37075 | $ | 1,823.37 |
| ALERE NORTH AMERICA INC | ALERE NORTH AMERICA INC PO BOX 846153 BOSTON, MA  02284-6153 | $ | 5,213.48 |
| ALL MEDICAL PERSONNEL, LLC | ALL MEDICAL PERSONNEL, LL ATT:  RAY ITURRIOZ 4000 HOLLYWOOD BLVD SUITE 600N HOLLYWOOD, FLORIDA  33021 | $ | 5,510.00 |
| ALLERGAN | ALLERGAN 12975 COLLECTIONS CENTER DRIVE CHICAGO, IL 60693-0000 | $ | 14,380.00 |
| ALLIED HEALTH SERVICES | ALLIED HEALTH SERVICES PO BOX 1011 SUGAR LAND, TX 77487-1011 | $ | 65,941.38 |
| ALLIED WASTE SERVICES #852 | ALLIED WASTE SERVICES #852 PO BOX 78829 PHOENIX, AZ 85062-8829 | $ | 3,864.07 |
| ALLOSOURCE | ALLOSOURCE PO BOX 801020 KANSAS CITY, MO  64180-1020 | $ | 4,510.00 |
| AMBUCARE TRANS LLC | AMBU-CARE TRANS LLC 3402 DOWLING ST, STE #110 HOUSTON, TX  77004 | $ | 286.50 |
| AMEDICA | AMEDICA 1885 WEST 2100 SOUTH SALT LAKE CITY, UT 84119 | $ | 24,480.00 |
| AMERI GROUP | AMERIGROUP 4425 CORPORATION DRIVE #100 VIRGINIA BEACH, VA 23462 | $ | 1,165.27 |
| AMERICAN NURSES ASSOCIATION | AMERICAN NURSES ASSOCIATION (NURSEBOOKS.ORG) PO BOX 931895 ATLANTA, GA  31193-1895 | $ | 1,154.70 |
| AMERICAN PROFICIENCY INSTITUTE | AMERICAN PROFICIENCY INSTITUTE PO BOX 72465 CLEVELAND, OH 44192-0002 | $ | 4,230.00 |
| AMERICAN SLEEP & CARDIOPULMONARY SERVICES | AMERICAN SLEEP & CARDIOPULMONARY SERVICES 9000 SOUTHWEST FREEWAY, SUITE 170 HOUSTON, TX  77074 | $ | 8,040.00 |
| AMIR MALIK MD | 4126 Southwest Fwy #330, Houston, TX 77027 | $ | 290.37 |
| AMN HEALTHCARE ALLIED INC | AMN HEALTHCARE ALLIED INC P O BOX 281939 ATLANTA, GA 30384-1939 | $ | 31,598.00 |

| Name | Address | Amount |
|---|---|---|
| AMS OF HOUSTON ,LLC | AMS OF HOUSTON, LLC PO BOX 95000-2320 PHILADELPHIA, PA 19195-2320 | $ 4,991.99 |
| AMTECH ELEVATOR SERVICES | AMTECH ELEVATOR SERVICES PO BOX 730437 DALLAS, TX  75373-0437 | $ 472.20 |
| ANACOM MEDTEK | ANACOM MEDTEK 1240 S CLAUDINA ST ANAHEIM, CA  92805-6232 | $ 128.37 |
| ANAND BALASUBRAMANIAN MD | ANAND BALASUBRAMANIAN MD PO BOX 90967 HOUSTON, TX  77290 | $ 4,150.00 |
| ANCHOR RISK & CLAIMS MANAGEMENT | ANCHOR RISK & CLAIMS MANAGEMENT 14785 PRESTON ROAD STE 350 DALLAS, TX  75254 | $ 60.07 |
| ANDREW DOE MD | 1213 Hermann Dr. Suite 255 Houston, TX77004 | $ 61.20 |
| ANESTHESIA SERVICE INC | ANESTHESIA SERVICE INC 1821 N CLASSEN BLVD, STE 100 OKLAHOMA CITY, OK  73106-6012 | $ 5,932.77 |
| ANGIOSLIDE INC | ANGIOSLIDE INC 5021 VERNON AVE, STE 170 EDINA, MN  55436 | $ 811.88 |
| ANJALI JAIN MD | ANJALI JAIN MD 6776 SW FRWY, STE 400 HOUSTON, TX  77074 | $ 5,000.00 |
| ANSELL SANDEL MEDICAL SOLUTIONS LLC | ANSELL SANDEL MEDICAL SOLUTIONS LLC 19736 DEARBORN STREET CHATSWORTH, CA  91311 | $ 570.00 |
| AP GAS & ELECTRIC ENERGY SOLUTIONS | AP GAS & ELECTRIC ENERGY SOLUTIONS PO BOX 660038 DALLAS, TX 75266-0038 | $ 36,428.58 |
| APPLIED STATISTICS & MANAGEMENT, INC. | APPLIED STATISTICS & MANAGEMENT, INC. 31515 RANCHO PUEBLO ROAD, STE.205 TEMECULA, CA 92592 | $ 6,050.00 |
| ARAMARK | ARAMARK 1665 TOWNHURST, STE 160 HOUSTON, TX  77043 | $ 224.16 |
| ARASH KEYHANI DO | ARASH KEYHANI DO 1631 NORTH LOOP WEST, STE 610 HOUSTON, TX  77008 | $ 10,000.00 |
| ARJOHUNTLEIGH INC | ARJOHUNTLEIGH INC PO BOX 644960 PITTSBURGH, PA  15264-4960 | $ 1,443.33 |
| ARMSTRONG MEDICAL INDUSTRIES INC | ARMSTRONG MEDICAL INDUSTRIES INC 575 KNIGHTSBRIDGE PKWY PO BOX 700 LINCOLNSHIRE, IL  60069-0700 | $ 1,351.32 |
| ARROW INTERNATIONAL | ARROW INTERNATIONAL PO B OX 60519 CHARLOTTE, NC 28260 | $ 527.06 |
| ARTHREX INC. | ARTHREX INC. PO BOX 403511 ATLANTA, GA 30384-3511 | $ 7,984.11 |
| ARTHROCARE CORPORATION | ARTHROCARE CORPORATION PO BOX 844161 DALLAS, TX  75284-4161 | $ 1,170.75 |
| ASCEND NATIONAL LLC DBA | RADLINK SUPPLEMENTAL STAFFING 720 NORTH POST OAK  RD SUITE 630 HOUSTON, TX  77024 | $ 43,944.91 |
| ASPEN PUBLISHERS INC | ASPEN PUBLISHERS INC ACCOUNTS RECEIVABLE DEPT 4829 INNOVATION WAY CHICAGO, IL  60682-0048 | $ 488.21 |
| ASPEN PUBLISHERS, INC. | AG ADJUSTMENTS PO BOX 9090 MELVILLE, NY  11747 | $ 325.08 |
| ASSOCIATED TIME AND PARKING CONTROLS | ASSOCIATED TIME AND PARKING CONTROLS 9104 DIPLOMACY ROW DALLAS, TX 75247 | $ 8,342.89 |
| ASSURANT EMPLOYEE BENEFITS | ASSURANT EMPLOYEE BENEFITS P O BOX 807009 KANSAS CITY, MO 64184-7009 | $ 19,000.96 |
| AT & T ( U-VERSE) | AT&T PO BOX 5014 CAROL STREAM, IL  60197-5014 | $ 63.78 |
| AT&T 084 8 | AT&T P O BOX 5001 CAROL STREAM, IL  60197-5001 | $ 2,788.31 |
| AT&T 391 4 | AT&T PO BOX 5001 CAROL STREAM, IL  60197-5001 | $ 128.70 |
| ATOMIC ENERGY INDUSTRIAL | ATOMIC ENERGY INDUSTRIAL 9315 KIRBY DRIVE HOUSTON, TX 77054 | $ 1,310.98 |
| AVINGER | AVINGER DEPT CH 16883 PALATINE, IL  60055-6883 | $ 1,652.73 |
| AXCESS INFUSION INC | AXCESS INFUSION INC. PO BOX 2768 BELLAIRE, TX  77402 | $ 4,256.00 |
| AZTEC NEON SYSTEMS | AZTEC NEON SYSTEMS 15731 AVE C STE 103 CHANNELVIEW, TX  77530 | $ 1,066.00 |
| BACTES-TEXAS | BACTES-TEXAS 1302 WAUGH DRIVE #715 HOUSTON, TX 77019 | $ 3,404.46 |
| BAXANO, INC | BAXANO, INC 655 RIVER OAKS PARKWAY SAN JOSE, CA 95134 | $ 6,323.97 |
| BAXTER HEALTHCARE CORP #5556 | BAXTER HEALTHCARE CORP 1915 WESTRIDGE DRIVE, STE105 IRVING, TX 75038 | $ 1,286.55 |
| BAY AREA EMERGENCY PHYSICIANS | BAY AREA EMERGENCY PHYSICIANS 4606 BRYN MAWR LANE HOUSTON, TX 77027 | $ 74,866.66 |
| BAYER HEALTHCARE | BAYER HEALTHCARE P O BOX 360172 PITTSBURGH, PA  15251-6172 | $ 5,000.00 |
| BEAUTIFUL GARDENS & LANDSCAPING | BEAUTIFUL GARDENS & LANDSCAPING 711 E BURNESS ST HOUSTON, TX 77022 | $ 739.51 |
| BECKMAN COULTER, INC | BECKMAN COULTER, INC DEPT CH 10164 PALATINE, IL  60055-0164 | $ 41,701.30 |
| BELL TRANSPORTATION | BELL TRANSPORTATION 4015 BROADWAY #17 HOUSTON, TX  77087 | $ 2,100.00 |
| BERNICE BURRELL | Bernice Burrell 7547 WEST KNOLL HOUSTON, TX  77028 | $ 264.42 |

| | | |
|---|---|---|
| BETA TECHNOLOGY, INC | BETA TECHNOLOGY, INC PO BOX 218686 HOUSTON TX 77218-8686 | $ 704.87 |
| BIO-RAD LABORATORIES, INC. | BIO-RAD LABORATORIES, INC. CLINICAL DIAGNOSTICS GROUP PO BOX 849740 LOS ANGELES, CA 90084-9740 | $ 5,684.05 |
| BIOMEDICAL ENTERPRISES INC | BIOMEDICAL ENTERPRISES INC DEPT 2297 PO BOX 122297 DLLAS, TX 75312-2297 | $ 12,672.01 |
| BIOMEDTRONIK | BIOMEDTRONIK 8202 SHARPCREST LN. HOUSTON, TX 77036-0000 | $ 3,924.48 |
| BIOMET INC. | BIOMET INC. 75 REMITTANCE DRIVE, STE 3283 CHICAGO, IL 60675-3283 | $ 37,409.58 |
| BIOTRONIK | BIOTRONIK 6024 JEAN RD. LAKE OSWEGO, OR 97035 | $ 47,313.00 |
| BJL, LLC | BJL, LLC 11023 S COUNTRY CLUB GREEN TOMBALL, TX 77375 | $ 260.00 |
| BLB CONSULTING INC | BLB CONSULTING INC 1425 BLALOCK RD, STE 107 HOUSTON, TX 77055 | $ 56.91 |
| BLOCK IMAGING | BLOCK IMAGING 1845 CEDAR STREET HOLT,MI 48842 | $ 12,450.00 |
| BOBBIE THOMPSON MD | BOBBIE THOMPSON MD 128 DOLPHIN AVENUE GALVESTON, TX 77550 | $ 4,320.00 |
| BOSTON SCIENTIFIC CORPORATION | BOSTON SCIENTIFIC CORPORATION PO BOX 951653 DALLAS, TX 75395-1653 | $ 37,752.45 |
| BRAINRAIN MARKETING & DESIGN | BRAINRAIN MARKETING & DESIGN 720 MONROE STREET, STE E503 HOBOKEN, NJ 07604 | $ 5,000.00 |
| BRASSELER USA MEDICAL, LLC | BRASSELER USA MEDICAL, LLC ONE BRASSELER BLVD. SAVANNAH, GA 31419-0000 | $ 252.33 |
| BRENDA THOMAS | BRENDA THOMAS 7230 HEATH STREET HOUSTON, TX 77016 | $ 500.00 |
| BRKYM INC | BRKYM INC DBA WORTH HYDROCHEM OF HOUSTON PO BOX 40116 HOUSTON, TX 77240 | $ 925.00 |
| BUSINESS GRAPHICS INC | BUSINESS GRAPHICS INC 955 DIECKMAN STREET WOODSTOCK, IL 60098 | $ 127.33 |
| C.R. BARD, INC. | C.R. BARD, INC. PO BOX 75767 CHARLOTTE, NC 28275 | $ 12,084.46 |
| CANAAN HARRIS MD | 1315 St Joseph Pkwy #1001, Houston, TX 77002 | $ 6,000.00 |
| CANON FINANCIAL SERVICES INC | CANON FINANCIAL SERVICES INC 14904 COLLCETIONS CENTER DRIVE CHICAGO, IL 60693-0149 | $ 11,845.17 |
| CARDINAL HEALTH / PHARMACY SOLUTIONS | CARDINAL HEALTH / PHARMACY SOLUTIONS MANAGEMENT SERVICES 21377 NETWORK PLACE CHICAGO, IL 60673 | $ 83,100.41 |
| CARDINAL HEALTH MEDICAL | CARDINAL HEALTH MEDICAL PO BOX 730112 DALLAS, TX 75373-0112 | $ 740.22 |
| CARDIOVASCULAR SYSTEMS INC | CARDIOVASCULAR SYSTEMS INC DEPT. CH 19348 PALATINE, IL 60055-9348 | $ 17,179.83 |
| CARE EXPRESS PRODUCTS INC | CARE EXPRESS PRODUCTS INC 317 CARY POINT DR CARY, IL 60013 | $ 1,357.86 |
| CAREFUSION | CAREFUSION 25565 NETWORK PLACE CHICAGO, IL 60673-1255 | $ 7,297.27 |
| CAREFUSION 2200 INC | CAREFUSION 2200 INC 25146 NETWORK PLACE CHICAGO, IL 60673-1250 | $ 310.92 |
| CARLOS KUGLER MD | 10777 Westheimer Rd #1100, Houston, TX 77042 | $ 460.00 |
| CARLOS PALACIOUS MD | CARLOS PALACIOUS MD 7333 NORTH FREEWAY HOUSTON, TX 77076 | $ 21,780.00 |
| CARSTENS | CARSTENS P O BOX 99110 CHICAGO, IL 60693 | $ 1,838.18 |
| CATHERINE MCCUE-PETTY CASH | 16122 LAFONE DR SPRING, TX 77379 | $ 3,755.36 |
| CENTERPOINT ENERGY 334-3 | CENTERPOINT ENERGY 334-3 PO BOX 4981 HOUSTON, TX 77210-4981 | $ 463.71 |
| CENTURION | CENTURION PO BOX 842816 BOSTON, MA 02284-2816 | $ 386.64 |
| CHAD WILLIAMS | HOUDINI'S LOCK & SECURITY PO BOX 11949 SPRING, TX 77391 | $ 167.79 |
| CHASE TRANSPORTATION | CHASE TRANSPORTATION 2429 BISSONNET #527 HOUSTON, TX 77005 | $ 3,025.00 |
| CHEMENCE MEDICAL PRODUCTS INC | CHEMENCE MEDICAL PRODUCTS INC 185 BLUEGRASS VALLEY PARKWAY STE 100 ALPHARETTA, GA 30005 | $ 303.30 |
| CHI CHOI MD | 2711 Little York Rd, Houston, TX 77093 | $ 3,150.00 |
| CINTAS CORPORATION #082 | CINTAS LOC #82 PO BOX 650838 DALLAS, TX 75265-0838 | $ 2,205.57 |
| CITY OF HOUSTON 1212 | CITY OF HOUSTON 1212 PO BOX 1560 HOUSTON, TX 77251 | $ 15,334.34 |
| CLEAR CHANNEL OUTDOOR | CLEAR CHANNEL OUTDOOR PO BOX 847247 DALLAS, TX 75284-7247 | $ 8,250.00 |
| CLIA LABORATORY PROGRAM | CLIA LABORATORY PROGRAM PO BOX 530882 ATLANTA, GA 30353-0882 | $ 2,841.00 |
| CLYDE M GIDREY | CLYDE M GIDREY 16719 APRIL FALLS TRL HOUSTON, TX 77083 | $ 107.35 |

| | | |
|---|---|---|
| COLONIAL SURETY COMPANY | COLONIAL SURETY COMPANY 50 CHESTNUT RIDGE ROAD, STE 108 MONTVALE, NJ 07645 | $ 2.00 |
| COMCAST | COMCAST PO BOX 660618 DALLAS, TX 75266-0618 | $ 830.47 |
| comcast 0438 | Comcast 0438 PO BOX 660618 DALLAS, TX 75266-0618 | $ 538.29 |
| COMCAST 0990 | COMCAST PO BOX 37601 PHILADELPHIA, PA 19101-0601 | $ 7,982.42 |
| COMCAST 1376 | COMCAST PO BOX 660618 DALLAS, TX 75266-0618 | $ 170.64 |
| COMCAST 1964 | COMCAST PO BOX 37601 PHILADELPHIA, PA 19101-0601 | $ 1,249.35 |
| COMCAST 4949 | COMCAST 4949 PO BOX 660618 DALLAS, TX 75266-0618 | $ 266.21 |
| COMP PROMED | COMP PROMED 3418 MENDOCINO AVE SANTA ROSA, CA 95403 | $ 6,561.00 |
| COMPRESSION THERAPY CONCEPTS | COMPRESSION THERAPY CONCEPTS 555 INDUSTRIAL WAY WEST EATONTOWN, NJ 07724 | $ 3,517.00 |
| CONMED LINVATEC | CONMED LINVATEC P O BXO 301231 DALLAS, TX 75303-1231 | $ 309.71 |
| CONRAD'S PEST CONTROL | CONRAD'S PEST CONTROL PO BOX 3208 HOUSTON, TX 77253-3208 | $ 2,565.53 |
| COOK MEDICAL INCORPORATED | COOK MEDICAL INCORPORATED 22988 NETWORK PLACE CHICAGO, IL 60673-1229 | $ 463.80 |
| COOPER SURGICAL INC | COOPER SURGICAL INC PO BOX 712280 CINCINNATI, OH 45271-2280 | $ 680.60 |
| CORNELIUS DAVIS MD | CORNELIUS DAVIS MD PO BOX 20056 HOUSTON, TX 77225 | $ 7,475.01 |
| CORNERSTONE RECORDS MANAGEMENT LLC | CORNERSTONE RECORDS MANAGEMENT LLC PO BOX 791361 BALTIMORE, MD 21279-1361 | $ 16,611.89 |
| CORNISH MEDICAL ELECTRONICS | CORNISH MEDICAL ELECTRONICS 9350 KIRBY DR, SUITE 200 HOUSTON, TX 77054 | $ 198.90 |
| CORPORATEWEAR USA | CORPORATEWEAR USA 3530 BROADWAY PEARLAND, TX 77581 | $ 526.64 |
| COVIDIEN | COVIDIEN PO BOX 120823 DALLAS, TX 75312-0823 | $ 14,058.85 |
| CPC SOLUTIONS LLC | CPC SOLUTIONS LLC 119 WINCHESTER RD BASTROP, TX 78602-3675 | $ 7,990.00 |
| CPM MEDICAL LLC | CPM MEDICAL LLC 3004 NOTTINGHAM DR MCKINNEY, TX 75070 | $ 31,698.50 |
| CPNS STAFFING | CPNS STAFFING P O BOX 27246 HOUSTON, TX 77227-7246 | $ 31,839.78 |
| CREST | CREST P O BOX 742268 ATLANTA, GA 30374-2268 | $ 8,865.68 |
| CREST HEALTHCARE SUPPLY | CREST HEALTHCARE SUPPLY PO BOX 727 DASSEL, MN 55325-0727 | $ 95.88 |
| CRJ HEALTHCARE CREDENTIALING & | CONSULTING SERVICE 13026 CRESSIDA GLEN LN HOUSTON, TX 77072 | $ 4,000.00 |
| CROWN BUSINESS PARK INC | CROWN BUSINESS PARK INC 5701 BINGLE RD #A-1 HOUSTON, TX 77092 | $ 33,600.50 |
| CUSTOM MEDICAL SOLUTIONS | CUSTOM MEDICAL SOLUTIONS 7100 NORTHLAND CIRCLE SUITE 410 BROOKLYN PARK, MN 55428-0000 | $ 183.69 |
| DARIO ZUNIGA, M.D. | DARIO ZUNIGA, M.D. 6550 MAPLERIDGE, SUITE 122 HOUSTON, TX 77081 | $ 7,000.00 |
| DARSHAN ANANDU MD | DARSHAN ANANDU MD 733 N FREEWAY, STE 401 HOUSTON, TX 77076 | $ 25.00 |
| David M. McCulloch | David M. McCulloch MEDICAL MARKETING CONSULTING 1210 WELCH HOUSTON, TX 77006 | $ 2,500.00 |
| DE LAGE LANDEN | DE LAGE LANDEN PO BOX 41602 PHILADELPHIA, PA 19101-1602 | $ 8,021.06 |
| DERRICK OIL & SUPPLY INC | 1349 Austin Avenue Port Arthur, TX 77640 | $ 1,380.87 |
| DIGGS TRANSPORTATION | 910 Manning St, Grand Prairie, TX 75051 | $ 175.00 |
| DIRECTTV 7961 | DIRECTTV PO BOX 60036 LOS ANGELES, CA 90060-0036 | $ 140.23 |
| DIVERSE HEALTH CONSULTING, LLC | DIVERSE HEALTH CONSULTING, LLC 1509 WESTMOOR DRIVE AUSTIN, TX 78723-3140 | $ 2,235.00 |
| DOOR AUTOMATION INC | DOOR AUTOMATION INC PO BOX 1349 VAN, TX 75790 | $ 2,528.75 |
| DRAEGER MEDICAL, INC. | DRAEGER MEDICAL, INC. PO BOX 347482 PITTSBURGH, PA 15251-4482 | $ 314.20 |
| DUFEK MASSIF HOSPITAL CORPORATION | 2929 South Hampton Road, Dallas, TX 75224 | $ 7,800.00 |
| DYONYX | DYONYX 1235 NORTH LOOP WEST, STE #1220 HOUSTON, TX 77008-4710 | $ 3,862.37 |
| ECARE SOFT INC. | ECARE SOFT INC. 327 CONGRESS AVE, STE 650 AUSTIN, TX 78701 | $ 1,477.65 |
| ECO MEDICAL SUPPLY | ECO MEDICAL SUPPLY 19901 SOUTHWEST FREEWAY, SUITE 15 SUGAR LAND, TX 77479 | $ 803.40 |

| | | |
|---|---|---|
| ECOLAB | ECOLAB PO BOX 70343 CHICAGO, IL 60673-0343 | $ 14,816.69 |
| ECOLAB FOOD SAFETY SPECIALTIES | ECOLAB FOOD SAFETY SPECIALTIES 24198 NETWORK PLACE CHICAGO, IL 60673-1241 | $ 129.67 |
| ELITE CLINICAL LABORATORY INC | ELITE CLINICAL LABORATORY INC BRIAN D WELLINGTON' 427 W 20TH STREET, STE 201 HOUSTON, TX  77008 | $ 62.50 |
| ENDOCHOICE INC | ENDOCHOICE INC PO BOX 538101 ATLANTA, GA  30353-8101 | $ 10,300.50 |
| ENDOGASTRIC SOLUTIONS INC | ENDOGASTRIC SOLUTIONS INC DEPT CH 16859 PALATINE, IL  60055-6859 | $ 1,696.80 |
| ENTRUST CLIENT SERVICES | ENTRUST CLIENT SERVICES PO BOX 441588 HOUSTON, TX  77244-1588 | $ 48,711.46 |
| ENV SERVICES, INC. | ENV SERVICES, INC. P O BOX 510862 PHILADELPHIA, PA  19175-0862 | $ 370.00 |
| ENVIRONMENTAL TESTING SERVICES INC | ENVIRONMENTAL TESTING SERVICES INC 10908 METRONOME DR HOUSTON, TX 77043 | $ 3,983.82 |
| ER PLUS | ER PLUS 9906 KING WILLIAM DRIVE LA PORTE, TX  77571 | $ 18,500.00 |
| ERIC RAMOS | ERIC RAMOS 3232 YELTES GRAND PRAIRIE, TX  75054 | $ 555.19 |
| EV3 INC | EV3 INC 1475 PAYSPHERE CIRCLE CHICAGO, IL  60674 | $ 38,029.14 |
| EVOLOGICS, LLC | EVOLOGICS, LLC BILLING OFFICE 4766 RESEARCH DRIVE SAN ANTONIO, TX 78240 | $ 67,984.00 |
| EXCALIBER DATA DRIVEN PERFORMANCE MGMT | ZANE NEWITT PO BOX 635 NEW CASTLE, CO  81647 | $ 26,000.00 |
| FACILITYDUDE.COM, INC. | FACILITYDUDE.COM, INC. PO BOX 200277 PITTSBURGH, PA  15251-0277 | $ 396.00 |
| FASTSIGNS | FASTSIGNS 2929A MILAM HOUSTON, TX  77003 | $ 54.13 |
| FEDERICO VALDERRAMA-BAZAN MD PA | FEDERICO VALDERRAMA-BAZAN MD PAMD 4865 ELMWOOD LN BEAUMONT, TX  77706 | $ 4,800.00 |
| FEDEX | FEDEX PO BOX 660481 DALLAS, TX 75266-0481 | $ 750.46 |
| FILE MASTER INC | FILE MASTER INC PO BOX 609097 CLEVELAND, OH 44109 | $ 1,609.15 |
| FINANCIAL CORPORATION OF AMERICA | FINANCIAL CORPORATION OF AMERICA P O BOX 203670 AUSTIN, TX 78720-3670 | $ 1,021.36 |
| FIRE RECOVERY USA LLC | FIRE RECOVERY USA LLC 2271 LAVA RIDGE COURT STE 120 ROSEVILLE, CA 95661-3065 | $ 100.00 |
| FIRST INSURANCE FUNDING #3343 | FIRST INSURANCE FUNDING #3343 PO BOX 3306 NORTHBROOK, IL 60065-3306 | $ 53,620.60 |
| FIRST INSURANCE FUNDING #8900 | FIRST INSURANCE FUNDING #8900 PO BOX 66468 CHICAGO, IL  60666-0468 | $ 55,876.55 |
| FIRST INSURANCE FUNDING 1063 | FIRST INSURANCE FUNDING P O BOX 66468 CHICAGO, IL  60666-0468 | $ 26,649.76 |
| FIRST MEDICAL RESPOND | FIRST MEDICAL RESPOND 4625 NORTH FREEWAY, STE 213 HOUSTON, TX 77022 | $ 5,120.71 |
| FIRST NATIONAL BANK | PO Box 810 Edinburg, TX 78540 | $ 508.00 |
| FIRST RESPONSE BIOMEDICAL LLC | FIRST RESPONSE BIOMEDICAL LLC 208 HEWITT DR, STE 103-124 WOODWAY, TX  76712 | $ 14,514.13 |
| FISHER HEALTHCARE | FISHER HEALTHCARE ACCT # 776579-001 PO BOX 404705 ATLANTA, GA 30384-4705 | $ 6,350.96 |
| FOUR ANGELS TRANSPORTATION | FOUR ANGELS TRANSPORTATION 3614 SUNBEAM ST HOUSTON, TX  77051 | $ 1,575.00 |
| GILBERT MONTELONGO MNA,CRNA | GILBERT MONTELONGO MNA,CRNA 1310 MORTON LEAGUE ROAD RICHMOND, TX  77406 | $ 2,587.50 |
| GOLD MEDICAL MARKETING | GOLD MEDICAL MARKETING 322 RT 46, SUITE 110E PARSIPPANY, NJ  07054 | $ 16,000.00 |
| GRAINGER | GRAINGER DEPT. 878884550 PO BOX 419267 KANSAS CITY, MO 64141-6267 | $ 8,970.31 |
| GRAMEDICA | GRAMEDICA 16137 LEONE DR MACOMB, MI 48042 | $ 5,220.00 |
| GSH TRANSPORTATION SERVICES | GSH TRANSPORTATION SERVICES 6614 JACKWOOD STREET HOUSTON, TX 77074 | $ 1,540.00 |
| GUARDIAN REPAIR & PARTS | GUARDIAN REPAIR & PARTS 2210 PEPPERMILL HOUSTON, TX 77080-0000 | $ 201.20 |
| GULF COAST REGIONAL | GULF COAST REGIONAL BLOOD CENTER PO BOX 200601 HOUSTON, TX 77216-0601 | $ 10,581.00 |
| HALCO LIFE SAFETY SYSTEMS, INC. | HALCO LIFE SAFETY SYSTEMS, INC. 4210 SOUTH DRIVE HOUSTON, TX 77053-4811 | $ 205.68 |
| HARMINDER CHANA MD | HARMINDER CHANA MD 5990 AIRLINE DR, #295 HOUSTON, TX  77076 | $ 26,750.00 |
| HCPRO INC | HCPRO INC PO BOX 3049 PEABODY, MA  01923-3049 | $ 724.62 |
| HD SUPPLY FACILITIES MAINTENANCE LTD | HD SUPPLY FACILITIES MAINTENANCE LTD PO BOX 509058 SAN DIEGO, CA 92150-9058 | $ 2,499.31 |
| HEALTH BUSINESS SOLUTIONS LLC | HEALTH BUSINESS SOLUTIONS LLC 10620 GRIFFIN ROAD STE 204 COOPER CITY, FL  33328 | $ 90,000.00 |

| | | |
|---|---|---|
| HEALTH CARE LOGISTICS INC | HEALTH CARE LOGISTICS INC PO BOX 400 CIRCLEVILLE, OH 43113-0400 | $ 6,413.94 |
| HEALTHLAND INC | HEALTHLAND INC P O BOX 856554 HOUSTON, TX  77093-3495 | $ 7,289.88 |
| HEALTHSTREAM, INC. | HEALTHSTREAM, INC. PO BOX 102817 ATLANTA, GA 30368-2817 | $ 4,807.74 |
| HILL-ROM | HILL-ROM PO BOX 643592 PITTSBURGH, PA  15264-3592 | $ 6,183.42 |
| HILLYARD / HOUSTON | HILLYARD / HOUSTON PO BOX 876955 KANSAS CITY, MO  64187-6955 | $ 629.83 |
| HOBART | HOBART SERVICE ITW FOOD EQUIPMENT GROUP LLC PO BOX 2517 CAROL STREAM, IL  60132-2517 | $ 1,628.04 |
| HOSPIRA WORLDWIDE, INC. | HOSPIRA WORLDWIDE, INC. 75 REMITTANCE DRIVE SUITE 6136 CHICAGO, IL  60675-6136 | $ 3,124.12 |
| ICP MEDICAL | ICP MEDICAL 10486 BAUR BLVD ST LOUIS, MO  63132 | $ 1,431.34 |
| IDENTICARD SYSTEMS | IDENTICARD SYSTEMS 39597 TREASURY CENTER CHICAGO, IL  60694-9500 | $ 1,516.20 |
| IDEV TECHNOLOGIES INC | IDEV TECHNOLOGIES INC PO BOX 671298 DALLAS, TX  75267-1298 | $ 5,100.00 |
| INFOLAB INC | INFOLAB INC PO BOX 1309 CLARKSDALE, MS  38614 | $ 356.80 |
| INNOVATIVE X-RAY SERVICES | INNOVATIVE X-RAY SERVICES PO BOX 1504 FRIENDSWOOD, TX 77546 | $ 405.94 |
| INSTRATEK INC | INSTRATEK INC 15200 MIDDLEBROOK, DR, STE G HOUSTON, TX  77058 | $ 4,009.58 |
| INTEGRA LIFESCIENCES CORP. | INTEGRA LIFESCIENCES CORP. PO BOX 404129 ATLANTA, GA 30384-4129 | $ 5,505.00 |
| IRON MOUNTAIN | IRON MOUNTAIN PO BOX 915004 DALLAS, TX  75391-5004 | $ 7,442.16 |
| J COOPER & ASSOCIATES | 455 Central Park Ave, Scarsdale, NY 10583 | $ 350.00 |
| J L MORGAN & ASSOCIATES, INC. | J L MORGAN & ASSOCIATES, INC. PO BOX 360481 BIRMINGHAM, AL 35236 | $ 2,225.01 |
| J&J HEALTH CARE SYSTEMS INC | J&J HEALTH CARE SYSTEMS INC. PO BOX 406663 ATLANTA, GA  30384-6663 | $ 58,490.32 |
| JAY GOAL MD | JAY GOAL MD 727 JOHNSON LANE SUGAR LAND, TX  77479 | $ 22,540.00 |
| JOHN PAUL | JOHN PAUL 2515 WINDING CREEK DR FRESNO,TX  77545 | $ 200.00 |
| JOSEPH LAWS | DIRT CHEAP LAWN SERVICE 3015 COAL HOUSTON, TX  77026 | $ 3,850.00 |
| JUNE MARSHALL MD | JUNE MARSHALL MD 6000 SUGAR HILL #3 HOUSTON, TX  77057 | $ 16,610.00 |
| JYOTHI ACHI MD | JYOTHI ACHI MD 22999 US HWY 59 N, STE 232 KINGWOOD, TX  77339 | $ 600.00 |
| KATHY GRAY MD | KATHY GRAY MD 839 HONEYSUCKLE VINE DRIVE RICHMOND, TX  77469 | $ 6,480.00 |
| KCI USA | KCI USA PO BOX 301557 DALLAS, TX  75303-1557 | $ 13,527.29 |
| KUMAR SARAN MD | KUMAR SARAN MD 4505 MIMOSA DR BELLAIRE, TX  77401 | $ 26,600.00 |
| L2 SURGICAL, LLC | L2 SURGICAL, LLC 13601 PRESTON ROAD STE 700E DALLAS, TX  75240 | $ 30,198.00 |
| LAB CORP OF AMERICA | LAB CORP OF AMERICA PO BOX 12140 BURLINGTON, NC 27216-2140 | $ 25,110.32 |
| LANGLEY WEINSTEIN LLP | LANGLEY WEINSTEIN LLP 901 MAIN STREET SUITE 600 LB 135 DALLAS, TX 75202 | $ 15,055.26 |
| LIBERTY FIRE PROTECTION, INC. | LIBERTY FIRE PROTECTION, INC. PO BOX 2547 ALVIN, TX 77512-2547 | $ 2,213.80 |
| LIFENET HEALTH | LIFENET HEALTH PO BOX 79636 BALTIMORE, MD 21279-0636 | $ 2,375.00 |
| LILY WOLDU | LILY WOLDU 22 RED STABLE DR SPRING, TX  77380 | $ 300.00 |
| LIPPINCOTT WILLIAMS & WILKINS | LIPPINCOTT WILLIAMS & WILKINS PO BOX 1610 HAGERSTOWN, MD 201741-1610 | $ 559.77 |
| LITHOS SURGICAL INNOVATIONS LLC | LITHOS SURGICAL INNOVATIONS LLC 1692 LINDEN TRAIL KALAMAZOO, MI 49009 | $ 3,390.00 |
| LOCUMTENENS.COM | LOCUMTENENS.COM PO BOX 405547 ATLANTA, GA  30384-5547 | $ 38,501.41 |
| LONE STAR COFFEE-NW | LONE STAR COFFEE-NW NORTHWEST PO BOX 691634 HOUSTON, TX  77269 | $ 925.00 |
| LYDIA'S CATERING | LYDIA'S CATERING 1206 MISTY LAKE COURT SUGAR LAND, TX  77478 | $ 1,205.00 |
| MANUEL GUILLEN | MANUEL GUILLEN 8613 ROBINDELL DR HOUSTON, TX  77074 | $ 25.00 |
| MARIA GARZA | MARIA GARZA 1209 CARBY ROAD HOUSTON, TX  77037 | $ 658.62 |
| MARIELOU R GUZON | MARIELOU R GUZON MD PA 6035 AIRLINE DR, STE #1 HOUSTON, TX  77076 | $ 10,500.00 |

| | | |
|---|---|---|
| MARIMON | MARIMON P O BOX 40998 HOUSTON, TX 77240 | $ 13,233.58 |
| MATHESON TRI-GAS | MATHESON TRI-GAS ATTN: KEVA MCNEAL 909 LAKE CAROLYN PKWY STE 1300 IRVING, TX 75039 | $ 24,805.42 |
| MATTHEW BENDER & CO INC | MATTHEW BENDER & CO., INC. P.O. BOX 7247-0178 PHILADELPHIA, PA 19170-0178 | $ 112.50 |
| MBM ASSISTING L P | MBM ASSISTING L P P O BOX 14743 HUMBLE, TX 77347 | $ 4,297.88 |
| MCKESSON HEALTH SOLUTIONS | MCKESSON HEALTH SOLUTIONS 22423 NETWORK PLACE CHICAGO, IL 60673-1224 | $ 24,729.78 |
| MCKESSON MEDICAL SURGICAL | MCKESSON MEDICAL SURGICAL PO BOX 933027 ATLANTA, GA 31193-3027 | $ 23,723.12 |
| MED LABS INC | MED LABS INC 28 VEREDA CORDILLERA GOLETA, CA 93117 | $ 198.19 |
| MEDARTIS INC | MEDARTIS INC 127 W STREET ROAD, STE 203 KENNETT SQUARE, PA 19348 | $ 3,096.75 |
| MEDCOMP | MEDCOMP 1499 DELP DRIVE HARLEYSVILLE, PA 19438-0000 | $ 7,634.12 |
| MEDERI THERAPEUTICS INC | MEDERI THERAPEUTICS INC 2485 MANLEY ROAD BOZEMAN, MT 59715 | $ 9,792.00 |
| MEDI-DOSE INC | MEDI-DOSE INC CUSTOMER #11 - 0045006 LOCK BOX 238 JAMISON, PA 18929-0238 | $ 392.53 |
| MEDICAL ARTS PRESS | MEDICAL ARTS PRESS PO BOX 37647 PHILADELPHIA, PA 19101-0647 | $ 358.01 |
| MEDICAL CONSULTANTS NETWORK INC | MEDICAL CONSULTANTS NETWORK INC 1777 S HARRISON STREET, STE 405 DENVER, CO 80210 | $ 10,200.00 |
| MEDICAL DEVICE DIVISION OF | MEDICAL DEVICE DIVISION OF OTSUKA PHARMACEUTICAL INC 62609 COLLECTIONS CENTER DRIVE CHICAGO, IL 60693 | $ 914.69 |
| MEDLINE INDUSTRIES INC #9665 | MEDLINE INDUSTRIES INC #9665 DEPT 1080 PO BOX 121080 DALLAS, TX 75312-1080 | $ 53,023.05 |
| MEDLINK INC | MEDLINK INC 315 W 17TH ST BLOOMINGTON, IN 47404 | $ 3,031.40 |
| MEDOVATIONS, INC | MEDOVATIONS, INC 102 EAST KEEFE AVENUE MILWAUKEE, WI 53212 | $ 541.64 |
| MEDRAD | MEDRAD PO BOX 360172 PITTSBURGH, PA 15251 | $ 20,355.37 |
| Medsurant-Houston | Medsurant-Houston 1449 Highway 6, Suite 300 Sugar Land, Tx 77478 | $ 2,539.00 |
| MEDTRONIC | MEDTRONIC PO BOX 848086 DALLAS, TX 75284-8086 | $ 40,612.33 |
| MERRY X-RAY | MERRY X-RAY INC 4444 VIEWRIDGE AVE SUITE A SAN DIEGO, CA 92123 | $ 7,003.18 |
| MGES, INC | MGES, INC 8725 KNIGHT ROAD HOUSTON, TX 77054 | $ 8,841.65 |
| MICROLINE SURGICAL INC. | MICROLINE SURGICAL, INC. 800 CUMMINGS CENTER SUITE 166T BEVERLY, MA 01915 | $ 9,818.24 |
| MICROTEK MEDICAL INC | MICROTEK MEDICAL INC FILE 4033P PO BOX 911633 DALLAS, TX 75391-1633 | $ 4,887.22 |
| MIKE SULLIVAN | MIKE SULLIVAN HARRIS CNTY TAX ASSESSOR-COLL 1001 PRESTON PO BOX 4089 HOUSTON, TX 77210-4089 | $ 132.75 |
| MIKE SULLIVAN (TAXES) | MIKE SULLIVAN TAX ASSESSOR-COLLECTOR P O BOX 4622 HOUSTON,TX 77210-4622 | $ 81,597.75 |
| MILLIPORE CORPORATION | MILLIPORE CORPORATION 25760 NETWORK PLACE CHICAGO, IL 60673-1257 | $ 3,210.09 |
| MIZUHO ORTHOPEDIC SYSTEMS INC | MIZUHO ORTHOPEDIC SYSTEMS INC DEPT CH 16977 PALATINE, IL 60055-6977 | $ 596.53 |
| Modomed | Modomed 5505 36th St. Se Grand Rapids, MI 49512 | $ 1,498.69 |
| MOGUL MARKETING | MOGUL MARKETING 3338 EAGLE RIDGEWAY HOUSTON, TX 77084 | $ 12,000.00 |
| MONSTER WORLDWIDE INC | MONSTER WORLDWIDE INC PO BOX 90364 CHICAGO, IL 60696-0364 | $ 2,708.31 |
| MORRIS SYSTEMS INCORPORATED | MORRIS SYSTEMS INCORPORATED 5504 DEMOCRACY DRIVE, STE 220 PLANO, TX 75024 | $ 90,670.20 |
| MUSCULOSKELETAL TRANSPLANT FOUNDATION | MUSCULOSKELETAL TRANSPLANT FOUNDATION PO BOX 415911 BOSTON, MA 02241 | $ 9,417.08 |
| MUSTAFA ALI | MUSTAFA ALI DENNY'S 6969 GULF FREEWAY HOUSTON, TX 77017 | $ 4,199.00 |
| NATIONAL AUDIT | NATIONAL AUDIT ATTN: HUMANA ASO PROCESSING 12276 SAN JOSE BLVD, STE 410 JACKSONVILLE, FL 32223 | $ 2,856.60 |
| NCO FINANCIAL SYSTEMS INC-EOS | NCO FINANCIAL SYSTEMS INC-EOS ATTN: NCOEOS 24886 NETWORK PLACE CHICAGO, IL 60673-1248 | $ 2,822.85 |
| NEWSOME MANAGEMENT INC | NEWSOME MANAGEMENT INC 4811 CINNAMON STONE DRIVE KILLLEEN,TX 76542 | $ 9,600.00 |
| NORTEK MEDICAL STAFFING INC | NORTEK MEDICAL STAFFING INC 2313 TIMBER SHADOWS KINGWOOD, TX 77339 | $ 9,379.76 |
| NORTH AMERICAN CAPACITY | NORTH AMERICAN CAPACITY 14785 PRESTON ROAD, STE 350 DALLAS, TX 75254 | $ 10,831.96 |
| NORTH HOUSTON EMERGENCY PHYSICIANS ASSOC | NORTH HOUSTON EMERGENCY PHYSICIANS ASSOC 58 SOUTH MEADOWMIST CIRCLE THE WOODLANDS, TX 77381 | $ 5,000.00 |

| | | |
|---|---|---|
| NORTHSIDE PATHOLOGY GROUP PLLC | NORTHSIDE PATHOLOGY GROUP PLLC 310 LINDENWOOD DR HOUSTON, TX 77024 | $ 59,246.00 |
| NOVA BIOMEDICAL | NOVA BIOMEDICAL PO BOX 983115 BOSTON, MA  02298-3115 | $ 4,919.57 |
| NOVUS & FORTIS LLC | NOVUS & FORTIS LLC 4243 COOK RD HOUSTON, TX 77072-1019 | $ 150.00 |
| OAK FARMS - HOUSTON | OAK FARMS - HOUSTON P.O. BOX 973866 DALLAS, TX 75397-3866 | $ 1,181.37 |
| OFFICE EFFECTS, INC. | OFFICE EFFECTS, INC 1217 W LOOP N  #184 HOUSTON, TX 77055-0000 | $ 11,791.01 |
| OFFICE OF THE ATTORNEY GENERAL | OFFICE OF THE ATTORNEY GENERAL TX CHILD SUPPORT SDU PO BOX 659791 SAN ANTONIO, TX 78265-9791 | $ 6,708.35 |
| OLYMPUS AMERICA INC. | OLYMPUS AMERICA INC. DEPT. 0600 PO BOX 120600 DALLAS, TX 75312-0600 | $ 169.92 |
| OMAR AHMAD | OMAR AHMAD 15626 BEECHNUT HOUSTON, TX  77083 | $ 225.32 |
| ONE SOURCE HOSPITAL CARE SOLUTIONS | ONE SOURCE HOSPITAL CARE SOLUTIONS 4314 HAZEPOINT DR KATY, TX 77494 | $ 498.47 |
| ORLANDO RIVERA DPM | ORLANDO RIVERA DPM 7007 NORTH FREEWAY, STE 410 HOUSTON, TX 77076 | $ 2,500.00 |
| ORTHO SOLUTIONS LLC | ORTHO SOLUTIONS LLC 4141 SOUTHWEST FREEWAY, STE 410 HOUSTON, TX  77027 | $ 6,795.00 |
| ORTHOFIX INC | ORTHOFIX INC PO BOX 849806 DALLAS, TX  75284-9806 | $ 66,684.50 |
| ORTHOFIX SPINAL IMPLANTS | ORTHOFIX SPINAL IMPLANTS BLACKSTONE MEDICAL INC PO BOX 842452 DALLAS, TX  75284-2452 | $ 19,385.00 |
| ORTHOHELIX SURGICAL DESIGNS INC | ORTHOHELIX SURGICAL DESIGNS INC 75 REMITTANCE DRIVE SUITE 6688 CHICAGO, IL  60675-6688 | $ 14,580.40 |
| ORTHOMED | ORTHOMED 4710 KATY FRWY, STE A HOUSTON, TX  77007 | $ 17,367.50 |
| ORTHOPEDIC CARE CENTER | ORTHOPEDIC CARE CENTER 2121 OAKDALE ST HOUSTON, TX  77004 | $ 775.54 |
| ORTHOSCAN | ORTHOSCAN 8212 E EVANS RD SCOTTSDALE, AZ  85260 | $ 332.47 |
| OSTEOMED | OSTEOMED 2241 COLLECTION CENTER DRIVE CHICAGO, IL  60693 | $ 16,682.27 |
| OTI ORACLE TRANSCRIPTION, INC | ORACLE TRANSCRIPTION INC 4007-B NORBECK ROAD ROCKVILLE, MD 20853-0000 | $ 28,078.39 |
| P M G-LANDSCAPE SOLUTIONS | P M G-LANDSCAPE SOLUTIONS P O BOX 12932 HOUSTON, TX  77207 | $ 9,503.41 |
| PACIFIC INTERPRETERS, dba | FLUENT LANGUAGE SOLUTIONS P O BOX 204313 DALLAS, TX  75320-4313 | $ 25.00 |
| PACIFIC MEDICAL LLC | PACIFIC MEDICAL LLC 32981 CALLE PERFECTO SAN JUAN CAPISTRANO, CA 92675 | $ 99.99 |
| PACS IMAGING & COMMUNICATIONS, LLC | PACS IMAGING & COMMUNICATIONS, LLC 1583 E SILVER STAR RD # 219 OCOEE, FL 34761 | $ 8,000.00 |
| PARK LANE MANAGEMENT | PARK LANE MANAGEMENT 435 B1 FM1092 #423 STAFFORD, TX  77459 | $ 1,950.00 |
| PARTSSOURCE CORPORATE CENTER | PARTSSOURCE CORPORATE CENTER PO BOX 645186 CINCINNATI, OH 45264-5186 | $ 121.97 |
| PAUL KOBZA DO | PAUL KOBZA  DO 17431 VICTORIA LAKES CIRCLE SPRING, TX  77379 | $ 6,790.00 |
| PBD SERVICES 1 LLC DBA GUARDIAN EMS | PBD SERVICES 1 LLC DBA GUARDIAN EMS P O BOX 1119 COLUMBUS, TX 78934-1119 | $ 1,877.91 |
| PDB SERVICES 1 LLC DBA GUARDIAN EMS | PDB SERVICES 1 LLC DBA GUARDIAN EMS P O BOX 1119 COLUMBUS, TX 78934-1119 | $ 1,119.63 |
| PEACH TREE CLINICAL MANAGEMENT PLLC | PEACH TREE CLINICAL MANAGEMENT PLLC 150 WEST PARK, SUITE #704 HOUSTON, TX  77076 | $ 173,012.50 |
| PERSONNEL CONCEPTS | PERSONNEL CONCEPTS P O BOX 5750 CAROL STREAM, IL  60197-5750 | $ 59.85 |
| PHILIPS HEALTHCARE | PHILIPS HEALTHCARE PO BOX 100355 ATLANTA, GA 30384-0355 | $ 1,890.78 |
| PHSI PURE WATER FINANCE | PHSI PURE WATER FINANCE PO BOX 404582 ATLANTA, GA 30384-4582 | $ 4,814.70 |
| PHYSICIAN RESOURCES, INC | PHYSICIAN RESOURCES, INC 1818 MEMORIAL DR. #200 HOUSTON, TX  77007 | $ 36,135.00 |
| PHYSIO-CONTROL | PHYSIO-CONTROL 11811 WILLOWS RD NE REDMOND, WA 98052 | $ 1,282.76 |
| POWER PLUS | POWER PLUS 1210 N RED GUM ST ANAHEIM, CA  92806 | $ 1,426.16 |
| POWER PRO-TECH SERVICES INC | POWER PRO-TECH SERVICES INC 377 MAITLAND AVE STE 1010 ALTAMONTE SPRINGS, FL  32701 | $ 6,833.03 |
| PPR, LLC | PPR, LLC DRAWER #1587 PO BOX 5935 TROY, MI  48007-5935 | $ 8,745.25 |
| PRECHECK INC | PRECHECK INC PO BOX 840031 DALLAS, TX 75284-0031 | $ 4,332.88 |
| PRECISION DYNAMICS CORP | PRECISION DYNAMICS CORP 4193 SOLUTIONS CTR LOCKBOX NO. 774193 CHICAGO, IL 60677-4001 | $ 116.32 |
| PRECISION SURGICAL LLC | PRECISION SURGICAL LLC 2551 FARRINGTON ST DALLAS, TX 75207 | $ 9,742.50 |

| | | |
|---|---|---|
| PRESTIGE STAFFING | PRESTIGE STAFFING 1211 HIGHMEADOW ROYSE CITY, TX 75189 | $ 7,960.00 |
| PRINTEGRITY | PRINTEGRITY PO BOX 70469 HOUSTON, TX 77270-0469 | $ 3,941.76 |
| PROFESSIONAL MEDIA RESOURCES | PROFESSIONAL MEDIA RESOURCES PO BOX 460380 ST LOUIS, MO 63146-7380 | $ 185.40 |
| PROGRESSIVE | PROGRESSIVE PO BOX 650201 DALLAS, TX 75265 | $ 416.50 |
| PROGRESSIVE COUNTY MUTUAL INS | PROGRESSIVE COUNTY MUTUAL INS PO BOX 105428 ATLANTA, GA 30348-5428 | $ 936.10 |
| PROGRESSIVE WASTE SOLUTIONS OF TX INC | PROGRESSIVE WASTE SOLUTIONS OF TX INC SOUTH TEXAS DISTRICT PO BOX 660043 DALLAS, TX 75266-0043 | $ 337.56 |
| PROVIDER EDGE LLC | PROVIDER EDGE LLC 1706 KEENEN CT HOUSTON, TX 77077 | $ 152,839.29 |
| PSS | PSS-DALLAS PO BOX 846260 DALLAS, TX 75284-6260 | $ 2,464.73 |
| QCOM TECHNOLOGIES INC | DIGICOM TECHNOLOGIES INC PO BOX 980575 HOUSTON, TX 77098 | $ 1,878.90 |
| QUILL CORPORATION | QUILL CORPORATION PO BOX 37600 PHILADELPHIA, PA 19101-0600 | $ 56.78 |
| QUYNH VO-PETTY CASH | 9706 ARCHED OAK DRIVE HOUSTON, TX 77095 | $ 0.70 |
| RAJESH RETHNAM MD | RAJESH RETHNAM MD 1635 N LOOP WEST HOUSTON, TX 77008 | $ 15,000.00 |
| RAMACHANDRA MALYA, M.D. | RAMACHANDRA MALYA, M.D. 7333 NORTH FREEWAY SUITE 127 HOUSTON, TX 77076 | $ 20.00 |
| RAVI SOMAYAZULA MD | RAVI SOMAYAZULA MD 2323 LONG REACH DRIVE,APT15104 SUGAR LAND, TX 77478 | $ 7,000.00 |
| RAY CHEN MD | RAY CHEN MD 6305 NEWCASTLE ST BELLAIRE, TX 77401 | $ 23,760.00 |
| REGGIE WASSON | REGGIE WASSON 8038 CHIMNY ROCK COURT PORT ARTHUR, TX 77642 | $ 222.00 |
| reliable staffing | Reliable Staffing PO Box 9627 Manchester, NH 03108 | $ 13,353.75 |
| RELIANT ENERGY 369-2 | RELIANT ENERGY 369-2 PO BOX 650475 DALLAS, TX 75265-0475 | $ 77.04 |
| RICH WURSCHE | RICH WURSCHE 5303 BEAVER LODGE DRIVE KINGWOOD, TX 77345 | $ 6,450.00 |
| RITERESPONSE ANSWERING & CALL CENTER SVCS | RITERESPONSE ANSWERING & CALL CENTER SVCS 730 NORTH LOOP HOUSTON, TX 77009-1043 | $ 104.63 |
| RIVER OAKS EMERGENCY CENTER 24HR | RIVER OAKS EMERGENCY CENTER 24HR 2320 S SHEPHERD DRIVE HOUSTON, TX 77019 | $ 500.00 |
| ROBERT JEFFERSON | ROBERT JEFFERSON 8406 GLEN ELM DR SPRING, TX 77379 | $ 150.96 |
| ROBERTA CONSOLVER | ROBERTA CONSOLVER 12008 EDEN CREEK DRIVE PEARLAND, TX 77584 | $ 101.70 |
| ROCK'N C ARENA | CROSBY FAIR AND RODEO, INC PO BOX 1546 CROSBY, TX 77532 | $ 2,000.00 |
| RODOLFO ARGUETA | RODOLFO ARGUETA PO BOX 12932 HOUSTON, TX 77217 | $ 81,300.00 |
| ROXANNA GAMEZ | Roxanna Gamez 2038 SKINNER ROAD HOUSTON, TX 77093 | $ 27.12 |
| SADASIVAREDDY GOLI MD | SADASIVAREDDY GOLI MD 5990 AIRLINE DR, STE 250 HOUSTON, TX 77076 | $ 16,100.00 |
| SELECTCARE OF TEXAS | SELECTCARE OF TEXAS PO BOX 741107 HOUSTON, TX 77274 | $ 276.11 |
| SHERWIN- WILLIAMS CO | SHERWIN- WILLIAMS CO 2106 FM 1960 RD EAST HUMBLE, TX 77338-5200 | $ 218.28 |
| SHRED TEX | SHRED TEX 15150 SOMMERMEYER HOUSTON, TX 77041 | $ 1,985.00 |
| SIEMENS HEALTHCARE DIAGNOSTICS | SIEMENS HEALTHCARE DIAGNOSTICS PO BOX 121102 DALLAS, TX 75312-1102 | $ 51,725.33 |
| SIGNAD, INC | SIGNAD, INC. PO BOX 8626 HOUSTON, TX 77249-0000 | $ 18,000.00 |
| SIZEWISE | SIZEWISE PO BOX 320 ELLIS, KANSAS 67637 | $ 13,406.17 |
| SMITH & NEPHEW, INC. | SMITH & NEPHEW, INC. PO BOX 60333 CHARLOTTE, NC 28260-0333 | $ 6,012.11 |
| SMITHS MEDICAL ASD INC | SMITHS MEDICAL ASD INC PO BOX 7247-7784 PHILADELPHIA, PA 19170-7784 | $ 6.84 |
| SOLANA SURGICAL LLC | SOLANA SURGICAL LLC 6363 POPLAR AVENUE SUITE #434 MEMPHIS, TN 38119 | $ 50,825.00 |
| SOUTHWASTE DISPOSAL LLC | SOUTHWASTE DISPOSAL LLC PO BOX 53988 LAFAYETTE, LA 70505-3988 | $ 287.59 |
| SOUTHWESTERN DIAPHERESIS, INC | SOUTHWESTERN DIAPHERESIS, INC 7333 NORTH FREEWAY STE 127A HOUSTON TX 77076 | $ 38,885.00 |
| SPARKLETTS AND SIERRA SPRINGS | SPARKLETTS AND SIERRA SPRINGS PO BOX 660579 DALLAS, TX 75266-0579 | $ 477.10 |
| SPBS, INC. | SPBS, INC. 4315 IRONTON AVENUE, SUITE C LUBBOCK, TX 79407 | $ 17,448.63 |

| | | |
|---|---|---|
| SPECTRANETICS CORP | SPECTRANETICS CORP LBX #774588 4588 SOLUTIONS CENTER CHICAGO, IL 60677 | $ 2,749.66 |
| SPECTRUM SURGICAL INSTRUMENT CORP | SPECTRUM SURGICAL INSTRUMENT CORP 4575 HUDSON DRIVE STOW, OH 44224 | $ 39,049.74 |
| SPEECH THERAPY UNLIMITED PLLC | SPEECH THERAPY UNLIMITED PLLC 11569 S HIGHWAY 6, SUTIE 205 SUGAR LAND, TX  77498 | $ 150.00 |
| SPINAL ELEMENTS | SPINAL ELEMENTS 2744 LOKER AVE WEST, SUITE CARLSBAD, CA  92010 | $ 7,522.50 |
| ST ANTHONY'S ANESTHESIA | ST ANTHONY'S ANESTHESIA % MICHAEL BURG 1842 SNAKE RIVER ROAD KATY, TX  77449 | $ 113,941.70 |
| ST ANTHONYS HOSPITAL EBPT | ST ANTHONYS HOSPITAL EBPT 22322 GRAND CORNER DR, STE 200 KATY, TX  77494 | $ 395.98 |
| ST JOHN COMPANIES INC | ST JOHN COMPANIES INC PO BOX 51263 LOS ANGELES, CA  90051-5563 | $ 883.13 |
| ST JOHN COMPANIES INC (SOUTH LOCATION) | ST JOHN COMPANIES INC PO BOX 51263 LOS ANGELES, CA 90051-5563 | $ 94.26 |
| ST JUDE MEDICAL INC | ST JUDE MEDICAL INC 22400 NETWORK PLACE CHICAGO, IL  60673-1224 | $ 3,200.00 |
| STARSKY BOMER | STARSKY BOMER 12211 GRANITE WOODS CT HUMBLE, TX  77346 | $ 26,923.07 |
| STARTEX POWER (SOUTH PHP) | STARTEX POWER PO BOX 650827 DALLAS, TX  75265-0827 | $ 1,175.50 |
| STATLAB MEDICAL PRODUCTS | STATLAB MEDICAL PRODUCTS PO BOX 678056 DALLAS, TX  75267-8056 | $ 192.03 |
| STEPHEN CHUN MD | STEPHEN CHUN MD 58 S MEADOWMIST CIRCLE THE WOODLANDS, TX  77381 | $ 40,120.00 |
| STERICYCLE INC. | STERICYCLE INC. PO BOX 6575 CAROL STREAM, IL  60197-6575 | $ 1,789.64 |
| STERIS CORPORATION | STERIS CORPORATION P.O. BOX 676548 DALLAS, TX  75267-6548 | $ 8,328.01 |
| STRATITSPHERE DATA CENTER SOLUTION LLC | STRATITSPHERE DATA CENTER SOLUTIONS LLC 1510 PRIMEWEST PARKWAY KATY, TX  77449 | $ 27,345.07 |
| STRYKER ENDOSCOPY | STRYKER ENDOSCOPY ATTN:  MELINA MUNEZ 5900 OPTICAL COURT SAN JOSE, CA  95138 | $ 19,883.64 |
| STRYKER SALES CORP. | STRYKER SALES CORP. PO BOX 70119 CHICAGO, IL 60673-0119 | $ 36,354.10 |
| STRYKER SUSTAINABILITY SOLUTIONS | STRYKER SUSTAINABILITY SOLUTIONS PO BOX 29387 PHOENIX, AZ 85038-9387 | $ 3,330.62 |
| SULLIVAN STOLIER KNIGHT LC | SULLIVAN STOLIER KNIGHT LC 1042 CAMELLIA BOULEVARD, STE 2 LAFAYETTE, LA 70508 | $ 2,000.00 |
| SUN COAST RESOURCES, INC | SUN COAST RESOURCES, INC PO BOX 202603 DALLAS, TX  75320 | $ 1,372.62 |
| SUNBELT FRESH WATER SUPPLY | SUNBELT FRESH WATER SUPPLY 410 WEST GULF BANK ROAD HOUSTON, TX 77037-2902 | $ 18.59 |
| SURGICAL DIRECT | SURGICAL DIRECT 909 SOUTH WOODLAND BLVD DELAND, FL  32720 | $ 3,110.81 |
| SURGIQUIP SOLUTIONS | SURGIQUIP SOLUTIONS PO BOX 2224 SUGAR LAND, TX  77487 | $ 2,365.26 |
| SURYAM KODALI MD | SURYAM KODALI MD 1400 CREEKWAY, #221 SUGARLAND, TX  77478 | $ 3,400.00 |
| SUTURE EXPRESS | SUTURE EXPRESS PO BOX 842806 KANSAS CITY, MO 64184-2806 | $ 72,452.22 |
| SYED AHMED MD | SYED AHMED MD 8900 SUNSET PARK LANE CONROE, TX  77302 | $ 2,400.00 |
| SYMBOLOGY ENTERPRISES INC | SYMBOLOGY ENTERPRISES INC 185-H INDUSTRIAL PARKWAY SOMERVILLE, NJ  08876 | $ 182.34 |
| SYMMETRY SURGICAL | SYMMETRY SURGICAL PO BOX 759159 BALTIMORE, MD  21275-9159 | $ 3,991.04 |
| SYNTHES | SYNTHES PO BOX 8538-662 PHILADELPHIA, PA 19171-0662 | $ 11,109.85 |
| T-SYSTEM, INC | T-SYSTEM, INC. DEPT 2537 PO BOX 122537 DALLAS, TX 75312-2537 | $ 9,452.52 |
| TARRESHA L  MELROSE | TARRESHA L  MELROSE 6026 LOVAGE AVE CROSBY, TX  77532 | $ 72.72 |
| TECHNO PRINT | TECHNO PRINT 4314 HAZEPOINT DR KATY, TX  77494 | $ 3,176.75 |
| TEXAS ACADEMY OF NUTRITION & DIETETICS | TEXAS ACADEMY OF NUTRITION & DIETETICS 13490 T I BLVD, STE 102 DALLAS, TX  75243 | $ 135.85 |
| TEXAS CARDIOLOGY ASSOCIATES OF HOUSTON | TEXAS CARDIOLOGY ASSOCIATES OF HOUSTON 2627 CHESTNUT RIDGE RD, STE 100 KINGWOOD, TX  77339 | $ 1,350.00 |
| TEXAS DEPT OF STATE HEALTH SVCS ZZ700/996 | TEXAS DEPT OF STATE HEALTH SVCS ZZ700/996 CASH RECEIPTS BRANCH, MC 2003 P O BOX 14937 AUSTIN, TX  78714-9347 | $ 2,000.00 |
| TEXAS MEDICAID & HEALTH PARTNERSHIP | TEXAS MEDICAID & HEALTH PARTNERSHIP 12357-B RIATA TRACE PARKWAY AUSTIN, TEXAS 78727-6422 | $ 2,316.87 |
| TEXAS WORKFORCE COMMISSION | TEXAS WORKFORCE COMMISSION PO BOX 149037 AUSTIN, TX 79714-9037 | $ 28,147.98 |
| THE RIGHT SOLUTIONS, L.L.P. | THE RIGHT SOLUTIONS, L.L.P. 9601 KATY FREEWAY, SUITE 370 HOUSTON, TX 77024 | $ 15,057.13 |
| THE T SYSTEM | 4020 McEwen Road Dallas, Texas 75244 | $ 838.53 |

| | | |
|---|---|---|
| THOMAS TAYLOR, M.D. | THOMAS TAYLOR, M.D. 1315 ST. JOSEPH PKWY. SUITE 1111 HOUSTON, TX 77002 | $ 7,600.00 |
| TIMELINE LOGISTICS | TIMELINE LOGISTICS PO BOX 131483 HOUSTON, TX  77219 | $ 61.80 |
| TIMES OF ASIA | TIMES OF ASIA HUM TUM RADIO 6161 SAVOY LN SUITE 1140 HOUSTON, TX 77036 | $ 10,000.00 |
| TINDAL LAW FIRM | TINDAL LAW FIRM 17225 EL CAMINO REAL, STE 190 HOUSTON, TX  77058 | $ 4,767.06 |
| TLC GRAPHICS | TLC GRAPHICS 11012 WARDOUR LANE AUSTIN, TX 78748 | $ 153.04 |
| TRANSTAR A/C SUPPLY INC | TRANSTAR A/C SUPPLY INC 3535 S MAIN ST STAFFORD, TX  77477 | $ 1.87 |
| TRI-ANIM HEALTH SERVICES INC | TRI-ANIM HEALTH SERVICES INC 25197 NETWORK PLACE CHICAGO, IL 60673-1251 | $ 1,609.60 |
| TRUVICE SURGICAL | TRUVICE SURGICAL 18910 ORIOLE POINT CYPRESS, TX  77429 | $ 19,000.00 |
| U S OFFICE & INDUSTRIAL SUPPLY | U S OFFICE & INDUSTRIAL SUPPLY P O BOX 7612 VAN NUYS, CA 91409-7612 | $ 172.89 |
| UAL | UAL PO BOX 730216 DALLAS, TX 75373-0216 | $ 10.90 |
| ULTIMATE IMAGING SOLUTIONS | ULTIMATE IMAGING SOLUTIONS PO BOX 2443 SPRING, TX  77383-2443 | $ 12,935.88 |
| ULTRASTAFF | ULTRASTAFF 1818 MEMORIAL DR #200 HOUSTON, TX  77007 | $ 4,802.13 |
| UNIFIRST HOLDINGS INC | UNIFIRST HOLDINGS INC 9019 RAILWOOD DRIVE HOUSTON, TX 77078 | $ 554.20 |
| UNION INSURANCE COMPANY | UNION INSURANCE COMPANY 122 WEST CARPENTER FREEWAY STE 350 IRVING, TX  75039-2008 | $ 262.65 |
| UNITED CAPITAL FUNDING CORP | UNITED CAPITAL FUNDING CORP PO BOX 31246 TAMPA, FL  33631-3346 | $ 8,150.00 |
| UNITED HEALTH CARE | UNITED HEALTHCARE PO BOX 30555 SALT LAKE CITY, UT 84130-0555 | $ 135.82 |
| UNITED SHOCKWAVE SERVICES | UNITED SHOCKWAVE SERVICES PO BOX 2178 DES PLAINES, IL  60017-2178 | $ 13,965.00 |
| US FOODS BLUE PRINTMENU MANAGEMENT SYST | US FOODS BLUE PRINTMENU MANAGEMENT SYST 9399 W HIGGINS ROAD ROSEMEONT, IL 60018 | $ 948.00 |
| US FOODSERVICE 0240 | US FOODSERVICE BOX 840396 DALLAS, TX  75284-0396 | $ 11,839.92 |
| US MED-EQUIP | US MED-EQUIP PO BOX 41321 HOUSTON, TX 77241 | $ 38,114.49 |
| V B SHENOY MD PA | V B SHENOY MD PA NORTHWEST CARDIOLOGY CLINIC 7333 NORTH FREEWAY, SUITE 100 HOUSTON, TX  77076 | $ 11,137.00 |
| VASAMED INC | VASAMED INC 7615 GOLDEN TRIANGLE DR, STE A EDEN PRAIRIE, MN  55344 | $ 31,352.00 |
| VELOCITY ORTHOPEDICS INC | VELOCITY ORTHOPEDICS INC ATTN:  BILL COY 10700 JERSEY BLVD #360 RANCHO CUCAMONGA, CA  91730 | $ 490.00 |
| VIKRAM MEHRA MD | VIKRAM MEHRA MD 7610 BETTY JANE LANE HOUSTON, TX  77055 | $ 4,000.00 |
| W.L. GORE & ASSOCIATES, INC. | W.L. GORE & ASSOCIATES, INC. PO BOX 751331 CHARLOTTE, NC 28275-0000 | $ 12,174.00 |
| WAL-MART STORES INC. | FMS PO BOX 707600 TULSA, OK  74170-7600 | $ 1,616.58 |
| WELLCARE | STERLING ATTN:  CLAIM REFUNDS PO BOX  8500-7296 PHILADELPHIA, PA 19178-7296 | $ 1,958.27 |
| WEST HOUSTON RADIOLOGY ASSOC | WEST HOUSTON RADIOLOGY ASSOC P O BOX 765 INDIANAPOLIS, IN  46206 | $ 39.00 |
| WILLIAM E. HEITKAMP, TRUSTEE | WILLIAM E. HEITKAMP, TRUSTEE UNITED STATES BANKRUPTCY COURT P O BOX 740 MEMPHIS, TN  38101-0740 | $ 1,850.78 |
| WOLTERS KLUWER HEALTH | WOLTERS KLUWER HEALTH PO BOX 1610 HAGERSTOWN, MD  21741-1610 | $ 1,019.84 |
| WOUND CARE INNOVATIONS LLC | WOUND CARE INNOVATIONS LLC 777 MAIN ST, SUITE 3100 FORT WORTH, TX 76102 | $ 1,614.50 |
| WRIGHT MEDICAL TECHNOLOGY INC | WRIGHT MEDICAL TECHNOLOGY INC PO BOX 503482 ST LOUIS, MO 63150-3482 | $ 2,524.84 |
| X-SPINE | X-SPINE 452 ALEXANDERSVILLE ROAD MIAMISBURG, OHIO 45342 | $ 39,315.75 |
| XLR8 MEDICAL BILLING | XLR8 MEDICAL BILLING 1330 POST OAK BOULEVARD, STE 1600 HOUSTON, TX  77056 | $ 43,500.00 |
| YONG DUCK LEE MD | YONG DUCK LEE MD 7333 N FRWY, STE 220 HOUSTON, TX  77076 | $ 11,250.00 |
| YOUNAN NOWZARADAN MD | YOUNAN NOWZARADAN MD 1247 WYNDEN OAKS GARDEN DR HOUSTON, TX 77056 | $ 27,300.00 |
| ZIMMER | ZIMMER PO BOX 840166 DALLAS, TX 75284 | $ 1,403.98 |
| ZIRMED INC | ZIRMED INC 1311 SOLUTIONS CENTER CHICAGO, IL  60677-1311 | $ 2,236.25 |
| BARBARA LIPSEY | | $ 565.98 |
| BETTER LIFE TRANSPORTATION | | $ 1,500.00 |

| | | | |
|---|---|---|---|
| BLESSING PLACE TRANSPORTATION | | $ | 4,025.00 |
| DARIA HAMILTON | | $ | 188.70 |
| EDWIN THOMAS | | $ | 148.60 |
| ERICKA COLUMBUS | | $ | 370.00 |
| EVANGELINE ROOMES (TRANSPORTATION) | | $ | 300.00 |
| GABRIELA VALLEJO | | $ | 226.86 |
| JOE RAMSEY MD | | $ | 1,620.00 |
| KIMBERLY'S SAFEHAVEN TRANSPORTATION | | $ | 1,275.00 |
| MARISELA OLIVARES | | $ | 13.20 |
| MARON PALMER TRANSPORTATION | | $ | 100.00 |
| MARSHA THOMAS | | $ | 200.00 |
| MERCEDES SANTOS | | $ | 1,313.61 |
| ODALYS ALEXANDRA OLIVA | | $ | 1,102.00 |
| PATRICIA CHENEY | | $ | 107.35 |
| SEAN GILBERT | | $ | 118.60 |
| TAHA TRANSPORTATION | | $ | 5,900.00 |
| TRACK SERVICES (TRANSPORTATION) | | $ | 425.00 |
| TRAVELERS WC INDEMNITY COMPANY | | $ | 403.84 |
| YEN TRAN | | $ | 2,015.59 |
| Total | | | 4,506,017.29 |

B6G (Official Form 6G) (12/07)

.

In re    **LTHM Houston - Operations, LLC DBA St. Anthony's Hospital**           Case No.    **14-33899**
                                            Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Little York Hospital RE, LP**<br>**500 N Valley Parkway, Ste 112**<br>**Lewisville, TX 75067** | **Lease of building, furniture, fixtures, and equipment.  June 10, 2011.** |
| **LTHM Houston - Real Estate, LLC**<br>**800 Gessner**<br>**Suite 1225**<br>**Houston, TX 77024** | **Commercial Lease Agreement - Premises located at 2807 Little York, Houston, TX.  September 1, 2009.** |
| **Morris (M Systems)** | **Software License Agreement** |
| **OPES Investments, Inc.**<br>**2441 S. 10th Street**<br>**Abilene, TX 79605** | **Security Agreement - Collateral = All of the Debtor's accounts receivable.  August 6, 2013.** |
| **Plaza at Tidwell, LLC**<br>**1001 West Loop South #880**<br>**Houston, TX 77027** | **Commercial Lease of premises at 5406 Airline Drive, Houston, TX 77076 to be used and occupied for the purpose of operating a Medical Services Office Offering Physical Therapy, Weight Loss Consulting and Chiropractic Services.** |
| **RCAT Consulting Company - 05 12 14** | **Interim Chief Nursing Officer.  May 12, 2014.** |
| **RCAT Consulting Company - 06 23 14** | **Healthcare Contract.  June 23, 2014.** |
| **RCAT Consulting Company - 07 09 14** | **Consulting Services - Medical Staff Credentialing Specialist.  July 9, 2014.** |
| **Southwest Acute Mobile Dialysis, Inc.**<br>**212 East Crosstimbers Street**<br>**Suite 130**<br>**Houston, TX 77093** | **Dialysis Services.  June 12, 2014.** |
| **Starsky Bomer**<br>**12211 Granite Woods Court**<br>**Humble, TX 77346** | **CEO/CFO Employment Agreement.  November 12, 2013.** |
| **Ultrasound Contract** | **Contract for Ultrasound Services - Name of other party to contract unknown.** |
| **XLR8 Medical Billing, LLC**<br>**1330 Post Oak Blvd, Ste 1600**<br>**Houston, TX 77056** | **Contract for Billing Services.  January 20, 2014.** |

**0**
\_\_\_\_ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re   **LTHM Houston - Operations, LLC DBA St. Anthony's Hospital**                    Case No.   **14-33899**
_____,
                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **David Mak**<br>**2809 Mason Street**<br>**Houston, TX 77006** | **John Dee Spicer c/o Lyndel Anne Mason**<br>**900 Jackson Street**<br>**Suite 570 Founders Square**<br>**Dallas, TX 75202** |
| **Jason LeDay**<br>**1728 Maryland Road**<br>**Houston, TX 77006** | **John Dee Spicer c/o Lyndel Anne Mason**<br>**900 Jackson Street**<br>**Suite 570 Founders Square**<br>**Dallas, TX 75202** |
| **Louisiana Texas Healthcare Management,**<br>**LLC et al.** | **John Dee Spicer c/o Lyndel Anne Mason**<br>**900 Jackson Street**<br>**Suite 570 Founders Square**<br>**Dallas, TX 75202** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Texas

In re  __LTHM Houston - Operations, LLC DBA St. Anthony's Hospital__       Case No.  __14-33899__
                                                        Debtor(s)          Chapter   __11__

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __36__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  __8/15/14__                    Signature  _____
                                                Jason LeDay
                                                Manager

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Southern District of Texas

| | | | |
|---|---|---|---|
| In re | **LTHM Houston - Operations, LLC DBA St. Anthony's Hospital** | Case No. | **14-33899** |
| | Debtor(s) | Chapter | **11** |

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$2,357,507.00** | **Current Calendar Year Through July 14, 2014** |
| **$18,552,711.00** | **Previous Year (2013)** |
| **$28,802,116.00** | **Previous Year (2012)** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                        SOURCE

B7 (Official Form 7) (04/13)                                                                                                    2

---

### 3. Payments to creditors

None
■

***Complete a. or b., as appropriate, and c.***

a. *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See Attachment A** | | **$482,655.55** | **$0.00** |

None
☐

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Starsky Bomer**<br>**12211 Granite Woods Court**<br>**Humble, TX 77346** | **07/11/2014** | **$2,500.00** | **$0.00** |
| **Starsky Bomer** | **07/09/2014** | **$3,846.15** | **$0.00** |
| **Starsky Bomer** | **07/04/2014** | **$3,846.15** | **$0.00** |
| **Starsky Bomer** | **06/27/2014** | **$3,846.15** | **$0.00** |
| **Starsky Bomer** | **06/23/2014** | **$12,118.28** | **$0.00** |
| **Starsky Bomer** | **06/20/2014** | **$2,016.00** | **$0.00** |
| **Starsky Bomer** | **06/20/2014** | **$3,846.15** | **$0.00** |
| **Starsky Bomer** | **06/14/2014** | **$2,005.34** | **$0.00** |
| **Starsky Bomer** | **06/14/2014** | **$2,500.00** | **$0.00** |
| **Starsky Bomer** | **06/14/2014** | **$3,846.15** | **$0.00** |

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)                                                                                                    3

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Starsky Bomer** | **06/12/2014** | **$3,846.15** | **$0.00** |
| **Starsky Bomer** | **06/12/2014** | **$3,983.56** | **$0.00** |
| **Starsky Bomer** | **06/06/2014** | **$3,846.15** | **$0.00** |
| **Starsky Bomer** | **06/05/2014** | **$1,457.54** | **$0.00** |
| **Starsky Bomer** | **06/05/2014** | **$1,457.54** | **$0.00** |
| **Starsky Bomer** | **05/30/2014** | **$3,846.15** | **$0.00** |
| **Starsky Bomer** | **05/30/2014** | **$3,846.15** | **$0.00** |
| **Starsky Bomer** | **05/20/2014** | **$2,531.71** | **$0.00** |
| **Starsky Bomer** | **05/16/2014** | **$3,846.15** | **$0.00** |
| **Starsky Bomer** | **05/15/2014** | **$6,774.44** | **$0.00** |
| **Axiom Industries**<br>**5331 E. Mockingbird Lane**<br>**Dallas, TX 75206** | **05/13/2014** | **$9,250.00** | **$0.00** |
| **Jason LeDay**<br>**1728 Maryland Road**<br>**Houston, TX 77006** | **05/13/2014** | **$9,250.00** | **$0.00** |
| **Starsky Bomer** | **05/09/2014** | **$3,954.39** | **$0.00** |
| **Starsky Bomer** | **05/05/2014** | **$963.18** | **$0.00** |
| **Starsky Bomer** | **05/05/2014** | **$3,846.15** | **$0.00** |
| **Starsky Bomer** | **04/24/2014** | **$3,846.15** | **$0.00** |
| **Starsky Bomer** | **04/17/2014** | **$3,846.15** | **$0.00** |
| **Starsky Bomer** | **04/17/2014** | **$1,181.00** | **$0.00** |
| **Starsky Bomer** | **04/11/2014** | **$3,846.15** | **$0.00** |
| **Starsky Bomer** | **04/04/2014** | **$3,846.15** | **$0.00** |
| **Axiom Industries** | **04/02/2014** | **$3,497.00** | **$0.00** |
| **Axiom Industries** | **04/01/2014** | **$14,300.00** | **$0.00** |
| **Axiom Industries** | **3/31/2014** | **$40,000.00** | **$0.00** |
| **Starsky Bomer** | **03/31/2014** | **$500.00** | **$0.00** |

B7 (Official Form 7) (04/13)   4

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Starsky Bomer** | **03/28/2014** | **$3,846.15** | **$0.00** |
| **Starsky Bomer** | 03/25/2014 | $3,846.15 | $0.00 |
| **Starsky Bomer** | 03/20/2014 | $3,846.15 | $0.00 |
| **Starsky Bomer** | 03/20/2014 | $3,398.71 | $0.00 |
| **Starsky Bomer** | 03/12/2014 | $500.00 | $0.00 |
| **Starsky Bomer** | 03/10/2014 | $3,846.15 | $0.00 |
| **Starsky Bomer** | 03/04/2014 | $12,000.00 | $0.00 |
| **Starsky Bomer** | 02/28/2014 | $3,846.15 | $0.00 |
| **Starsky Bomer** | 02/26/2014 | $2,559.00 | $0.00 |
| **Starsky Bomer** | 02/25/2014 | $45,000.00 | $0.00 |
| **Axiom Industries** | 02/24/2014 | $5,000.00 | $0.00 |
| **Jason LeDay** | 02/24/2014 | $5,000.00 | $0.00 |
| **Starsky Bomer** | 02/21/2014 | $3,846.15 | $0.00 |
| **Starsky Bomer** | 02/14/2014 | $3,846.15 | $0.00 |
| **Starsky Bomer** | 02/07/2014 | $3,846.15 | $0.00 |
| **Starsky Bomer** | 01/31/2014 | $3,846.15 | $0.00 |
| **Starsky Bomer** | 01/24/2014 | $3,846.15 | $0.00 |
| **Starsky Bomer** | 01/16/2014 | $3,846.15 | $0.00 |
| **Starsky Bomer** | 01/15/2014 | $3,846.15 | $0.00 |
| **Starsky Bomer** | 01/03/2014 | $2,500.00 | $0.00 |
| **Starsky Bomer** | 12/27/2013 | $2,500.00 | $0.00 |
| **Axiom Industries** | 12/23/2013 | $268.61 | $0.00 |
| **Starsky Bomer** | 12/20/2013 | $2,500.00 | $0.00 |
| **Starsky Bomer** | 12/13/2013 | $2,500.00 | $0.00 |
| **Starsky Bomer** | 12/06/2013 | $2,500.00 | $0.00 |

B7 (Official Form 7) (04/13)                                                                                                    5

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Starsky Bomer** | **11/27/2013** | **$2,500.00** | **$0.00** |
| **Starsky Bomer** | **11/22/2013** | **$2,500.00** | **$0.00** |
| **Starsky Bomer** | **11/15/2013** | **$2,500.00** | **$0.00** |
| **Starsky Bomer** | **11/08/2013** | **$2,500.00** | **$0.00** |
| **Starsky Bomer** | **11/01/2013** | **$2,500.00** | **$0.00** |
| **LTHM Houston Real Estate LLC**<br>**800 Gessner Road**<br>**Suite 1225**<br>**Houston, TX 77024** | **10/28/2013** | **$25,000.00** | **$0.00** |
| **Starsky Bomer** | **10/25/2013** | **$2,500.00** | **$0.00** |
| **Starsky Bomer** | **10/22/2013** | **$1,308.26** | **$0.00** |
| **Starsky Bomer** | **10/21/2013** | **$385.16** | **$0.00** |
| **Starsky Bomer** | **10/18/2013** | **$3,094.93** | **$0.00** |
| **LTHM Houston Real Estate LLC** | **10/17/2013** | **$25,000.00** | **$0.00** |
| **Starsky Bomer** | **10/11/2013** | **$2,500.00** | **$0.00** |
| **LTHM Houston Real Estate LLC** | **10/07/2013** | **$20,000.00** | **$0.00** |
| **Starsky Bomer** | **10/04/2013** | **$2,500.00** | **$0.00** |
| **LTHM Houston Real Estate LLC** | **09/30/2013** | **$23,539.62** | **$0.00** |
| **Starsky Bomer** | **09/27/2013** | **$2,500.00** | **$0.00** |
| **Starsky Bomer** | **09/20/2013** | **$2,200.00** | **$0.00** |
| **LTHM Houston Real Estate LLC** | **09/18/2013** | **$283.62** | **$0.00** |
| **Axiom Industries** | **09/13/2013** | **$3,500.00** | **$0.00** |
| **Axiom Industries** | **09/12/2013** | **$3,500.00** | **$0.00** |
| **Axiom Industries** | **09/11/2013** | **$7,000.00** | **$0.00** |
| **Axiom Industries** | **09/09/2013** | **$14,000.00** | **$0.00** |
| **Axiom Industries** | **09/06/2013** | **$3,500.00** | **$0.00** |
| **Axiom Industries** | **09/04/2013** | **$30,000.00** | **$0.00** |

B7 (Official Form 7) (04/13)                                                                                                          6

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Axiom Industries | 09/04/2013 | $3,500.00 | $0.00 |
| Axiom Industries | 09/03/2013 | $17,500.00 | $0.00 |
| Axiom Industries | 08/29/2013 | $7,000.00 | $0.00 |
| Axiom Industries | 08/29/2013 | $25.00 | $0.00 |
| Axiom Industries | 08/22/2013 | $30,000.00 | $0.00 |
| Axiom Industries | 08/08/2013 | $30,000.00 | $0.00 |
| LTHM Houston Real Estate LLC | 08/02/2013 | $4,192.87 | $0.00 |
| LTHM Houston Real Estate LLC | 08/02/2013 | $5,758.36 | $0.00 |
| LTHM Houston Real Estate LLC | 08/02/2013 | $23,338.93 | $0.00 |
| LTHM Houston Real Estate LLC | 08/02/2013 | $32,521.35 | $0.00 |
| LTHM Houston Real Estate LLC | 08/02/2013 | $14,349.53 | $0.00 |
| LTHM Houston Real Estate LLC | 08/02/2013 | $20,556.48 | $0.00 |

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Debtor: Tiffany Aaron and Eboni Horn Watson v. Jason LeDay, LTHM Houston Operations, LLC and Kiglapait Hospital Corporation Case Number: 13-cv-1716 | WARN ACT / FLSA Suit | District Court Southern District of Texas Houston Division | Pending |
| Hejdi Inc, dba Allied Health Services v. LTHM Houston - Operations, Inc. Case Number: 1036792 | Debt Suit | County Civil Harris County, Texas | Pending |
| American Mechanical Services of Houston, LLC v. LHTM Houston-Operations, LLC dba St. Anthony's Hospital Case Number: 1042831 | Debt Suit | County Civil Harris County, Texas | Pending |
| Reggie Joseph dba American Sleep and Cardiopulmonary Services v. LTMH Houston - Operations, LLC dba St. Anthony's Hospital Case Number: CV51C0149877 | Debt Suit | Civil Harris County, Texas, Precinct 5, Place 1 | Pending |

B7 (Official Form 7) (04/13)

7

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Cardinal Health Pharmacy Services, LLC v. St. Anthony's Hospital aka LTHM Houston-Operations, LLC dba St. Anthony's Hospital Case Number: 2014-32280** | **Debt Suit** | **District Court Harris County, Texas, 125th Judicial District** | **Pending** |
| **Computer Programs and Systems, Inc. dba TruBridge v. LTHM Houston-Operations, LLC aka and dba LTHM Houston Operations, LLC, St. Anthony's Hospital, and St. Anthony's Hospital Case Number: 1048220** | **Debt Suit** | **County Court Harris County, Texas** | Pending |
| **CPM Medical Consulatants, LLC v. LTHM Houston-Operations, LLC dba St. Anthony's Hospital Case Number: DC-14-505001** | **Debt Suit** | **District Court Dallas County, TX** | **Pending** |
| **Cuevas Industries, Inc. dba OrthoMed v. LTHM Houston-Operations, LLC dba St. Anthony's Hosptial Case Number: 2014-00369** | **Debt Suit** | **District Court Harris County, TX, 164th Judicial District** | **Pending** |
| **Hope Therapy v. St. Antony's Hospital, et al. Case Number: 2012-74149** | **Debt Suit** | **Distrcit Court Harris County, TX, 269th Judicial District** | **Pending** |
| **Langley, LLP Case Number: 1044881** | **Debt Suit** | **County Court Harris County, TX** | **Judgment Entered** |
| **Office Effects, Inc. v LTHM Houston-Operations, LLC dba St. Anthony's Hospital Case Number: 2014-29569** | **Debt Suit** | **District Court Harris County, TX, 61st Judicial District** | **Pending** |
| **Leonard Sheppard, Jr dba Park Lane Management Group v. LTHM Houston-Operations, LLC, Jason LeDay, and Starsky Bomer Case Number: CV11C0022214** | **Debt Suit** | **County Court Harris County, TX, Precinct 1, Place 1** | **Pending** |
| **Signad, Ltd. v. LTHM Houston-Operations, LLC dba St. Anthony's Hospital and LTHM Houston-Real Estate, LLC Case Number: 1044723** | **Debt Suit** | **County Court Harris County, TX** | **Pending** |
| **St. Anthony's Anesthesia, PA v. LTHM Houston-Operations, LLC dba St. Anthony's Hospital Case Number: 1038943** | **Debt Suit** | **County Court Harris County, TX** | **Judgment Entered** |
| **Southwest Acute Mobile Dialysis, Inc. v. LTHM Houston-Operations, LLC dba St. Anthony's Hospital Case Number: 1043523** | **Debt Suit** | **County Court Harris County, TX** | **Pending** |
| **Urban Finance and develpment, LP v. LTHM Houston-Operations, LLC dba St. Anthony's Hospital fka Renaissance Hospital Houston Case Number: 2012-72762** | **Debt Suit** | **District Court Harris County, TX, 80th Judicial District** | **Pending** |
| **Renaissance Hospital v. LTHM Houston-Operations, LLC Case Number: 08-43775** | **Contempt** | **US Bankruptcy Court Fort Worth Divison, TX** | **Pending** |

B7 (Official Form 7) (04/13)                                                                                                          8

None  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately
■     preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
      property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
      filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or
■     returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12
      or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the
      spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of
■     this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a
      joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately
■     preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
      property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
      filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary
■     and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions
      aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by
      either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or
■     since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both
      spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9.  Payments related to debt counseling or bankruptcy

None
■

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS<br>OF PAYEE | DATE OF PAYMENT,<br>NAME OF PAYER IF OTHER<br>THAN DEBTOR | AMOUNT OF MONEY<br>OR DESCRIPTION AND VALUE<br>OF PROPERTY |
| --- | --- | --- |

### 10.  Other transfers

None
■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE,<br>RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED<br>AND VALUE RECEIVED |
| --- | --- | --- |

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER<br>DEVICE | DATE(S) OF<br>TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND<br>VALUE OF PROPERTY OR DEBTOR'S INTEREST<br>IN PROPERTY |
| --- | --- | --- |

### 11.  Closed financial accounts

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR<br>DIGITS OF ACCOUNT NUMBER,<br>AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE<br>OR CLOSING |
| --- | --- | --- |
| **Plains Capital Bank** | **Money Market #0406** | **$511.73 - April 2014** |
| **Plains Capital Bank** | **Checking - Payroll #5003** | **$123,528.62 - April 2014** |
| **Plains Capital Bank** | **Checking - Operating #2861** | **$1,095.53 - April 2014** |

### 12.  Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK<br>OR OTHER DEPOSITORY | NAMES AND ADDRESSES<br>OF THOSE WITH ACCESS<br>TO BOX OR DEPOSITORY | DESCRIPTION<br>OF CONTENTS | DATE OF TRANSFER OR<br>SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13.  Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/13)                                                                                      10

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None
☐       List all property owned by another person that the debtor holds or controls.

NAME AND ADDRESS OF OWNER          DESCRIPTION AND VALUE OF PROPERTY          LOCATION OF PROPERTY
**SEE ATTACHMENT B**

**Victory Hospital**                       **Inventory in Process**                  **2807 Little York Road**
                                                                                     **Houston, TX 77093**

**15.  Prior address of debtor**

None
■       If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor
        occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate
        address of either spouse.

ADDRESS                                   NAME USED                                DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None
■       If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California,
        Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the
        commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in
        the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous
or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited
to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or
operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material,
pollutant, or contaminant or similar term under an Environmental Law

None
■       a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be
        liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if
        known, the Environmental Law:

SITE NAME AND ADDRESS     NAME AND ADDRESS OF         DATE OF          ENVIRONMENTAL
                          GOVERNMENTAL UNIT           NOTICE           LAW

None
■       b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
        Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME AND ADDRESS     NAME AND ADDRESS OF         DATE OF          ENVIRONMENTAL
                          GOVERNMENTAL UNIT           NOTICE           LAW

None
■       c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
        the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
        docket number.

B7 (Official Form 7) (04/13)                                                                                                    11

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None

    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

    *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

    *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

---

    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

    *(An individual or joint debtor should complete this portion of the statement* **only** *if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
□    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **David Torkelson, CPA**<br>**5629 Cypress Creek Parkway**<br>**Houston, TX 77069** | **June 2011 - Present** |
| **David Mak, CFO (Internal)**<br>**2809 Mason Street**<br>**Houston, TX 77006** | **04/30/12 - 09/13/13** |
| **Quyhn Vo, Accountant (Internal)**<br>**9706 Arched Oak Drive**<br>**Houston, TX 77095** | **05/29/07 - 06/30/14** |
| **Mary Jo McNeely, Acct Payable (Internal)**<br>**14710 Windoak Lane**<br>**Houston, TX 77040** | **06/02/08 - 06/09/14** |

B7 (Official Form 7) (04/13)                                                                                                               12

None    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the
■       books of account and records, or prepared a financial statement of the debtor.

NAME                              ADDRESS                                       DATES SERVICES RENDERED

None    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
■       of the debtor. If any of the books of account and records are not available, explain.

NAME                                                          ADDRESS

None    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
☐       issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                                    DATE ISSUED
**Tracy Suttles, Broker**                                          **Various**
**2990 Richmond Avenue**
**Houston, TX 77098**

**Starsky Bomer**                                                  **August 2013**
**12211 Granite Wood Court**
**Humble, TX 77346**

---

### 20. Inventories

None    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
☐       and the dollar amount and basis of each inventory.

|  | | DOLLAR AMOUNT OF INVENTORY |
| DATE OF INVENTORY | INVENTORY SUPERVISOR | (Specify cost, market or other basis) |
| **07/14/14 Inventory of Biomedical Equipment** | **AEI Medical Equipment Services** | **Not calculated.** |
| **Daily Inventory of Narcotics** | **Nursing** | **Changes Daily** |

None    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.
☐

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
| **07/14/14 Inventory of Biomedical Equipment** | **AEI Medical Equipment Services** |
|  | **7313 Ashcroft Drive** |
|  | **Suite 200** |
| **Daily Inventory of Narcotics** | **St. Anthony's Hospital** |
|  | **2807 Little York Road** |
|  | **Houston, TX 77093** |

---

### 21 . Current Partners, Officers, Directors and Shareholders

None    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
■

NAME AND ADDRESS                          NATURE OF INTEREST                    PERCENTAGE OF INTEREST

None    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
☐       controls, or holds 5 percent or more of the voting or equity securities of the corporation.

|  | | NATURE AND PERCENTAGE |
| NAME AND ADDRESS | TITLE | OF STOCK OWNERSHIP |
| **Little York Hospital RE LP** | | **99%** |
| **5331 East Mockingbird Lane** | | |
| **Suite 218** | | |
| **Dallas, TX 75206** | | |

B7 (Official Form 7) (04/13) 13

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Starsky Bomer**<br>**12211 Granite Woods Court**<br>**Humble, TX 77346** | **CFO** | **0%** |
| **Jason LeDay**<br>**1728 Maryland Road**<br>**Houston, TX 77006** | **Manager** | **0%** |

---

**22 . Former partners, officers, directors and shareholders**

None
■

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                    ADDRESS                    DATE OF WITHDRAWAL

None
☐

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **David Mak**<br>**2809 Mason Street**<br>**Houston, TX 77006** | **CFO** | **09/13/13** |
| **Deric Outley**<br>**3138 Oakdale**<br>**Houston, TX 77004** | **Chief Nursing Officer** | **08/23/13** |
| **Mattie Caldwell**<br>**13415 Sand Mountain Lane**<br>**Houston, TX 77044** | **Chief Nursing Officer** | **09/12/13** |
| **Roberta Consolver**<br>**12008 Eden Creek Drive**<br>**Pearland, TX 77584** | | **02/28/14** |

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR<br>**See Question 3c** | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                    TAXPAYER IDENTIFICATION NUMBER (EIN)

---

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                    TAXPAYER IDENTIFICATION NUMBER (EIN)

---

B7 (Official Form 7) (04/13)                                                                                                                    14

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct to the best of my knowledge, information and belief.

Date _____8/15/14_____                    Signature _____

                                                                   Jason LeDay
                                                                   Manager

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

In re   **LTHM Houston - Operations, LLC DBA St. Anthony's Hospital**        Case No.   **14-33899**
Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS
## Attachment A - 3.b Payment to Creditors: Ordinary Creditors

| NAME | Date | Name Address | $ | Amount |
|------|------|--------------|---|--------|
| ADAM CARY DO | 04/25/2014 | 14901 WINDWARD DR #202 CORPUS CHRISTI, TX  78418 | $ | 6,000.00 |
| ADAM CARY DO | 05/05/2014 | 14901 WINDWARD DR #202 CORPUS CHRISTI, TX  78418 | $ | 6,000.00 |
| ADAM CARY DO | 05/16/2014 | 14901 WINDWARD DR #202 CORPUS CHRISTI, TX  78418 | $ | 2,500.00 |
| ADAM CARY DO | 05/30/2014 | 14901 WINDWARD DR #202 CORPUS CHRISTI, TX  78418 | $ | 2,000.00 |
| ADVANCED ULTRASOUND SERVICE | 06/14/2014 | 5701 BELLAIRE, SUITE I HOUSTON, TX  77081 | $ | 1,000.00 |
| AFFILIATED POWER SERVICES | 04/22/2014 | 2403 APPELT DR HOUSTON, TX  77015 | $ | 897.03 |
| AFFILIATED POWER SERVICES | 04/23/2014 | 2403 APPELT DR HOUSTON, TX  77015 | $ | 809.17 |
| ALLIANCE MT INC | 07/11/2014 | P O BOX 940866 HOUSTON, TX  77094-7866 | $ | 2,760.37 |
| AMERICAN PROFICIENCY INSTITUTE | 06/20/2014 | PO BOX 72465 CLEVELAND, OH  44192-0002 | $ | 4,167.00 |
| AMERISOURCEBERGEN | 04/15/2014 | PO BOX 905223 CHARLOTTE, NC 28290-5223 | $ | 15.53 |
| AMERISOURCEBERGEN | 04/21/2014 | PO BOX 905223 CHARLOTTE, NC 28290-5223 | $ | 225.15 |
| AMERISOURCEBERGEN | 04/28/2014 | PO BOX 905223 CHARLOTTE, NC 28290-5223 | $ | 359.15 |
| AMERISOURCEBERGEN | 04/29/2014 | PO BOX 905223 CHARLOTTE, NC 28290-5223 | $ | 20.75 |
| AMERISOURCEBERGEN | 05/23/2014 | PO BOX 905223 CHARLOTTE, NC 28290-5223 | $ | 204.00 |
| AMERISOURCEBERGEN | 05/23/2014 | PO BOX 905223 CHARLOTTE, NC 28290-5223 | $ | 38.95 |
| AMERISOURCEBERGEN | 05/29/2014 | PO BOX 905223 CHARLOTTE, NC 28290-5223 | $ | 652.44 |
| AMERISOURCEBERGEN | 06/09/2014 | PO BOX 905223 CHARLOTTE, NC 28290-5223 | $ | 219.47 |
| AMERISOURCEBERGEN | 06/09/2014 | PO BOX 905223 CHARLOTTE, NC 28290-5223 | $ | 5.22 |
| AMERISOURCEBERGEN | 06/12/2014 | PO BOX 905223 CHARLOTTE, NC 28290-5223 | $ | 49.78 |
| AMERISOURCEBERGEN | 06/13/2014 | PO BOX 905223 CHARLOTTE, NC 28290-5223 | $ | 20.97 |
| AMERISOURCEBERGEN | 06/30/2014 | PO BOX 905223 CHARLOTTE, NC 28290-5223 | $ | 520.10 |
| AMERISOURCEBERGEN | 07/02/2014 | PO BOX 905223 CHARLOTTE, NC 28290-5223 | $ | 234.05 |
| AMERISOURCEBERGEN | 07/07/2014 | PO BOX 905223 CHARLOTTE, NC 28290-5223 | $ | 202.18 |
| AMERISOURCEBERGEN | 07/07/2014 | PO BOX 905223 CHARLOTTE, NC 28290-5223 | $ | 418.30 |
| AXCESS INFUSION INC | 05/08/2014 | PO BOX 2768 BELLAIRE, TX  77402 | $ | 2,432.00 |
| BIOMET INC. | 05/08/2014 | 75 REMITTANCE DRIVE, STE 3283 CHICAGO, IL  60675-3283 | $ | 9,594.00 |
| BIOMET SPINE | 05/08/2014 | 75 REMITTANCE DRIVE, STE 3283 CHICAGO, IL  60675-3283 | $ | 1,949.00 |
| BOBBIE THOMPSON MD | 04/17/2014 | 128 DOLPHIN AVENUE GALVESTON, TX  77550 | $ | 1,620.00 |
| BOBBIE THOMPSON MD | 05/09/2014 | 128 DOLPHIN AVENUE GALVESTON, TX  77550 | $ | 3,240.00 |
| BOBBIE THOMPSON MD | 06/14/2014 | 128 DOLPHIN AVENUE GALVESTON, TX  77550 | $ | 4,320.00 |
| BRYAN LIPSEN MD | 05/12/2014 | 7552 HOMESTEAD HOUSTON, TX  77028 | $ | 3,600.00 |
| CENTERPOINT ENERGY 334-3 | 04/16/2014 | PO BOX 4981 HOUSTON, TX 77210-4981 | $ | 655.80 |
| COMCAST | 05/16/2014 | PO BOX 660618 DALLAS, TX 75266-0618 | $ | 382.22 |
| COMCAST | 05/16/2014 | PO BOX 660618 DALLAS, TX 75266-0618 | $ | 544.34 |
| COMCAST 1964 | 07/08/2014 | PO BOX 37601 PHILADELPHIA, PA  19101-0601 | $ | 2,491.42 |

| | | | | |
|---|---|---|---|---|
| CONMED CORPORATION | 05/06/2014 | ATTN:  REGINA-COLLECTIONS 525 FRENCH RD UTICA, NY 13502 | $ | 219.86 |
| CONMED CORPORATION | 06/14/2014 | ATTN:  REGINA-COLLECTIONS 525 FRENCH RD UTICA, NY 13502 | $ | 83.12 |
| CPNS STAFFING | 04/21/2014 | P O BOX 27246 HOUSTON, TX  77227-7246 | $ | 1,457.70 |
| CPNS STAFFING | 04/21/2014 | P O BOX 27246 HOUSTON, TX  77227-7246 | $ | 3,021.09 |
| CPNS STAFFING | 04/21/2014 | P O BOX 27246 HOUSTON, TX  77227-7246 | $ | 2,521.21 |
| CPNS STAFFING | 05/09/2014 | P O BOX 27246 HOUSTON, TX  77227-7246 | $ | 5,000.00 |
| CPNS STAFFING | 05/19/2014 | P O BOX 27246 HOUSTON, TX  77227-7246 | $ | 5,000.00 |
| CPNS STAFFING | 05/23/2014 | P O BOX 27246 HOUSTON, TX  77227-7246 | $ | 5,500.00 |
| DAVID P STAPENHORST MD | 05/09/2014 | 4665 SWEETWATER BLVD, STE 110 SUGAR LAND, TX  77479 | $ | 4,860.00 |
| EASTEX VACUUM | 04/25/2014 | 9004 EASTEX FRWY HOUSTON, TX  77093 | $ | 257.10 |
| ELITE CLINICAL LABORATORY INC | 06/12/2014 | BRIAN D WELLINGTON' 427 W 20TH STREET, STE 201 HOUSTON, TX  77008 | $ | 1,941.19 |
| FEDERICO VALDERRAMA-BAZAN MD PA | 06/02/2014 | 4865 ELMWOOD LN BEAUMONT, TX  77706 | $ | 3,600.00 |
| FEDERICO VALDERRAMA-BAZAN MD PA | 06/23/2014 | 4865 ELMWOOD LN BEAUMONT, TX  77706 | $ | 3,600.00 |
| GOLD MEDICAL MARKETING | 04/16/2014 | 322 RT 46, SUITE 110E PARSIPPANY, NJ  07054 | $ | 8,000.00 |
| GRAINGER | 06/14/2014 | DEPT. 878884550 PO BOX 419267 KANSAS CITY, MO 64141-6267 | $ | 227.66 |
| HEIDI LYNCH | 04/17/2014 | 12211 Granite Woods Ct Humble TX 77346 | $ | 1,250.00 |
| HEIDI LYNCH | 04/24/2014 | 12211 Granite Woods Ct Humble TX 77346 | $ | 1,250.00 |
| HEIDI LYNCH | 05/05/2014 | 12211 Granite Woods Ct Humble TX 77346 | $ | 1,250.00 |
| HEIDI LYNCH | 05/12/2014 | 12211 Granite Woods Ct Humble TX 77346 | $ | 1,250.00 |
| HEIDI LYNCH | 05/16/2014 | 12211 Granite Woods Ct Humble TX 77346 | $ | 1,250.00 |
| HEIDI LYNCH | 06/06/2014 | 12211 Granite Woods Ct Humble TX 77346 | $ | 2,500.00 |
| HEIDI LYNCH | 06/12/2014 | 12211 Granite Woods Ct Humble TX 77346 | $ | 1,250.00 |
| HEIDI LYNCH | 06/14/2014 | 12211 Granite Woods Ct Humble TX 77346 | $ | 1,250.00 |
| IRENIA WHITE | 04/25/2014 | 11918 KINGSLAKE FOREST HOUSTON, TX  77044 | $ | 240.00 |
| IRENIA WHITE | 04/28/2014 | 11918 KINGSLAKE FOREST HOUSTON, TX  77044 | $ | 800.00 |
| JAY GOAL MD | 06/06/2014 | 727 JOHNSON LANE SUGAR LAND, TX  77479 | $ | 5,000.00 |
| JINNY NARULA MD | 04/15/2014 | 2167 PARK PLACE CIRCLE ROUND ROCK, TX  78681 | $ | 5,400.00 |
| JINNY NARULA MD | 04/21/2014 | 2167 PARK PLACE CIRCLE ROUND ROCK, TX  78681 | $ | 5,287.50 |
| JINNY NARULA MD | 05/09/2014 | 2167 PARK PLACE CIRCLE ROUND ROCK, TX  78681 | $ | 2,700.00 |
| JINNY NARULA MD | 05/15/2014 | 2167 PARK PLACE CIRCLE ROUND ROCK, TX  78681 | $ | 5,400.00 |
| JINNY NARULA MD | 06/23/2014 | 2167 PARK PLACE CIRCLE ROUND ROCK, TX  78681 | $ | 2,700.00 |
| JINNY NARULA MD | 07/02/2014 | 2167 PARK PLACE CIRCLE ROUND ROCK, TX  78681 | $ | 2,700.00 |
| JOSEPH LAWS | 04/25/2014 | 3015 COAL HOUSTON, TX  77026 | $ | 700.00 |
| JOSEPH LAWS | 06/14/2014 | 3015 COAL HOUSTON, TX  77026 | $ | 700.00 |
| JULIO C RUIZ | 04/22/2014 | 210 BREA CREST HOUSTON, TX  77037 | $ | 2,915.81 |
| JULIO C RUIZ | 04/23/2014 | 210 BREA CREST HOUSTON, TX  77037 | $ | 1,325.34 |
| JULIO C RUIZ | 04/25/2014 | 210 BREA CREST HOUSTON, TX  77037 | $ | 2,338.20 |
| JULIO C RUIZ | 06/05/2014 | 210 BREA CREST HOUSTON, TX  77037 | $ | 1,293.30 |
| MATHESON TRI-GAS | 05/22/2014 | ATTN:  KEVA MCNEAL 909 LAKE CAROLYN PKWY STE 1300 IRVING, TX  75039 | $ | 2,997.37 |

| | | | $ | |
|---|---|---|---|---|
| MATHESON TRI-GAS | 06/11/2014 | ATTN:  KEVA MCNEAL 909 LAKE CAROLYN PKWY STE 1300 IRVING, TX  75039 | $ | 2,638.19 |
| MCKESSON MEDICAL SURGICAL | 05/06/2014 | PO BOX 933027 ATLANTA, GA  31193-3027 | $ | 891.01 |
| MCKESSON MEDICAL SURGICAL | 05/19/2014 | PO BOX 933027 ATLANTA, GA  31193-3027 | $ | 8,837.91 |
| MCKESSON MEDICAL SURGICAL | 05/23/2014 | PO BOX 933027 ATLANTA, GA  31193-3027 | $ | 8,837.91 |
| MEDIVATORS | 05/06/2014 | N.W. 9841 PO BOX 1450 MINNEAPOLIS, MN  55485 | $ | 429.74 |
| MEDLINE INDUSTRIES INC #9665 | 04/16/2014 | DEPT 1080 PO BOX 121080 DALLAS, TX  75312-1080 | $ | 1,328.67 |
| MEDLINE INDUSTRIES INC #9665 | 04/18/2014 | DEPT 1080 PO BOX 121080 DALLAS, TX  75312-1080 | $ | 823.56 |
| MEDLINE INDUSTRIES INC #9665 | 04/29/2014 | DEPT 1080 PO BOX 121080 DALLAS, TX  75312-1080 | $ | 2,995.34 |
| MEDLINK INC | 04/22/2014 | 315 W 17TH ST BLOOMINGTON, IN  47404 | $ | 2,835.86 |
| MEDLINK INC | 07/02/2014 | 315 W 17TH ST BLOOMINGTON, IN  47404 | $ | 1,440.63 |
| MOHSEN HOJABRI, CSA | 04/22/2014 | 29 EAST RIVERCREST DR HOUSTON, TX  77042 | $ | 1,970.25 |
| MOHSEN HOJABRI, CSA | 06/14/2014 | 29 EAST RIVERCREST DR HOUSTON, TX  77042 | $ | 1,673.75 |
| MORRIS SYSTEMS INCORPORATED | 04/15/2014 | 5504 DEMOCRACY DRIVE, STE 220 PLANO, TX 75024 | $ | 5,000.00 |
| MORRIS SYSTEMS INCORPORATED | 05/15/2014 | 5504 DEMOCRACY DRIVE, STE 220 PLANO, TX 75024 | $ | 5,000.00 |
| MORRIS SYSTEMS INCORPORATED | 06/14/2014 | 5504 DEMOCRACY DRIVE, STE 220 PLANO, TX 75024 | $ | 5,000.00 |
| Northwest Surgical Associates | 06/14/2014 | 5504 DEMOCRACY DRIVE, STE 220 PLANO, TX 75024 | $ | 278.00 |
| OAK FARMS - HOUSTON | 04/22/2014 | P.O. BOX 973866 DALLAS, TX 75397-3866 | $ | 50.00 |
| OAK FARMS - HOUSTON | 04/25/2014 | P.O. BOX 973866 DALLAS, TX 75397-3866 | $ | 102.50 |
| OAK FARMS - HOUSTON | 05/21/2014 | P.O. BOX 973866 DALLAS, TX 75397-3866 | $ | 94.00 |
| ONE SOURCE HOSPITAL CARE SOLUTIONS | 04/16/2014 | 4314 HAZEPOINT DR KATY, TX  77494 | $ | 443.61 |
| OSIRIS S ARIZPE | 04/29/2014 | 4314 HAZEPOINT DR KATY, TX  77494 | $ | 900.00 |
| PACS IMAGING & COMMUNICATIONS, LLC | 04/18/2014 | 1583 E SILVER STAR RD # 219 OCOEE, FL 34761 | $ | 1,600.00 |
| PLAINSCAPITAL BANK | 04/15/2014 | 1818 MEMORIAL DR. #200 HOUSTON, TX  77007 | $ | 5,661.80 |
| PLAINSCAPITAL BANK | 04/23/2014 | 1818 MEMORIAL DR. #200 HOUSTON, TX  77007 | $ | 31,173.45 |
| PURCHASE POWER | 05/08/2014 | PO BOX 371874 PITTSBURGH,PA  15250-7874 | $ | 651.89 |
| QUYNH VO | 04/17/2014 | 9706 ARCHED OAK DRIVE HOUSTON, TX  77095 | $ | 1,604.00 |
| QUYNH VO | 04/17/2014 | 9706 ARCHED OAK DRIVE HOUSTON, TX  77095 | $ | 692.19 |
| QUYNH VO | 05/23/2014 | 9706 ARCHED OAK DRIVE HOUSTON, TX  77095 | $ | 1,000.00 |
| QUYNH VO-PETTY CASH | 04/30/2014 | 9706 ARCHED OAK DRIVE HOUSTON, TX  77095 | $ | 3,704.95 |
| RAY CHEN MD | 04/16/2014 | 6305 NEWCASTLE ST BELLAIRE, TX  77401 | $ | 2,835.00 |
| RAY CHEN MD | 04/24/2014 | 6305 NEWCASTLE ST BELLAIRE, TX  77401 | $ | 4,860.00 |
| RAY CHEN MD | 05/08/2014 | 6305 NEWCASTLE ST BELLAIRE, TX  77401 | $ | 6,480.00 |
| RAY CHEN MD | 06/06/2014 | 6305 NEWCASTLE ST BELLAIRE, TX  77401 | $ | 5,000.00 |
| RAY CHEN MD | 06/14/2014 | 6305 NEWCASTLE ST BELLAIRE, TX  77401 | $ | 4,000.00 |
| RCAT Consulting | 06/06/2014 | Vickie Newsome PO box 1648 Cleveland, TX 77328 | $ | 2,625.00 |
| RCAT Consulting | 06/20/2014 | Vickie Newsome PO box 1648 Cleveland, TX 77328 | $ | 1,575.00 |
| RCAT Consulting | 06/20/2014 | Vickie Newsome PO box 1648 Cleveland, TX 77328 | $ | 3,000.00 |
| RCAT Consulting | 06/23/2014 | Vickie Newsome PO box 1648 Cleveland, TX 77328 | $ | 3,412.50 |
| reliable staffing | 06/20/2014 | PO Box 9627 Manchester, NH 03108 | $ | 10,853.22 |
| reliable staffing | 07/04/2014 | PO Box 9627 Manchester, NH 03108 | $ | 13,150.58 |

| | | | |
|---|---|---|---|
| RELIANT ENERGY 369-2 | 05/15/2014 | PO BOX 650475 DALLAS, TX 75265-0475 | $ 106.31 |
| RICH WURSCHE | 07/04/2014 | 5303 BEAVER LODGE DRIVE KINGWOOD, TX 77345 | $ 4,500.00 |
| RICH WURSCHE | 07/09/2014 | 5303 BEAVER LODGE DRIVE KINGWOOD, TX 77345 | $ 4,500.00 |
| SARANTIS N SAVVAS | 05/30/2014 | 5151 RICHMOND AVE APT 154 HOUSTON, TX 77056 | $ 1,500.00 |
| ST ANTHONY'S ANESTHESIA | 04/21/2014 | % MICHAEL BURG 1842 SNAKE RIVER ROAD KATY, TX 77449 | $ 10,000.00 |
| STARSKY BOMER | 04/17/2014 | 12211 GRANITE WOODS CT HUMBLE, TX 77346 | $ 3,846.15 |
| STARSKY BOMER | 04/17/2014 | 12211 GRANITE WOODS CT HUMBLE, TX 77346 | $ 1,181.00 |
| STARSKY BOMER | 04/24/2014 | 12211 GRANITE WOODS CT HUMBLE, TX 77346 | $ 3,846.15 |
| STARSKY BOMER | 05/05/2014 | 12211 GRANITE WOODS CT HUMBLE, TX 77346 | $ 3,846.15 |
| STARSKY BOMER | 05/05/2014 | 12211 GRANITE WOODS CT HUMBLE, TX 77346 | $ 963.18 |
| STARSKY BOMER | 05/09/2014 | 12211 GRANITE WOODS CT HUMBLE, TX 77346 | $ 3,954.39 |
| STARSKY BOMER | 05/15/2014 | 12211 GRANITE WOODS CT HUMBLE, TX 77346 | $ 6,774.44 |
| STARSKY BOMER | 05/16/2014 | 12211 GRANITE WOODS CT HUMBLE, TX 77346 | $ 3,846.15 |
| STARSKY BOMER | 05/20/2014 | 12211 GRANITE WOODS CT HUMBLE, TX 77346 | $ 2,531.71 |
| STARSKY BOMER | 05/30/2014 | 12211 GRANITE WOODS CT HUMBLE, TX 77346 | $ 3,846.15 |
| STARSKY BOMER | 05/30/2014 | 12211 GRANITE WOODS CT HUMBLE, TX 77346 | $ 3,846.15 |
| STARSKY BOMER | 06/06/2014 | 12211 GRANITE WOODS CT HUMBLE, TX 77346 | $ 3,846.15 |
| STARSKY BOMER | 06/12/2014 | 12211 GRANITE WOODS CT HUMBLE, TX 77346 | $ 3,846.15 |
| STARSKY BOMER | 06/12/2014 | 12211 GRANITE WOODS CT HUMBLE, TX 77346 | $ 3,983.56 |
| STARSKY BOMER | 06/14/2014 | 12211 GRANITE WOODS CT HUMBLE, TX 77346 | $ 3,846.15 |
| STEPHEN CHUN MD | 05/05/2014 | 58 S MEADOWMIST CIRCLE THE WOODLANDS, TX 77381 | $ 4,050.00 |
| STEPHEN CHUN MD | 05/05/2014 | 58 S MEADOWMIST CIRCLE THE WOODLANDS, TX 77381 | $ 4,050.00 |
| STEPHEN CHUN MD | 06/02/2014 | 58 S MEADOWMIST CIRCLE THE WOODLANDS, TX 77381 | $ 4,860.00 |
| STEPHEN CHUN MD | 06/06/2014 | 58 S MEADOWMIST CIRCLE THE WOODLANDS, TX 77381 | $ 4,860.00 |
| STEPHEN CHUN MD | 06/30/2014 | 58 S MEADOWMIST CIRCLE THE WOODLANDS, TX 77381 | $ 3,240.00 |
| STRYKER ENDOSCOPY | 05/19/2014 | ATTN: MELINA MUNEZ 5900 OPTICAL COURT SAN JOSE, CA 95138 | $ 415.34 |
| SW Acute Mobile Dialysis | 06/23/2014 | 212, E. Crosstimbers St. Ste #130 Houston, TX 77022 | $ 1,185.00 |
| SW Acute Mobile Dialysis | 07/11/2014 | 212, E. Crosstimbers St. Ste #130 Houston, TX 77022 | $ 1,925.00 |
| TECHNO PRINT | 04/16/2014 | 4314 HAZEPOINT DR KATY, TX 77494 | $ 909.30 |
| TINDAL LAW FIRM | 04/16/2014 | 17225 EL CAMINO REAL, STE 190 HOUSTON, TX 77058 | $ 4,000.00 |
| TRIPLE PLAY COMMUNICATIONS | 04/25/2014 | 9426 GARDEN BRIDGE ST HOUSTON, TX 77075 | $ 776.56 |
| US FOODSERVICE 0240 | 05/15/2014 | BOX 840396 DALLAS, TX 75284-0396 | $ 1,774.44 |
| VELOCITY ORTHOPEDICS INC | 05/06/2014 | ATTN: BILL COY 10700 JERSEY BLVD #360 RANCHO CUCAMONGA, CA 91730 | $ 490.00 |
| WILLIAM E. HEITKAMP, TRUSTEE | 05/20/2014 | UNITED STATES BANKRUPTCY COURT P O BOX 740 MEMPHIS, TN 38101-0740 | $ 713.08 |
| WILLIAM E. HEITKAMP, TRUSTEE | 05/20/2014 | UNITED STATES BANKRUPTCY COURT P O BOX 740 MEMPHIS, TN 38101-0740 | $ 1,661.54 |
| XLR8 MEDICAL BILLING | 05/02/2014 | 1330 POST OAK BOULEVARD, STE 1600 HOUSTON, TX 77056 | $ 6,000.00 |
| XLR8 MEDICAL BILLING | 05/12/2014 | 1330 POST OAK BOULEVARD, STE 1600 HOUSTON, TX 77056 | $ 6,000.00 |
| XLR8 MEDICAL BILLING | 05/14/2014 | 1330 POST OAK BOULEVARD, STE 1600 HOUSTON, TX 77056 | $ 3,000.00 |
| XLR8 MEDICAL BILLING | 05/20/2014 | 1330 POST OAK BOULEVARD, STE 1600 HOUSTON, TX 77056 | $ 3,000.00 |
| XLR8 MEDICAL BILLING | 05/27/2014 | 1330 POST OAK BOULEVARD, STE 1600 HOUSTON, TX 77056 | $ |

| | | | | 4,000.00 |
|---|---|---|---|---|
| **XLR8 MEDICAL BILLING** | 05/30/2014 | 1330 POST OAK BOULEVARD, STE 1600 HOUSTON, TX  77056 | $ | 4,000.00 |
| **XLR8 MEDICAL BILLING** | 06/09/2014 | 1330 POST OAK BOULEVARD, STE 1600 HOUSTON, TX  77056 | $ | 4,000.00 |
| **XLR8 MEDICAL BILLING** | 06/09/2014 | 1330 POST OAK BOULEVARD, STE 1600 HOUSTON, TX  77056 | $ | 6,000.00 |
| **XLR8 MEDICAL BILLING** | 06/18/2014 | 1330 POST OAK BOULEVARD, STE 1600 HOUSTON, TX  77056 | $ | 3,000.00 |
| **XLR8 MEDICAL BILLING** | 07/04/2014 | 1330 POST OAK BOULEVARD, STE 1600 HOUSTON, TX  77056 | $ | 10,000.00 |
| **XLR8 MEDICAL BILLING** | 07/07/2014 | 1330 POST OAK BOULEVARD, STE 1600 HOUSTON, TX  77056 | $ | 2,500.00 |
| **XLR8 MEDICAL BILLING** | 07/09/2014 | 1330 POST OAK BOULEVARD, STE 1600 HOUSTON, TX  77056 | $ | 7,000.00 |
| **TOTAL** | | | | **$ 482,655.55** |

In re   **LTHM Houston - Operations, LLC DBA St. Anthony's Hospital**   Case No.   **14-33899**

Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS
## Attachment B - 14 Property Held for Another Person

| Surgery: | Computer | Outside Owner | Monitor | Phone | Printer | Scanner | Notes |
|---|---|---|---|---|---|---|---|
| OR dr office | dell optiplex 745 | | nec multisync 1530v | grandstream gxp2100 | brother hl2270ow | | |
| OR dr office | | | | grandstream gxp2100 | | | |
| OR reception | Lenovo M78 | PE | Sony LCD 17" | Cisco 7940 | lexmark x652de | | |
| OR reception | Lenovo M78 | PE | hp 1745 | aastra 9480i | | | |
| OR reception | | | hp 1745 | | | | on counter for laptop? |
| OR1 | | | | grandstream gxp2100 | | | |
| OR2 | | | | grandstream gxp2100 | | | |
| | | | | | | | |
| ICU: | | | | | | | |
| ICU: | hp DC5750 | | HP L1940 | Cisco 7940 | lexmark x364dn | | fax |
| ICU: | HP 6005 | PE | Asus VE247 | grandstream gxp2100 | hp 1320n | | EKG |
| ICU: | | | HP 1745 | | | | telemetry monitors |
| Recovery(day surgery): | | | | | | | |
| Recovery Nurse | | | | Cisco 7940 | | | on counter |
| Recovery Nurse | dell optiplex 755 win 7 | | HP 1740 | Cisco 7940 | lexmark x264dn | | |
| Recovery Nurse 2 | | | | Cisco 7940 | | | |
| OR Director | | | | Cisco 7940 | HP 3055 | | |
| | | | | | | | |
| ER: | | | | | | | |
| ER Nurse | Dell Optiplex GX620 | | hp 1702 | Cisco 7940 | | | |
| ER Nurse | HP 6005 | PE | hp 1745 | Cisco 7940 | | | |
| ER Doctor Office | hp dc7800pc | | Twin Wide KT19SUX | Cisco 7940 | | | netgear access point |
| Admitting: | | | | | Sharp MX-M503N | | |
| Admitting: | Optiplex 760 | | hp 1740 | Cisco 7940 | topaz signature | | |
| Admitting: | | | | | canon lide 110 | | |
| Admitting: | optiplex 745 | | hp 1730 | Cisco 7940 | topaz signature | | |
| Admitting: | | | | | canon lide 110 | | |
| Admitting: | opiplex gx620 | | hp 17 | aastra 9480i | topaz signature | | |
| Admitting: | | | | | canon lide 110 | | |
| Admitting: | hp dc7700 | | hp 1740 | Cisco 7940 | | | on counter not used |
| Security Desk: | Lenovo M78 | PE | JP240 24 inch lcd | | | | |
| | | | | | | | |
| Triage: | | | | | | | |
| Triage: | hp 6005 | PE | asus VE247 | Cisco 7940 | | | |
| | | | | | | | |
| Radiology: | | | | | | | |
| xray | hp dx2300 w7p | | Dell 2007FP | Cisco 7940 | | | |
| radiology office | hp pavilion slimline | | Dell 2007FP | Cisco 7940 | lexmark x264dn | hp 5590 | PACS license |
| radiology office | dell inspiron 530 | WHRA | acer x193w | | | | Appears to be owned by West Houston Radiology |
| | | | | | | | |
| Lab: | | | | | | | |
| Labcorp workstation | HP dc5800 | LC | Samsung B1740R | | HP P3015 | | LabCorp Property |
| lab staff | Lite Core Core2 Duo W7P | | hp 1745 | Cisco 7940 | Lexmark x652de | | |
| lab staff | | | | | HP 6540 color inkjet | | |
| lab staff | | | | | Zebra label printer | | |
| lab back | compaq presario XP | | HP 1745 | Cisco 7940 | | | appears out of use |
| lab front | microcenter powerspec xp | | hp 1745 | Cisco 7940 | Lexmark ES460dn | | Polytech LIS interfaced to lab equipment |
| lab front | | | | | Zebra label printer | | |
| lab front | | | | | lexmark x360d | | |
| lab manager | hp dc5750 WXP defunct | | AOC E225 | Cisco 7940 | hp 1350 inkjet mfp | | |
| | | | | | | | |
| Central Supply | 1287 | | | | | | |
| supply back | hp dc5700 w7p | | hp 1745 | Grandstream gxp2100 | hp 1320n | | |
| supply office | dell optiplex 745 | | samsung 2243bwx | cisco 7940 | hp m1212nf | | |
| supply hallway | | | | | hp x364dn | | |
| kitchen: | | | | grandstream gxp2100 | | | |
| kitchen: | hp dx2300 w7p | | hp 1740 | aastra 480i | lexmark x652de | | |
| | | | | | | | |
| MedSurg: | | | | | | | |
| House Super | dell optiplex 760 w7p | | hp l1940t | Cisco 7940 | | | |
| Station1 | hp dc7800p w7p | | hp 1740 | Cisco 7940 | lexmark x658de | | |
| Station1 | | | | Cisco 7940 | | | |
| Station1 | hp 6005 | PE | Dell E173FP | Cisco 7940 | | | |
| MedSurg IT closet: | Cisco 3560 PoE 48 Switch | | | | | | |
| MedSurg IT closet: | Mediatrix ATA (Patient phones) | | | | | | |
| MedSurg IT closet: | | | Dlink DGS 1008P (wirless network) | | | | |
| Pulmonary | minuet XP | | hp 1740 | Grandstream gxp2100 | dell p2015dn | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Room 125: Healthland shipped all this equipment here. | | | | | | |
| Room 125: | IBM x3550 server times 3 | HL | | | | | |
| Room 125: | HP LJ M401dne times 3 | HL | | | | | |
| Room 125: | HP extra drawer times 3 | HL | | | | | |
| Room 125: | Fujitsu FI-7160 times 5 | HL | | | | | |
| Room 125: | Avocent KVM | HL | | | | | |
| Room 125: | Zebra Zt240 label printer times 3 | HL | | | | | |
| Room 125: | APC Rack mount UPS | HL | | | | | |
| Room 125: | Unitrends ARRAY hardware | HL | | | | | |
| Room 125: | Topaz signature capture devices | HL | | | | | opened |
| Room 120: | IBM SU 25u rack | HL | | | | | |
| Physical Therapy | HP SFF WXP | | hp 1745 | | hp 1320n | | |
| Conference/Classroom | | | | Polycom Soundstation | | | |
| Conference/Classroom | Lenovo M78 | PE | | | | | |
| Conference/Classroom | Lenovo M78 | PE | | | | | |
| Conference/Classroom | Lenovo M78 | PE | | | | | |
| Conference/Classroom | Dell Latitude E6400 laptop W7P | | | | | | |
| Conference/Classroom | IBM Thinkpad T61 W7p | | | | | | |
| Facility Support Office | HP 6005 | PE | HP 1740 | Cisco 7940 | Kyocera FS-1135MFP | | |
| Facility Support Office | Lenovo P1U | | HP 1745 | | | | |
| Facility Support Office | Lenovo M78 | PE | HP 1740 | Cisco 7940 | | | |
| Patient Admit Manager | Lenovo M78 | PE | Asus VX238 | Cisco 7940 | HP LJ 400 MFP | | |
| ER Nurse Manager | HP dc7700C W7P | | HP 1740 | Cisco 7940 | Lexmark X364dn | | |
| | | | HP 1702 | | | | on desk not hooked up |
| Accounting | Dell Optiplex 745 | | Samsung 2243BWX | Cisco 7940 | Lexmark X264dn | | |
| Scoop | Lenovo M78 | PE | Asus VE247 | Cisco 7940 | Kyocera FS-1135MFP | | |
| Scoop: CSC laptop | Levovo Laptop B590 | PE | | | Lexmark X264dn | | not hooked up |
| Scoop: EMR laptops | Lenovo Twist S230U * 5 | PE | | | | | invoiced not paid |
| IT support/Storage: | Lenovo M78 | PE | | | | | Choi |
| IT support/Storage: | Lenovo M78 | PE | | | | | |
| IT support/Storage: | HP 6005 | PE | | | | | |
| IT support/Storage: | several PCs and laptops | | | | | | |
| IT support/Storage: | several servers from Groves | | | | | | |
| IT support/Storage: | assorted phones | | | | | | |
| IT support/Storage: | ARUBA wireless components | | | | | | loaned not returned |
| Education: | | | | Grandstream GXP2100 | | | |
| Pharmacy: | | | | | | | |
| Pharmacy Back Office | Lenovo M78 | PE | Dell 19" lcd | Cisco 7940 | | | |
| Pharmacy Rear | Dell Optiplex GX620 W7P | | HP 1730 | Cisco 7940 | Lexmark X364dn | | |
| Pharmacy Front | Dell Tower W7P | | Dell 19" lcd | Cisco 7940 | Zebra label printer | | |
| Dr. Choi's office | | | | | | | |
| CSC Front | Lenovo M78 | PE | Acer 24" | | | | |
| CSC Front | Dell Towers times 3 | CSC | Dell *3 | | Canon Copier | | |
| CSC exam | Dell Laptop | CSC | | | HP Printer | | |
| CSC Front | | | | Grandstream GXP2100 * 3 | | | |
| Clinic: | | | | | | | |
| clinic reception | Lenovo P1U | | hp 1730 | Cisco 7940 | Lexmark X652de | | |
| clinic reception | Lenovo Tower | | HP 1745 | Cisco 7940 | Zebra label printer | | |
| clinic reception | Lenovo P1U | | HP1745 | Cisco 7940 | HP CP2025 | | |
| clinic reception | | | | hp 3055 | | | hallway |
| clinic office 1 | Lite Custom W7P | | Dell 1906FP | Cisco 7940 | | | |
| clinic office 1 | HP dc7800 | | HP 1740 | Cisco 7940 | | | |
| clinic office 2 | Lenovo M78 | PE | Viewsonic VA721 | Cisco 7940 | HP 1160 | | |
| clinic office 3 CSC | Lenovo M78 | PE | | Cisco 7940 | | | Choi |
| clinic office 3 CSC | Lenovo M78 | PE | Dell 1905FP | Cisco 7940 | | | Choi |
| clinic office 4 CSC | Lenovo M78 | PE | HP 1740 | Grandstream GXP2100 | Lexmark X364dn | | Choi |
| Quality: | | | AOC E2251 | Grandstream GXP2100 | | | |
| Payables: | HP tower W7P | | HP 19 LCD | Cisco 7940 | Sharp MX-M503N | | |
| Medical Records: | | | | | | | |
| Medical Records: | Lenovo P1U W7P | | HP1740 | Cisco 7940 | Sharp MX-M503N | | |
| Medical Records: | Lenovo M78 | PE | HP 1740 | Grandstream GXP2100 | | | |
| Medical Records: | Dell Optiplex GX620 | | HP 17" LCD | Cisco 7940 | Sharp MX-M503N | | |
| Medical Records: | HP xw4400 W7P | | HP 1745 | Cisco 7940 | | | |
| Infection Control: | Lenovo M78 | PE | Acer V243HQ | Grandstream GXP2100 | HP 3055 | | |
| Human Resources: | HP 6005 | PE | Dell 1907FP | Cisco 7940 | Lexmark X364dn | | |
| Human Resources: | Lenovo P1U | | Sansui SLED 2245 | Cisco 7940 | Epson R800 | | |
| Admin: | Lenovo M78 | PE | HP TSS20 | Cisco 7940 | Sharp MX-M503N | | |
| | | | | | HP 6000 | | |

| CNO | Dell Inspiron laptop | | AOC | Cisco 7940 | Kyocera FS-1135MFP | | |
|---|---|---|---|---|---|---|---|
| CEO | locked | | | | | | |
| | | | | | | | |
| IT Server Closet | | | | | | | |
| IT Server Closet | Video Surveillance System | | | | | | |
| IT Server Closet | Wireless Network Managent (Dlink) | PE | | | | | invoiced not paid |
| | | | | | | | |
| IT Server Closet | Dell Domain Controller | | | | | | |
| IT Server Closet | PACS local archive | | | | | | |
| IT Server Closet | PACS View server | | | | | | |
| IT Server Closet | Trixbox Phone Server | | | | | | |
| IT Server Closet | HP 1U Vmware virtual host | PE | | | | | Loaner |
| IT Server Closet | Custom 1U NAS | PE | | | | | Loaner for PACS backup |
| IT Server Closet | Dell Server (Printer management) | | | | | | |
| | | | | | | | |
| IT Server Closet | Dell Vmware ESX 3.1 server | | | | | | |
| IT Server Closet | MHS Hospital System server | MS | | | | | |
| Wireless access points | Dlink times 7 | PE | | | | | invoiced not paid |
| | | | | | | | |
| EMS Hut | | | | | HP 1320N | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Outside Owners: | | | | | | | |
| Provider Edge, LLC | 281-871-1348 | PE | | | | | |
| Morris Systems | 469-241-9300 | MS | | | | | |
| Chi Choi, MD | 713-692-1312 | CSC | | | | | |
| Healthland | 469-556-5633 | HL | | | | | |
| West Houston Radiology | 281-549-2332 | WHRA | | | | | |

# Service List

## Debtor

**LTHM Houston - Operations, LLC**
2807 Little York Road
Houston, TX 77093
HARRIS-TX
Tax ID / EIN: 26-4418678
***dba* St. Anthony's Hospital**

## Debtor's Counsel

**Troy Ted Tindal**
17225 El Camino Real
Suite 190
Houston, TX 77058
832-691-1519
Email: troy@tindallawfirm.com

## US Trustee

Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002

## US Trustee's Counsel

**Maresh Hickman**
Office of the U S Trustee
515 Rusk St
Ste 3516
Houston, TX 77002
713-718-4650
Fax : 713-718-4680
Email: ellen.hickman@usdoj.gov

**Nancy Lynne Holley**
U S Trustee
515 Rusk St
Ste 3516
Houston, TX 77002
713-718-4650
Email: nancy.holley@usdoj.gov

## Chapter 11 Trustee

**Robert Ogle**
The Claro Group
1221 McKinney
Suite 2850
Houston, TX 77002

## Chapter 11 Trustee's Counsel

**Spencer D Solomon**
Nathan Sommers Jacobs PC
2800 Post Oak Blvd
61st Floor
Houston, TX 77056
713-960-0303
Fax : 713-892-4800
Email: ssolomon@nathansommers.com

## Creditors

11500 NORTHWEST LP-16770
PO BOX 4737
HOUSTON, TX  77210-4737

3M COMPANY
PO BOX 844127
DALLAS, TX 75284-4127

A-AFFORDABLE OFFICE FURNITURE
5708 N SHEPHERD DRIVE
SUITE B-6
HOUSTON, TX 77091-4243

ABILITY NETWORK INC
FKA VISIONSHARE INC
DEPT CH 16577
PALATINE, IL  60055-6577

ACADIAN AMBULANCE SERVICES
PO BOX 92970
LAFAYETTE. LA  70509-2970

ACCESS MEDICAL USA
10440 BELGA DRIVE
SAN ANTONIO, TX 78240-3507
ACCORD FINANCIAL, INC
PO BOX 6704
GREENVILLE, SC 29606-6704

ACHI CHARY MD
22999 HWY 59 NORTH
STE 232
KINGWOOD, TX 77339-4440

ACUTE MEDICAL SERVICES  LLC
PO BOX 15010
HUMBLE, TX 77347-5010

ADAM CARY DO
14901 WINDWARD DR #202
CORPUS CHRISTI, TX 78418-8072

ADVANCED MEDICAL RESOURCES, LLP
1449 HWY 6
SUITE 300
SUGARLAND, TX 77478-5146

ADVANCED TECHNOLOGY
204 SIH 35
STE 105
GEORGETOWN, TX 78628-4125

ADVANCED ULTRASOUND SERVICE
5701 BELLAIRE
SUITE I
HOUSTON, TX 77081-5500

AEI TEXAS BIOMEDICAL LLC
7313 ASHCROFT
#200
HOUSTON, TX 77081-6328

AFFILIATED POWER SERVICES
2403 APPELT DR
HOUSTON, TX 77015-6591

AHC MEDIA
PO BOX 105109
ATLANTA ,  GA  30348-5109

AIJA REHAB
9034 MEMORIAL CREEK DR
SPRING, TX 77379-8671

AIRSCAN TECH INC
PO BOX 1539
SPRINGTOWN, TX 76082-1539

ALADDIN TEMP-RITE
250 EAST MAIN ST.
HENDERSONVILLE, TN 37075-2521

ALERE NORTH AMERICA INC
PO BOX 846153
BOSTON, MA  02284-6153

ALLERGAN
12975 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0129

ALLIANCE MT INC
PO BOX 940866
HOUSTON, TX  77094-7866

ALLIED HEALTH SERVICES
PO BOX 1011
SUGAR LAND, TX 77487-1011

ALLIED WASTE SERVICES #852
PO BOX 78829
PHOENIX, AZ 85062-8829

ALLOSOURCE
PO BOX 801020
KANSAS CITY, MO  64180-1020

AMEDICA
1885 WEST 2100 SOUTH
SALT LAKE CITY, UT 84119-1303

AMERICAN MEDICAL ASSOCIATION
ATTN:  AMA PROFILES
75 REMITTANCE DRIVE
SUITE 6397
CHICAGO, IL  60675-6397

AMERICAN NURSES ASSOCIATION
FBO NURSEBOOKS.ORG
PO BOX 931895
ATLANTA, GA  31193-1895

AMERICAN PROFICIENCY INSTITUTE
PO BOX 72465
CLEVELAND, OH  44192-0002

AMERICAN SLEEP & CARDIOPULMONARY
SERVICES
9000 SOUTHWEST FREEWAY
SUITE 170
HOUSTON, TX 77074-1517

AMERISOURCEBERGEN
PO BOX 905223
CHARLOTTE, NC 28290-5223

AMN HEALTHCARE ALLIED INC
PO BOX 281939
ATLANTA, GA 30384-1939

AMTECH ELEVATOR SERVICES
PO BOX 730437
DALLAS, TX  75373-0437

ANACOM MEDTEK
1240 S CLAUDINA
STANAHEIM, CA  92805-6232

ANAND BALASUBRAMANIAN MD
PO BOX 90967
HOUSTON, TX 77290-0967

ANCHOR RISK & CLAIMS MANAGEMENT
14785 PRESTON ROAD
STE 350
DALLAS, TX 75254-6862

ANESTHESIA SERVICE INC
1821 N CLASSEN BLVD
STE 100
OKLAHOMA CITY, OK 73106-6098

ANGIOSLIDE INC
5021 VERNON AVE
STE 170
EDINA, MN 55436-2102

ANJALI JAIN MD
6776 SW FRWY
STE 400
HOUSTON, TX 77074-2122

ANSELL SANDEL MEDICAL SOLUTIONS LLC
19736 DEARBORN STREET
CHATSWORTH, CA 91311-6509

AP GAS & ELECTRIC ENERGY SOLUTIONS
PO BOX 660038
DALLAS, TX  75266-0038

ARAMARK
1665 TOWNHURST
STE 160
HOUSTON, TX 77043-3236

ARASH KEYHANI DO
1631 NORTH LOOP WEST
STE 610
HOUSTON, TX 77008-1552

ARJOHUNTLEIGH INC
PO BOX 644960
PITTSBURGH, PA  15264-4960

ARMSTRONG MEDICAL INDUSTRIES INC
575 KNIGHTSBRIDGE PKWY
PO BOX 700
LINCOLNSHIRE, IL  60069-0700

ARROW INTERNATIONAL
PO BOX 60519
CHARLOTTE, NC 28260-0519

ARTHREX INC.
PO BOX 403511
ATLANTA, GA 30384-3511

ARTHROCARE CORPORATION
PO BOX 844161
DALLAS, TX  75284-4161

ASPEN PUBLISHERS INC
ACCOUNTS RECEIVABLE DEPT
4829 INNOVATION WAY
CHICAGO, IL  60682-0048

ASSOCIATED TIME AND PARKING CONTROLS
9104 DIPLOMACY ROW
DALLAS, TX 75247-5306

ASSURANT EMPLOYEE BENEFITS
PO BOX 807009
KANSAS CITY, MO 64184-7009

ATOMIC ENERGY INDUSTRIAL
9315 KIRBY DRIVE
HOUSTON, TX 77054-2516

AVINGER DEPT
CH 16883
PALATINE, IL  60055-6883

AZTEC NEON SYSTEMS
15731 AVE C
STE 103
CHANNELVIEW, TX 77530-4027

BACTES-TEXAS
1302 WAUGH DRIVE#715
HOUSTON, TX 77019-3908

BAXANO, INC
655 RIVER OAKS PARKWAY
SAN JOSE, CA 95134-1907

BAY AREA EMERGENCY PHYSICIANS
4606 BRYN MAWR LANE
HOUSTON, TX 77027-4712

BAYER HEALTHCARE
PO BOX 360172
PITTSBURGH, PA  15251-6172

BEAUTIFUL GARDENS & LANDSCAPING
711 E BURNESS ST
HOUSTON, TX 77022-1805

BECKMAN COULTER, INC
DEPT CH 10164
PALATINE, IL  60055-0164

BELL TRANSPORTATION
4015 BROADWAY
#17
HOUSTON, TX 77087-4732

BERNICE BURRELL
7547 WEST KNOLL
HOUSTON, TX 77028-2413

BETA TECHNOLOGY, INC
PO BOX 218686
HOUSTON TX 77218-8686

BIOMEDICAL ENTERPRISES INC
DEPT 2297
PO BOX 122297
DALLAS, TX  75312-2297

BIOMEDTRONIK
8202 SHARPCREST LN.
HOUSTON, TX 77036-6328

BIOMET INC.
75 REMITTANCE DRIVE
STE 3283
CHICAGO, IL  60675-3283

BIO-RAD LABORATORIES, INC.
CLINICAL DIAGNOSTICS GROUP
PO BOX 849740
LOS ANGELES, CA 90084-9740

BIOTRONIK
6024 JEAN RD
LAKE OSWEGO, OR 97035-5599

BJL, LLC
11023 S COUNTRY CLUB GREEN
TOMBALL, TX 77375-7077

BLB CONSULTING INC
1425 BLALOCK RD
STE 107
HOUSTON, TX 77055-4446

BLOCK IMAGING
1845 CEDAR STREET
HOLT,MI 48842-1757

BOBBIE THOMPSON MD
128 DOLPHIN AVENUE
GALVESTON, TX 77550-3202

BOSTON SCIENTIFIC CORPORATION
PO BOX 951653
DALLAS, TX 75395-1653

BRAINRAIN MARKETING & DESIGN
720 MONROE STREET
STE E503
HOBOKEN, NJ 07030-6359

BRASSELER USA MEDICAL, LLC
ONE BRASSELER BLVD
SAVANNAH, GA 31419-9576

BRENDA THOMAS
7230 HEATH STREET
HOUSTON, TX 77016-2318

BRIGGS HEALTHCARE
PO BOX 1355
DES MOINES, IA 50306-1355

BRKYM INC
DBA WORTH HYDROCHEM OF HOUSTON
PO BOX 40116
HOUSTON, TX 77240-0116

BUSINESS GRAPHICS INC
955 DIECKMAN STREET
WOODSTOCK, IL 60098-9262

C.R. BARD, INC.
PO BOX 75767
CHARLOTTE, NC 28275-0767

CANON FINANCIAL SERVICES INC
14904 COLLCETIONS CENTER DRIVE
CHICAGO, IL  60693-0149

CARDINAL HEALTH
PHARMACY SOLUTIONS MANAGEMENT SERVICES
21377 NETWORK PLACE
CHICAGO, IL 60673-1213

CARDINAL HEALTH MEDICAL
PO BOX 730112
DALLAS, TX 75373-0112

CARDINAL HEALTH PHARMACEUTICAL
PO BOX 847370
DALLAS, TEXAS 75284-7370

CARDIOVASCULAR SYSTEMS INC
DEPT. CH 19348
PALATINE, IL  60055-9348

CARE EXPRESS PRODUCTS INC
317 CARY POINT DR
CARY, IL 60013-2974

CAREFUSION
25565 NETWORK PLACE
CHICAGO, IL  60673-1255

CARLOS PALACIOUS MD
7333 NORTH FREEWAY
HOUSTON, TX 77076-1300

CARSTENS
PO BOX 99110
CHICAGO, IL 60693-9110

CENTERPOINT ENERGY 334-3
PO BOX 4981
HOUSTON, TX 77210-4981

CENTURION
PO BOX 842816
BOSTON, MA 02284-2816

CHASE TRANSPORTATION
2429 BISSONNET #527
HOUSTON, TX 77005-1451

CHEMENCE MEDICAL PRODUCTS INC
185 BLUEGRASS VALLEY PARKWAY
STE 100
ALPHARETTA, GA 30005-2222

CITY OF HOUSTON
1117 PO BOX 1560
HOUSTON, TX 77251-1560

CITY OF HOUSTON
1212 PO BOX 1560
HOUSTON, TX 77251-1560

CLEAR CHANNEL OUTDOOR
PO BOX 847247
DALLAS, TX 75284-7247

CLIA LABORATORY PROGRAM
PO BOX 530882
ATLANTA, GA 30353-0882

COLONIAL SURETY COMPANY
50 CHESTNUT RIDGE ROAD
STE 108
MONTVALE, NJ 07645-1841

COMCAST 4949
PO BOX 660618
DALLAS, TX 75266-0618

COMPRESSION THERAPY CONCEPTS
555 INDUSTRIAL WAY WEST
EATONTOWN, NJ 07724-2211

CONMED LINVATEC
PO BOX 301231
DALLAS, TX 75303-1231

CONRAD'S PEST CONTROL
PO BOX 3208
HOUSTON, TX 77253-3208

CONTROL COMPANY
PO BOX 204348
DALLAS, TX 75320-4348

COOK MEDICAL INCORPORATED
22988 NETWORK PLACE
CHICAGO, IL 60673-1229

COOPER SURGICAL INC
PO BOX 712280
CINCINNATI, OH 45271-2280

CORNELIUS DAVIS MD
PO BOX 20056
HOUSTON, TX 77225-0056

CORNERSTONE RECORDS MANAGEMENT LLC
PO BOX 791361
BALTIMORE, MD 21279-1361

CORNISH MEDICAL ELECTRONICS
9350 KIRBY DR
SUITE 200
HOUSTON, TX 77054-2528

CORPORATEWEAR USA
3530 BROADWAY
PEARLAND, TX 77581-4307

COVIDIEN
PO BOX 120823
DALLAS, TX 75312-0823

CPC SOLUTIONS LLC
119 WINCHESTER RD
BASTROP, TX 78602-3675

CPM MEDICAL LLC
3004 NOTTINGHAM DR
MCKINNEY, TX 75070-9087

CPNS STAFFING
PO BOX 27246
HOUSTON, TX 77227-7246

CREST HEALTHCARE SUPPLY
PO BOX 727
DASSEL, MN 55325-0727

CREST
PO BOX 742268
ATLANTA, GA  30374-2268

CROWN BUSINESS PARK INC
5701 BINGLE RD #A-1
HOUSTON, TX 77092-2155

CUSTOM MEDICAL SOLUTIONS
7100 NORTHLAND CIRCLE
SUITE 410
BROOKLYN PARK, MN 55428-1500

DARIO ZUNIGA, M.D.
6550 MAPLERIDGE
SUITE 122
HOUSTON, TX 77081-4629

DARSHAN ANANDU MD
733 N FREEWAY
STE 401
HOUSTON, TX  77076

DE LAGE LANDEN
PO BOX 41602
PHILADELPHIA, PA  19101-1602

DIVERSE HEALTH CONSULTING, LLC
1509 WESTMOOR DRIVE
AUSTIN, TX 78723-3140

DOOR AUTOMATION INC
PO BOX 1349
VAN, TX 75790-1349

DRAEGER MEDICAL, INC.
PO BOX 347482
PITTSBURGH, PA 15251-4482

DYONYX
1235 NORTH LOOP WEST
STE #1220
HOUSTON, TX  77008-4710

ECARE SOFT INC.
327 CONGRESS AVE
STE 650
AUSTIN, TX 78701-4045

ECO MEDICAL SUPPLY
19901 SOUTHWEST FREEWAY
SUITE 15
SUGAR LAND, TX 77479-6538

ECOLAB FOOD SAFETY SPECIALTIES
24198 NETWORK PLACE
CHICAGO, IL 60673-1241

ECOLAB
PO BOX 70343
CHICAGO, IL 60673-0343

ELITE CLINICAL LABORATORY INC
BRIAN D WELLINGTON
'427 W 20TH STREET, STE 201
HOUSTON, TX 77008-2400

ENDOCHOICE INC
PO BOX 538101
ATLANTA, GA  30353-8101
ENDOGASTRIC SOLUTIONS INC
DEPT CH 16859
PALATINE, IL  60055-6859

ENTRUST CLIENT SERVICES
PO BOX 441588
HOUSTON, TX  77244-1588

ENV SERVICES, INC.
PO BOX 510862
PHILADELPHIA, PA  19175-0862

ENVIRONMENTAL TESTING SERVICES INC
10908 METRONOME DR
HOUSTON, TX 77043-2202

EPIMED INTERNATIONAL, INC.
141 SAL LANDRIO DR.
CROSSROADS INDUSTRIAL PARK
JOHNSTOWN, NY 12095-3835

ER PLUS
9906 KING WILLIAM DRIVE
LA PORTE, TX 77571-4524

ERIC RAMOS
3232 YELTESGRAND
PRAIRIE, TX 75054-6710

EV3 INC
1475 PAYSPHERE CIRCLE
CHICAGO, IL 60674-0014

EVOLOGICS, LLC
BILLING OFFICE
4766 RESEARCH DRIVE
SAN ANTONIO, TX 78240-5003

FACILITYDUDE.COM, INC.
PO BOX 200277
PITTSBURGH, PA  15251-0277

FASTSIGNS
2929A MILAM
HOUSTON, TX 77006-3649

FEDEX
PO BOX 660481
DALLAS, TX 75266-0481

FILE MASTER INC
PO BOX 609097
CLEVELAND, OH 44109-0097

FINANCIAL CORPORATION OF AMERICA
PO BOX 203670
AUSTIN, TX  78720-3670

FIRE RECOVERY USA LLC
2271 LAVA RIDGE COURT
STE 120
ROSEVILLE, CA  95661-3065

FIRST INSURANCE FUNDING #8900
PO BOX 66468
CHICAGO, IL  60666-0468

FIRST MEDICAL RESPOND
4625 NORTH FREEWAY
STE 213
HOUSTON, TX 77022-2930

FIRST RESPONSE BIOMEDICAL LLC
208 HEWITT DR
STE 103-124
WOODWAY, TX 76712-6693

FISHER HEALTHCARE
ACCT # 776579-001
PO BOX 404705
ATLANTA, GA 30384-4705

FOUR ANGELS TRANSPORTATION
3614 SUNBEAM ST
HOUSTON, TX 77051-3649

GILBERT MONTELONGO MNA,CRNA
1310 MORTON LEAGUE ROAD
RICHMOND, TX 77406-1373

GOLD MEDICAL MARKETING
322 RT 46
SUITE 110E
PARSIPPANY, NJ 07054-2360

GRAINGER
DEPT.  878884550
PO BOX 419267
KANSAS CITY, MO 64141-6267

GRAMEDICA
16137 LEONE DR
MACOMB, MI 48042-4063

GSH TRANSPORTATION SERVICES
6614 JACKWOOD STREET
HOUSTON, TX 77074-7126

GUARDIAN REPAIR & PARTS
2210 PEPPERMILL
HOUSTON, TX 77080-5512

HALCO LIFE SAFETY SYSTEMS, INC.
4210 SOUTH DRIVE
HOUSTON, TX 77053-4811

HARMINDER CHANA MD
5990 AIRLINE DR, #295
HOUSTON, TX 77076-4242

HCPRO INC
PO BOX 3049
PEABODY, MA 01961-3049

HD SUPPLY FACILITIES MAINTENANCE LTD
PO BOX 509058
SAN DIEGO, CA  92150-9058

HEALTH BUSINESS SOLUTIONS LLC
10620 GRIFFIN ROAD
STE 204
COOPER CITY, FL 33328-3215

HEALTH CARE LOGISTICS INC
PO BOX 400
CIRCLEVILLE, OH 43113-0400

HEALTHLAND INC
PO BOX 856554
HOUSTON, TX  77093-3495

HEALTHSTREAM, INC.
PO BOX 102817
ATLANTA, GA 30368-2817

HILL-ROM
PO BOX 643592
PITTSBURGH, PA  15264-3592

HILLYARD / HOUSTON
PO BOX 876955
KANSAS CITY, MO  64187-6955

HOSPIRA WORLDWIDE, INC.
75 REMITTANCE DRIVE
SUITE 6136
CHICAGO, IL 60675-6136

HOSPIRA WORLDWIDE, INC.
C/O KOHNER, MANN & KAILAS, S.C.
4650 NORTH PORT WASHINGTON ROAD
MILWAUKEE, WISCONSIN 53212-1077

ICP MEDICAL
10486 BAUR BLVD
ST LOUIS, MO 63132-1905

IDENTICARD SYSTEMS
39597 TREASURY CENTER
CHICAGO, IL  60694-9500

IDEV TECHNOLOGIES INC
PO BOX 671298
DALLAS, TX  75267-1298

INFOLAB INC
PO BOX 1309
CLARKSDALE, MS 38614-1309

INNOVATIVE X-RAY SERVICES
PO BOX 1504
FRIENDSWOOD, TX 77549-1504

INSTRATEK INC
15200 MIDDLEBROOK DR
STE G
HOUSTON, TX 77058-1217

INTEGRA LIFESCIENCES CORP.
PO BOX 404129
ATLANTA, GA 30384-4129

IRON MOUNTAIN
PO BOX 915004
DALLAS, TX  75391-5004

J L MORGAN & ASSOCIATES, INC.
PO BOX 360481
BIRMINGHAM, AL 35236-0481

JAY GOAL MD
727 JOHNSON LANE
SUGAR LAND, TX 77479-5838

JOHN PAUL
2515 WINDING CREEK DR
FRESNO,TX 77545-2082

JUNE MARSHALL MD
6000 SUGAR HILL #3
HOUSTON, TX 77057-1946

JYOTHI ACHI MD
22999 US HWY 59 N
STE 232
KINGWOOD, TX 77339-4440

KATHY GRAY MD
839 HONEYSUCKLE VINE DRIVE
RICHMOND, TX 77469-4856

KCI USA
PO BOX 301557
DALLAS, TX  75303-1557

KUMAR SARAN MD
4505 MIMOSA DR
BELLAIRE, TX 77401-5801

L2 SURGICAL, LLC
13601 PRESTON ROAD
STE 700E
DALLAS, TX 75240-4956

LAB CORP OF AMERICA
PO BOX 12140
BURLINGTON, NC 27216-2140
LANGLEY WEINSTEIN LLP
901 MAIN STREET
SUITE 600 LB 135
DALLAS, TX 75202-3706

LANGLEY | LLP
C/O BRANDON BAINS
901 MAIN STREET, SUITE 600
DALLAS, TEXAS  75202

LIBERTY FIRE PROTECTION, INC.
PO BOX 2547
ALVIN, TX 77512-2547

LIFENET HEALTH
PO BOX 79636
BALTIMORE, MD 21279-0636

LILY WOLDU
22 RED STABLE DR
SPRING, TX 77380-2693

LIPPINCOTT WILLIAMS & WILKINS
PO BOX 1610
HAGERSTOWN, MD 21741-1610

LOCUMTENENS.COM
PO BOX 405547
ATLANTA, GA  30384-5547

LONE STAR COFFEE-NW NORTHWEST
PO BOX 691634
HOUSTON, TX 77269-1634

LTHM HOUSTON - OPERATIONS, LLC
2807 LITTLE YORK ROAD
HOUSTON, TX 77093-3405

LYDIA'S CATERING
1206 MISTY LAKE COURT
SUGAR LAND, TX 77498-5614

MANUEL GUILLEN
8613 ROBINDELL DR
HOUSTON, TX 77074-7431

MARIA GARZA
1209 CARBY ROAD
HOUSTON, TX 77037-3509

MARIMON
PO BOX 40998
HOUSTON, TX 77240-0998

MATHESON TRI-GAS
ATTN:  KEVA MCNEAL
909 LAKE CAROLYN PKWY
STE 1300
IRVING, TX 75039-4821

MBM ASSISTING L P
PO BOX 14743
HUMBLE, TX 77347-4743

HEALTH SOLUTIONS
22423 NETWORK PLACE
CHICAGO, IL  60673-1224

MED LABS INC
28 VEREDA
CORDILLERAGOLETA, CA 93117-5301

MEDARTIS INC
224 VALLEY CREEK BLVD
STE 100
EXTON, PA  19341-2300

MEDCOMP
1499 DELP DRIVE
HARLEYSVILLE, PA 19438-2936

MEDERI THERAPEUTICS INC
2485 MANLEY ROAD
BOZEMAN, MT 59715-9399

MEDICAL ARTS PRESS
PO BOX 37647
PHILADELPHIA, PA 19101-0647

MEDICAL CONSULTANTS NETWORK INC
1777 S HARRISON STREET
STE 405
DENVER, CO 80210-3929

MEDICAL DEVICE DIVISION OF OTSUKA
PHARMACEUTICAL INC
62609 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0626

MEDI-DOSE INC CUSTOMER
#11 – 0045006
LOCK BOX 238
JAMISON, PA  18929-0238

MEDLINE INDUSTRIES INC #9665
DEPT 1080
PO BOX 121080
DALLAS, TX  75312-1080

MEDOVATIONS, INC
102 EAST KEEFE AVENUE
MILWAUKEE, WI 53212-1535

MEDRAD INC
100 GLOBAL VIEW DRIVE
WARRENDALE PA 15086-7601

MEDTRONIC
PO BOX 848086
DALLAS, TX 75284-8086

MGES, INC
8725 KNIGHT ROAD
HOUSTON, TX 77054-4405

MICROTEK MEDICAL INC
FILE 4033P
PO BOX 911633
DALLAS, TX  75391-1633

MIKE SULLIVAN
HARRIS CNTY TAX ASSESSOR-COLLECTIONS
1001 PRESTON
PO BOX 4089
HOUSTON, TX  77210-4089

MILLIPORE CORPORATION
25760 NETWORK PLACE
CHICAGO, IL 60673-1257

MIZUHO ORTHOPEDIC SYSTEMS INC
DEPT CH 16977
PALATINE, IL  60055-6977

MOGUL MARKETING
3338 EAGLE RIDGEWAY
HOUSTON, TX 77084-5531

MONSTER WORLDWIDE INC
PO BOX 90364
CHICAGO, IL  60696-0364

MORRIS SYSTEMS INCORPORATED
5504 DEMOCRACY DRIVE
STE 220
PLANO, TX 75024-3553

MUSCULOSKELETAL TRANSPLANT FOUNDATION
PO BOX 415911
BOSTON, MA 02241-5911

MUSTAFA ALI DENNY'S
6969 GULF FREEWAY
HOUSTON, TX 77087-2554

NATIONAL AUDIT
ATTN:  HUMANA ASO PROCESSING
12276 SAN JOSE BLVD
STE 410
JACKSONVILLE, FL 32223-8660

NCO FINANCIAL SYSTEMS INC-EOS
ATTN:  NCOEOS24886
NETWORK PLACECHICAGO, IL  60673-1248

NEWSOME MANAGEMENT INC
4811 CINNAMON STONE DRIVE
KILLLEEN,TX 76542-5305

NORTEK MEDICAL STAFFING INC
2313 TIMBER SHADOWS
KINGWOOD, TX 77339-2270

NORTH AMERICAN CAPACITY
14785 PRESTON ROAD
STE 350
DALLAS, TX 75254-6862

NORTH HOUSTON EMERGENCY PHYSICIANS
  ASSOC
58 SOUTH MEADOWMIST CIRCLE
THE WOODLANDS, TX 77381-6265

NORTHSIDE PATHOLOGY GROUP PLLC
310 LINDENWOOD DR
HOUSTON, TX 77024-6906

NOVA BIOMEDICAL
PO BOX 983115
BOSTON, MA  02298-3115

NOVUS & FORTIS LLC
3505 S DAIRY ASHFORD RD
STE 115
HOUSTON, TX 77082-5524

OAK FARMS - HOUSTON
PO BOX 973866
DALLAS, TX 75397-3866

OFFICE OF THE ATTORNEY GENERAL
TX CHILD SUPPORT SDU
PO BOX 659791
SAN ANTONIO, TX 78265-9791

OLYMPUS AMERICA INC.
DEPT. 0600
PO BOX 120600
DALLAS, TX 75312-0600

OMAR AHMAD
15626 BEECHNUT
HOUSTON, TX 77083-5422

ONE SOURCE HOSPITAL CARE SOLUTIONS
4314 HAZEPOINT DR
KATY, TX 77494-5146

ORLANDO RIVERA DPM
7007 NORTH FREEWAY
STE 410
HOUSTON, TX 77076-1331

ORTHO SOLUTIONS LLC
4141 SOUTHWEST FREEWAY
STE 410
HOUSTON, TX 77027-7422

ORTHOFIX INC
PO BOX 849806
DALLAS, TX  75284-9806

ORTHOFIX SPINAL IMPLANTS
BLACKSTONE MEDICAL INC
PO BOX 842452
DALLAS, TX  75284-2452

ORTHOHELIX SURGICAL DESIGNS INC
75 REMITTANCE DRIVE
SUITE 6688
CHICAGO, IL  60675-6688

ORTHOMED
4710 KATY FRWY
STE A
HOUSTON, TX 77007-2204

ORTHOPEDIC CARE CENTER
2121 OAKDALE ST
HOUSTON, TX 77004-7409

ORTHOSCAN
8212 E EVANS RD
SCOTTSDALE, AZ 85260-3670

OSTEOMED
2241 COLLECTION CENTER DRIVE
CHICAGO, IL 60693-0022

P M G-LANDSCAPE SOLUTIONS
PO BOX 12932
HOUSTON, TX 77217-2932

PACIFIC MEDICAL LLC
32981 CALLE PERFECTO
SAN JUAN CAPISTRANO, CA 92675-4705

PACS IMAGING & COMMUNICATIONS, LLC
1583 E SILVER STAR RD # 219O
COEE, FL 34761-2553

PARK LANE MANAGEMENT
435 B1 FM1092
#423
STAFFORD, TX 77477-5420

PARTSSOURCE CORPORATE CENTER
PO BOX 645186
CINCINNATI, OH  45264-5186

PATRICIA W. CHENEY
5522 DUNLEITH LANE
SPRING, TX 77379-7901

PBD SERVICES 1 LLC
DBA GUARDIAN EMS
PO BOX 1119
COLUMBUS, TX  78934-1119

PEACH TREE CLINICAL MANAGEMENT PLLC
150 WEST PARK
SUITE #704
HOUSTON, TX 77037

PERSONNEL CONCEPTS
PO BOX 5750
CAROL STREAM, IL  60197-5750

PHILIPS HEALTHCARE
PO BOX 100355
ATLANTA, GA 30384-0355

PHSI PURE WATER FINANCE
PO BOX 404582
ATLANTA, GA 30384-4582

PHYSICIAN RESOURCES, INC
1818 MEMORIAL DR.
#200
HOUSTON, TX 77007-8383

PHYSICIANS SALES & SERVICES, INC.
ATTN: JEREMY KRUG
4345 SOUTH POINT BLVD.
JACKSONVILLE FL 32216-6166

PHYSIO-CONTROL
11811 WILLOWS RD
NEREDMOND, WA 98052-2015
POWER PLUS
1210 N RED GUM ST
ANAHEIM, CA 92806-1820

POWER PRO-TECH SERVICES INC
377 MAITLAND AVE
STE 1010
ALTAMONTE SPRINGS, FL 32701-5442

PPR, LLC
DRAWER #1587
PO BOX 5935
TROY, MI  48007-5935

PRECHECK INC
PO BOX 840031
DALLAS, TX 75284-0031

PRECISION DYNAMICS CORP
4193 SOLUTIONS CTR
LOCKBOX NO. 774193
CHICAGO, IL 60677-4001

PRECISION SURGICAL LLC
2551 FARRINGTON ST
DALLAS, TX 75207-5905

PRESTIGE STAFFING
1211 HIGHMEADOW
ROYSE CITY, TX 75189-3633

PRINTEGRITY
PO BOX 70469
HOUSTON, TX  77270-0469

PROFESSIONAL MEDIA RESOURCES
PO BOX 460380
ST LOUIS, MO 63146-7380

PROGRESSIVE COUNTY MUTUAL INS
PO BOX 105428
ATLANTA, GA 30348-5428

PROGRESSIVE
PO BOX 650201
DALLAS, TX 75265-0201

PROGRESSIVE WASTE SOLUTIONS OF TX INC
SOUTH TEXAS DISTRICT
PO BOX 660043
DALLAS, TX  75266-0043

PROVIDER EDGE LLC
1706 KEENEN CT
HOUSTON, TX 77077-3430

QUILL CORPORATION
PO BOX 37600
PHILADELPHIA, PA  19101-0600

RAJESH RETHNAM MD
1635 N LOOP WEST
HOUSTON, TX 77008-1532

RAMACHANDRA MALYA, M.D.
7333 NORTH FREEWAY
SUITE 127
HOUSTON, TX 77076-1347

RAVI SOMAYAZULA MD
2323 LONG REACH DRIVE
APT15104
SUGAR LAND, TX 77478-4377

RAY CHEN MD
6305 NEWCASTLE ST
BELLAIRE, TX 77401-3815
REGGIE WASSON
8038 CHIMNY ROCK COURT
PORT ARTHUR, TX 77642-6800

RICH WURSCHE
5303 BEAVER LODGE DRIVE
KINGWOOD, TX 77345-1739

RITERESPONSE ANSWERING & CALL
   CENTER  SVCS
730 NORTH LOOP
HOUSTON, TX  77009-1043

RIVER OAKS EMERGENCY CENTER 24HR
2320 S SHEPHERD DRIVE
HOUSTON, TX 77019-7014

ROBERT JEFFERSON
8406 GLEN ELM DR
SPRING, TX 77379-2730
ROBERT OGLE
THE CLARO GROUP
1221 MCKINNEY
SUITE 2850
HOUSTON, TX 77010-2028

ROBERTA CONSOLVER
12008 EDEN CREEK DRIVE
PEARLAND, TX 77584-1639

RODOLFO ARGUETA
PO BOX 12932
HOUSTON, TX 77217-2932

ROXANNA GAMEZ
2038 SKINNER ROAD
HOUSTON, TX 77093-4118

SADASIVAREDDY GOLI MD
5990 AIRLINE DR
STE 250
HOUSTON, TX 77076-4237

SELECTCARE OF TEXAS
PO BOX 741107
HOUSTON, TX 77274-1107

SHERWIN- WILLIAMS CO
2106 FM 1960 RD
EAST HUMBLE, TX  77338-5200

SHRED TEX
15150 SOMMERMEYER
HOUSTON, TX 77041-5374

SIEMENS HEALTHCARE DIAGNOSTICS
PO BOX 121102
DALLAS, TX 75312-1102

SIZEWISE
PO BOX 320
ELLIS, KANSAS 67637-0320

SMITH & NEPHEW, INC.
PO BOX 60333
CHARLOTTE, NC 28260-0333

SOLANA SURGICAL LLC
6363 POPLAR AVENUE, SUITE #312
MEMPHIS, TN 38119-4899
SOUTHWASTE DISPOSAL LLC
PO BOX 53988
LAFAYETTE, LA 70505-3988

SOUTHWESTERN DIAPHERESIS, INC
7333 NORTH FREEWAY
STE 127A
HOUSTON TX 77076-1347

SPARKLETTS AND SIERRA SPRINGS
PO BOX 660579
DALLAS, TX 75266-0579

SPBS, INC.
4315 IRONTON AVENUE
SUITE C
LUBBOCK, TX 79407-3764

SPECTRANETICS CORP
LBX #7745884588
SOLUTIONS CENTER
CHICAGO, IL 60677-4005

SPECTRUM SURGICAL INSTRUMENT CORP
4575 HUDSON DRIVE
STOW, OH 44224-1725

SPEECH THERAPY UNLIMITED PLLC
11569 S HIGHWAY 6
SUITE 205
SUGAR LAND, TX 77498-4932

SPINAL ELEMENTS
2744 LOKER AVE
WEST SUITE
CARLSBAD, CA 92010-6612

ST ANTHONY'S ANESTHESIA
% MICHAEL BURG
1842 SNAKE RIVER ROAD
KATY, TX 77449-7756

ST ANTHONYS HOSPITAL EBPT
22322 GRAND CORNER DR
STE 200
KATY, TX 77494-5941

ST JOHN COMPANIES INC
PO BOX 51263
LOS ANGELES, CA 90051-5563
ST JUDE MEDICAL INC
22400 NETWORK PLACE
CHICAGO, IL 60673-1224

STATLAB MEDICAL PRODUCTS
PO BOX 678056
DALLAS, TX 75267-8056

STEPHEN CHUN MD
58 S MEADOWMIST CIRCLE
THE WOODLANDS, TX 77381-6265

STERICYCLE INC.
PO BOX 6575
CAROL STREAM, IL 60197-6575

STERIS CORPORATION
PO BOX 676548
DALLAS, TX 75267-6548

STRYKER ENDOSCOPY
ATTN: MELINA MUNEZ
5900 OPTICAL COURT
SAN JOSE, CA 95138-1400

STRYKER SALES CORP.
PO BOX 70119
CHICAGO, IL 60673-0119

STRYKER SUSTAINABILITY SOLUTIONS
PO BOX 29387
PHOENIX, AZ 85038-9387

SULLIVAN STOLIER KNIGHT LC
1042 CAMELLIA BOULEVARD
STE 2
LAFAYETTE, LA 70508-6100

SUN COAST RESOURCES, INC
PO BOX 202603
DALLAS, TX 75320-2603

SUNBELT FRESH WATER SUPPLY
410 WEST GULF BANK ROAD
HOUSTON, TX 77037-2902

SURGICAL DIRECT
909 SOUTH WOODLAND BLVD
DELAND, FL 32720-7321

SURGIQUIP SOLUTIONS
PO BOX 2224
SUGAR LAND, TX 77487-2224

SURYAM KODALI MD
1400 CREEKWAY
#221
SUGARLAND, TX 77478-4073

SUTURE EXPRESS
PO BOX 842806
KANSAS CITY, MO 64184-2806

SW ACUTE MOBILE DIALYSIS
212, E. CROSSTIMBERS ST.
STE #130
HOUSTON, TX 77022-4409

SYED AHMED MD
8900 SUNSET PARK LANE
CONROE, TX 77302-3495

SYMBOLOGY ENTERPRISES INC
185-H INDUSTRIAL PARKWAY
SOMERVILLE, NJ 08876-3484

SYMMETRY SURGICAL
PO BOX 759159
BALTIMORE, MD  21275-9159

SYNTHES
PO BOX 8538-662
PHILADELPHIA, PA 19171-0662

TARRESHA L  MELROSE
6026 LOVAGE AVE
CROSBY, TX 77532-6792

TECHNO PRINT
4314 HAZEPOINT DR
KATY, TX 77494-5146

TELEFLEX MEDICAL
PO BOX 601608
CHARLOTTE, NC 28260-1608

TEXAS ACADEMY OF NUTRITION & DIETETICS
8330 LYNDON B JOHNSON FWY
STE 455
DALLAS, TX 75243-1209

TEXAS CARDIOLOGY ASSOCIATES OF HOUSTON
2627 CHESTNUT RIDGE RD
STE 100
KINGWOOD, TX 77339-1777

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
AND TEX UNDELIVERABLE
TEXAS DEPARTMENT OF STATE HEALTH SERVICES
C/O OFFICE OF THE ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P. O. BOX 12548    MC-008
AUSTIN, TX 78711-2548

TEXAS DEPT OF STATE HEALTH SVCS
ZZ700/996 CASH RECEIPTS BRANCH, MC 2003
PO BOX 14937
AUSTIN, TX  78714-9347

TEXAS HEALTH AND HUMAN SERVICES COMMISSION
C/O OFFICE OF THE ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P. O. BOX 12548  MC-008
AUSTIN, TX 78711-2548

TEXAS MEDICAID & HEALTH PARTNERSHIP
12357-B RIATA TRACE PARKWAY
AUSTIN, TEXAS 78727-6474

TEXAS WORKFORCE COMMISSION
PO BOX 149037
AUSTIN, TX 78714-9037

THE RIGHT SOLUTIONS, L.L.P.
9601 KATY FREEWAY
SUITE 370
HOUSTON, TX 77024-1354

THE RUHOF CORPORATION
393 SAGAMORE AVENUE
MINEOLA, NY 11501-1919

THOMAS TAYLOR, M.D.
1315 ST. JOSEPH PKWY
SUITE 1111
HOUSTON, TX 77002-8235

TIMELINE LOGISTICS
PO BOX 131483
HOUSTON, TX 77219-1483

TIMES OF ASIA HUM TUM RADIO
6161 SAVOY LN
SUITE 1140
HOUSTON, TX 77036-3323

TINDAL LAW FIRM
17225 EL CAMINO REAL
STE 190
HOUSTON, TX 77058-2767

TLC GRAPHICS
11012 WARDOUR LANE
AUSTIN, TX 78748-2966

TRANSTAR A/C SUPPLY INC
3535 S MAIN ST
STAFFORD, TX 77477-5405

TRI-ANIM HEALTH SERVICES INC
25197 NETWORK PLACE
CHICAGO, IL  60673-1251

TROY TED TINDAL
17225 EL CAMINO REAL
SUITE 190
HOUSTON, TX 77058-2767

TRUVICE SURGICAL
18910 ORIOLE POINT
CYPRESS, TX 77429-8354

U S OFFICE & INDUSTRIAL SUPPLY
PO BOX 7612
VAN NUYS, CA 91409-7612

UAL
PO BOX 730216
DALLAS, TX 75373-0216

ULTIMATE IMAGING SOLUTIONS
PO BOX 2443
SPRING, TX  77383-2443

ULTRASTAFF
1818 MEMORIAL DR
#200
HOUSTON, TX 77007-8383


UNIFIRST HOLDINGS INC
9019 RAILWOOD DRIVE
HOUSTON, TX 77078-4524

UNION INSURANCE COMPANY
122 WEST CARPENTER FREEWAY
STE 350
IRVING, TX 75039-2094

UNITED CAPITAL FUNDING CORP
PO BOX 31246
TAMPA, FL 33631-3246

US FOODS BLUE PRINTMENU MANAGEMENT SYST
9399 W HIGGINS ROAD
ROSEMEONT, IL 60018-6900

US MED-EQUIP
PO BOX 41321
HOUSTON, TX 77241-1321

V B SHENOY MD PA NORTHWEST CARDIOLOGY CLINIC
7333 NORTH FREEWAY, SUITE 100
HOUSTON, TX 77076-1346

VASAMED INC
7615 GOLDEN TRIANGLE DR
STE A
EDEN PRAIRIE, MN 55344-3733

VELOCITY ORTHOPEDICS INC
ATTN:  BILL COY
10700 JERSEY BLVD
#360
RANCHO CUCAMONGA, CA 91730-5132

VIKRAM MEHRA MD
7610 BETTY JANE LANE
HOUSTON, TX 77055-6808

W.L. GORE & ASSOCIATES, INC.
PO BOX 751331
CHARLOTTE, NC 28275-1331

WEST HOUSTON RADIOLOGY ASSOC
PO BOX 765
INDIANAPOLIS, IN 46206-0765
WILLIAM E. HEITKAMP, TRUSTEE
UNITED STATES BANKRUPTCY COURT
PO BOX 740
MEMPHIS, TN  38101-0740

WOLTERS KLUWER HEALTH
PO BOX 1610
HAGERSTOWN, MD  21741-1610

WOUND CARE INNOVATIONS LLC
777 MAIN ST
SUITE 3100
FORT WORTH, TX 76102-5325
WRIGHT MEDICAL TECHNOLOGY INC
PO BOX 503482
ST LOUIS, MO  63150-3482

XLR8 MEDICAL BILLING
1330 POST OAK BOULEVARD
STE 1600
HOUSTON, TX 77056-3072

X-SPINE
452 ALEXANDERSVILLE ROAD
MIAMISBURG, OHIO 45342-3658

YONG DUCK LEE MD
7333 N FRWY
STE 220
HOUSTON, TX 77076-1319

YOUNAN NOWZARADAN MD
1247 WYNDEN OAKS GARDEN DR
HOUSTON, TX 77056-2529

ZIMMER
PO BOX 840166
DALLAS, TX 75284-0166

ZIRMED INC
1311 SOLUTIONS CENTER
CHICAGO, IL  60677-1311

## Parties Requesting Notice

ROBERT HUDDLESTON CARPENTER, JR
1601 BRYAN STREET
15TH FLOOR
DALLAS, TEXAS  75201

**Appearing for FDIC**

JOSEPH A. FRIEDMAN
KANE RUSSELL COLEMAN & LOGAN PC
3700 THANKSGIVING TOWER
1601 ELM STREET
DALLAS, TX 75201

**Federal Deposit Insurance Corporation, as Receiver for First National Bank**

RACHEL OBALDO
ASSISTANT ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
PO BOX 12548
DALLAS, TEXAS  78711-2548

**Appearing for Texas Comptroller and TWC**

J. CASEY ROY
ASSISTANT ATTORNEY GENERAL
TEXAS ATTORNEY GENERAL'S OFFICE
BANKRUPTCY & COLLECTIONS DIVISION
P. O. BOX 12548- MC 008
AUSTIN, TEXAS 78711-2548

**Texas Health and Human Services Commission and the Texas Department of State Health Services**

NANCY A. LEONARD
ASSISTANT UNITED STATES ATTORNEY
U.S. ATTORNEY'S OFFICE
1000 LOUISIANA ST., SUITE 2300
HOUSTON, TEXAS 77002

**Internal Revenue Service**