**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| In Re: | LTHM Houston – Operations, LLC | |
| | **Debtor(s)** | Case No.: 14–33899<br>Chapter: 7 |

ENTERED
10/24/2018

### ORDER CLOSING CASE

The estate has been fully administered. Therefore, the Court orders:

1. Robert Ogle is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 10/24/18

_____
MARVIN ISGUR
United States Bankruptcy Judge

```
                          United States Bankruptcy Court
                            Southern District of Texas
In re:                                                       Case No. 14-33899-mi
LTHM Houston - Operations, LLC                               Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0541-4          User: hcar              Page 1 of 2       Date Rcvd: Oct 24, 2018
                              Form ID: fnldtxs        Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2018.
db             #+LTHM Houston - Operations, LLC,   2807 Little York Road,   Houston, TX 77093-3405

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +E-mail/Text: bogle@theclarogroup.com Oct 24 2018 21:28:34     Robert Ogle,   The Claro Group,
                 1221 McKinney,   Suite 2850,   Houston, TX 77010-2028
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2018 at the address(es) listed below:
              Charlie T Nhan    on behalf of Creditor Quynh  Vo charlienhan_esq@yahoo.com
              Christine A March    on behalf of U.S. Trustee    US Trustee christine.a.march@usdoj.gov
              Curtis W McCreight    on behalf of Creditor    Allied Health Services mccreight@hooverslovacek.com,
               bankruptcy1@hooverslovacek.com;Mccreight.hsllp@gmail.com
              Ellen Maresh Hickman    on behalf of U.S. Trustee    US Trustee ellen.hickman@usdoj.gov
              James Scott Douglass    on behalf of Interested Party J. Scott Douglass jsd@aol.com
              Jarrod B. Martin    on behalf of Trustee Robert  Ogle Jarrod.Martin@mhllp.com,
               Lara.Coleman@mhllp.com
              John Casey Roy    on behalf of Interested Party    Texas Health and Human Services Commission
               casey.roy@texasattorneygeneral.gov
              John Casey Roy    on behalf of Interested Party    Texas Department of State Health Services
               casey.roy@texasattorneygeneral.gov
              Joseph Andrew Friedman    on behalf of Creditor    Federal Deposit Insurance Corporation, as
               Receiver for First National Bank jfriedman@krcl.com,  ecf@krcl.com;jfriedman@ecf.courtdrive.com
              Mark H Ralston    on behalf of Interested Party    Opes Investments, Inc. mralston@fjrpllc.com,
               sjames@fjrpllc.com;ralstonlaw@gmail.com;LAWeisbruch@fjrpllc.com
              Michael Steven Burg    on behalf of Creditor    St. Anthony's Anesthesia, P.A. msbesq@flash.net
              Nancy Ann Leonard    on behalf of Creditor    Internal Revenue Service nancy.leonard@usdoj.gov,
               denise.caldwell@usdoj.gov;daniel.hu@usdoj.gov;Krystal.walker@usdoj.gov
              Nancy Lynne Holley    on behalf of U.S. Trustee    US Trustee nancy.holley@usdoj.gov,
               Barbara.L.Griffin@usdoj.gov
              Neil J Orleans    on behalf of Creditor    McKesson Medical-Surgical Inc.
               Neil.orleans@judithwross.com
              Paul B Geilich    on behalf of Interested Party    Opes Investments, Inc.
               pgeilich@fishmanjackson.com,  amonlezun@fishmanjackson.com;sjames@fishmanjackson.com
              Rachel Ruth Obaldo    on behalf of Creditor    Texas Comptroller of Public Accounts and Texas
               Workforce Commission bk-robaldo@oag.texas.gov,  sherri.simpson@oag.texas.gov
              Robert Huddleston Carpenter, JR    on behalf of Creditor    Federal Deposit Insurance Corporation,
               as Receiver for First National Bank rcarpenter@fdic.gov
              Ronald J Sommers    on behalf of Trustee Robert  Ogle efilers@nathansommers.com,
               efile@nathansommers.com;jrodriguez@nathansommers.com;jbatres@nathansommers.com
              Spencer D. Solomon    on behalf of Attorney    Nathan Sommers Jacobs, P.C.
               ssolomon@nathansommers.com,  efile@nathansommers.com;jmartin@nathansommers.com
              Spencer D. Solomon    on behalf of Trustee Robert  Ogle ssolomon@nathansommers.com,
               efile@nathansommers.com;jmartin@nathansommers.com
              Tara L Grundemeier    on behalf of Creditor    Harris County houston_bankruptcy@publicans.com
```

```
District/off: 0541-4          User: hcar              Page 2 of 2               Date Rcvd: Oct 24, 2018
                              Form ID: fnldtxs        Total Noticed: 2


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Tracy Mabry Fink    on behalf of Creditor    16770 Imperial Valley, L.P.
               Tracy.Fink@BoxerProperty.com
              Troy Ted Tindal    on behalf of Debtor    LTHM Houston - Operations, LLC troy@tindallawfirm.com
              US Trustee    USTPRegion07.HU.ECF@USDOJ.GOV
              Wayman L Prince    on behalf of Creditor    Hope Therapy wayman@wlplaw.com
                                                                                             TOTAL: 25
```